**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Eastern District of Oklahoma**

Case number (*If known*): _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Anthony**<br>First name<br><br>**Wayne Headrick**<br>Middle name<br><br>**Devore**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **5  4  8  5**<br>OR<br>9xx - xx - ___  ___  ___  ___ | xxx - xx - ___  ___  ___  ___<br>OR<br>9xx - xx - ___  ___  ___  ___ |

Case 25-80631    Doc 1    Filed 07/10/25    Entered 07/10/25 09:02:46    Desc Main Document    Page 1 of 239

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | ___ ___ - ___ ___ ___ ___ ___ ___ ___<br>EIN | ___ ___ - ___ ___ ___ ___ ___ ___ ___<br>EIN |
|  | ___ ___ - ___ ___ ___ ___ ___ ___ ___<br>EIN | ___ ___ - ___ ___ ___ ___ ___ ___ ___<br>EIN |

**5. Where you live**

**739 Pleasant Hill Rd**

Number     Street

**Caddo, OK 74729-3800**

City         State    ZIP Code

**Bryan**

County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number     Street

_____
P.O. Box

_____
City         State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number     Street

_____
City         State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number     Street

_____
P.O. Box

_____
City         State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

Case 25-80631    Doc 1    Filed 07/10/25    Entered 07/10/25 09:02:46    Desc Main
Document    Page 2 of 239

| **Part 2:** | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes. District _____ When _____ Case number _____
                                     MM / DD / YYYY

District _____ When _____ Case number _____
                              MM / DD / YYYY

District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes. Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____
                              MM / DD / YYYY

Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____
                              MM / DD / YYYY

**11. Do you rent your residence?**

☑ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                          State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes. What is the hazard? _____
_____
_____

If immediate attention is needed, why is it needed? _____
_____
_____

Where is the property? _____
Number      Street
_____
_____
City                                    State    ZIP Code

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case 25-80631    Doc 1    Filed 07/10/25    Entered 07/10/25 09:02:46    Desc Main
Document      Page 6 of 239

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

 **X**   **/s/ Anthony Wayne Headrick Devore** _____

Anthony Wayne Headrick Devore, Debtor 1

Executed on   **07/09/2025**
       MM/   DD/   YYYY

Case 25-80631   Doc 1   Filed 07/10/25   Entered 07/10/25 09:02:46   Desc Main Document    Page 7 of 239

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X**   **/s/ Ron Brown** _____    Date **07/09/2025** _____

Signature of Attorney for Debtor                       MM / DD / YYYY

**Ron Brown** _____

Printed name

**Brown Law Firm PC** _____

Firm name

**1609 E. 4th St.** _____

Number      Street

_____

**Tulsa** _____ **OK**   **74120** _____

City                       State    ZIP Code

Contact phone **(918) 585-9500** _____    Email address **ron@ronbrownlaw.com** _____

**16352** _____ **OK** _____

Bar number                       State

Fill in this information to identify your case and this filing:

| Debtor 1 | **Anthony** | **Wayne Headrick** | **Devore** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Oklahoma**

Case number _____

☐ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property                                      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   **1.1**

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **739 Pleasant Hill Rd**
   Street address, if available, or other description

   **Caddo, OK 74729-3800**
   City        State        ZIP Code

   **Bryan**
   County

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $450,000.00 | $225,000.00 |

   **Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

   **Joint Tenancy**

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☑ At least one of the debtors and another

   ☐ **Check if this is community property** (see instructions)

   **Other information you wish to add about this item, such as local property identification number:**
   **The W/2 of SE/4 LESS M.K & T. Railway Right of Way and LESS AND EXCEPT the South 1130.57 feet of the West 770.58 feet thereof, all in Section 2, Township 6 South, Range 9 East of the Indian Base and Meridian, Bryan County, State of Oklahoma, according to the Government Survey thereof.**

   Source of Value: **FMV**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ...............................................→ | $225,000.00 |

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1   Make:      **Ford**

Model:      **F250**

Year:      **2018**

Approximate mileage:   **142000**

Other information:

> **Source of Value: KBB**
> **Inoperable/located at the**
> **dealership**
> **VIN: 1FT7W2BT3JEC90108**

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $32,935.00 | $32,935.00 |

If you own or have more than one, describe here:

3.2   Make:      **Chevrolet**

Model:      **Silverado**

Year:      **2014**

Approximate mileage: _____

Other information:

> **For informational purposes**
> **only— salvage title and is**
> **titled under a car rental**
> **company, not the client. The**
> **client does not appear to**
> **have legal ownership or**
> **registration in their name at**
> **this time.**

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| unknown | unknown |

3.3   Make:      **Ford**

Model:      **Ecoline**

Year:      **2009**

Approximate mileage: _____

Other information:

> **Debtor has no information**
> **about the vehicle's**
> **whereabouts and cannot**
> **recall the details of the**
> **vehicle. engine blew in 2022**

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| unknown | unknown |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1    Make: _____    **Who has an interest in the property?** Check one.

Model: _____
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Year: _____

Other information:

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** _____

**Current value of the portion you own?** _____

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ..................................................................... ➡ | **$32,935.00**

---

| **Part 3:** | Describe Your Personal and Household Items |

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

6. **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe. ......... | Household goods and furnishings | **$3,000.00**

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe. ......... | Four cellphones, two tv's and one printer | **$500.00**

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe. .........

| 10. | **Firearms** | | |
|---|---|---|---|
| | *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment | | |
| | ☐ No | | |
| | ☑ Yes. Describe. ......... | One shotgun | $150.00 |

| 11. | **Clothes** | | |
|---|---|---|---|
| | *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories | | |
| | ☐ No | | |
| | ☑ Yes. Describe. ......... | Clothes | $100.00 |

| 12. | **Jewelry** | | |
|---|---|---|---|
| | *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver | | |
| | ☑ No | | |
| | ☐ Yes. Describe. ......... | | |

| 13. | **Non-farm animals** | | |
|---|---|---|---|
| | *Examples:* Dogs, cats, birds, horses | | |
| | ☐ No | | |
| | ☑ Yes. Describe. ......... | Five dogs | $0.00 |

| 14. | **Any other personal and household items you did not already list, including any health aids you did not list** | | |
|---|---|---|---|
| | ☐ No | | |
| | ☑ Yes. Give specific information. ............. | One riding lawn mower | $800.00 |

| 15. | **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................................................................. ➡ | $4,550.00 |
|---|---|---|

| Part 4: | Describe Your Financial Assets |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

| 16. | **Cash** | |
|---|---|---|
| | *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition | |
| | ☑ No | |
| | ☐ Yes .................................................................................................................................... Cash: ................... | |

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☑ No

☐ Yes ......................           Institution name:

       17.1. Checking account: _____ _____

       17.2. Checking account: _____ _____

       17.3. Savings account: _____ _____

       17.4. Savings account: _____ _____

       17.5. Certificates of deposit: _____ _____

       17.6. Other financial: _____ _____

       17.7. Other financial: _____ _____

       17.8. Other financial: _____ _____

       17.9. Other financial: _____ _____

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ......................       Institution or issuer name:

       _____ _____

       _____ _____

       _____ _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them....................    Name of entity:                    % of ownership:

             **PHD Auto Sales and Rentals LLC- Barely open | 100% D1 | LLC with no assets and no debts**      **100.00%**

             **Value is computed at $0 because there are no liabilities and no assets. This information provided on this non-filing entity is not designed to be a full disclosure of all of the company's assets, liabilities and transactions, but is given for informational purposes.**      **$0.00**

| 20. | **Government and corporate bonds and other negotiable and non-negotiable instruments** |

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
information about
them.................... Issuer name:

| 21. | **Retirement or pension accounts** |

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each
account separately. Type of account: Institution name:

401(k) or similar plan: _____

Pension plan: _____

IRA: _____

Retirement account: _____

Keogh: _____

Additional account: _____

Additional account: _____

| 22. | **Security deposits and prepayments** |

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
others

☑ No

☐ Yes ..................... Institution name or individual:

Electric: _____

Gas: _____

Heating oil: _____

Security deposit on rental unit: _____

Prepaid rent: _____

Telephone: _____

Water: _____

Rented furniture: _____

Other: _____

Case 25-80631   Doc 1   Filed 07/10/25   Entered 07/10/25 09:02:46   Desc Main
Document     Page 14 of 239

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ..................... Issuer name and description:

_____        _____

_____        _____

_____        _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____        _____

_____        _____

_____        _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific
information about them. ...    [                                   ]        _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
information about them. ...    [                                   ]        _____

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
information about them. ...    [                                   ]        _____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about
them, including whether you
already filed the returns and
the tax years. ...................    [                    ]    Federal: _____    _____

State: _____    _____

Local: _____    _____

Case 25-80631    Doc 1    Filed 07/10/25    Entered 07/10/25 09:02:46    Desc Main
Document      Page 15 of 239

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information. ........

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........                                          _____

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Soonercare | Health Insurance policy** | | **$0.00** |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........                                          _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............                                          _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............                                          _____

Case 25-80631    Doc 1    Filed 07/10/25    Entered 07/10/25 09:02:46    Desc Main
Document      Page 16 of 239

---

**35.**   **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........ [                              ]     _____

**36.**   **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................................................................... ➜ | $0.00 |

---

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37.**   **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

**38.**   **Accounts receivable or commissions you already earned**

    ☑ No

    ☐ Yes. Describe. ......... [                              ]     _____

**39.**   **Office equipment, furnishings, and supplies**

    *Examples:*   Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No

    ☐ Yes. Describe. ......... [                              ]     _____

**40.**   **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No

    ☐ Yes. Describe. ......... [                              ]     _____

**41.**   **Inventory**

    ☑ No

    ☐ Yes. Describe. ......... [                              ]     _____

**42.**   **Interests in partnerships or joint ventures**

    ☑ No

    ☐ Yes. Describe .......

               Name of entity:                                 % of ownership:

               _____     _____     _____

               _____     _____     _____

               _____     _____     _____

Case 25-80631    Doc 1    Filed 07/10/25    Entered 07/10/25 09:02:46    Desc Main
Document     Page 17 of 239

43.  **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

   ☐ No

   ☐ Yes. Describe. .........

44.  **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
   information .........

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
     for Part 5. Write that number here** ..................................................................................................... ➡    | $0.00 |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
**If you own or have an interest in farmland, list it in Part 1.** |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

47.  **Farm animals**

   *Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes .........................

48.  **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
   information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ......................... [ ] _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ......................... [ ] _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information. ............ [ ] _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...................................................................................................... ➜ | **$0.00**

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information. ............ [ ] _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................... ➜ | **$0.00**

---

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** .................................................................................................. ➜ | **$225,000.00**

56. **Part 2: Total vehicles, line 5**      **$32,935.00**

57. **Part 3: Total personal and household items, line 15**      **$4,550.00**

58. **Part 4: Total financial assets, line 36**      **$0.00**

59. **Part 5: Total business-related property, line 45**      **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**      **$0.00**

61. **Part 7: Total other property not listed, line 54**    **+**    **$0.00**

62. **Total personal property. Add lines 56 through 61.** ............... | **$37,485.00** | Copy personal property total ➜ | **+** | **$37,485.00**

| | | |
|---|---|---|
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ...................................................................................... | **$262,485.00** |

Fill in this information to identify your case:

| Debtor 1 | **Anthony** | **Wayne Headrick** | **Devore** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Eastern**_____ District of _____**Oklahoma**_____

Case number
(if known) _____

☐ Check if this is an
amended filing

<u>Official Form 106C</u>

# Schedule C: The Property You Claim as Exempt                  04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **739 Pleasant Hill Rd Caddo, OK 74729-3800** | **$225,000.00** | ☐ _____ | **Okla. Stat. tit. 31 §§ 1(A)(1), (2)** |
| Line from *Schedule A/B:* **1.1** | | ☑ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Case 25-80631    Doc 1    Filed 07/10/25    Entered 07/10/25 09:02:46    Desc Main
Document      Page 21 of 239

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2018 Ford F250**<br>**VIN:**<br>**1FT7W2BT3JEC90108**<br>**Inoperable/located at the dealership**<br><br>Line from *Schedule A/B:* **3.1** | $32,935.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31 § 1(A)(13)** |
| Brief description: **Household goods and furnishings**<br><br>Line from *Schedule A/B:* **6** | $3,000.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31 § 1(A)(3)** |
| Brief description: **Four cellphones, two tv's and one printer**<br><br>Line from *Schedule A/B:* **7** | $500.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31 § 1(A)(3)** |
| Brief description: **One shotgun**<br><br>Line from *Schedule A/B:* **10** | $150.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31 § 1(A)(14)** |
| Brief description: **Clothes**<br><br>Line from *Schedule A/B:* **11** | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31 § 1(A)(7)** |
| Brief description: **One riding lawn mower**<br><br>Line from *Schedule A/B:* **14** | $800.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31 § 1(A)(3)** |
| Brief description: **Soonercare \| Health Insurance policy**<br><br>Line from *Schedule A/B:* **31** | $0.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 36 § 3631.1** |

Fill in this information to identify your case:

| Debtor 1 | **Anthony** | **Wayne Headrick** | **Devore** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Eastern**_____ District of _____**Oklahoma**_____

Case number (if known) _____

☐ Check if this is an amended filing

<u>Official Form 106D</u>

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** **Consolidated Electrical Distributors, Inc.**<br>Creditor's Name<br><br>**912 113th St Ste 1010**<br>Number        Street<br><br>**Arlington, TX 76011-5407**<br>City          State      ZIP Code | Describe the property that secures the claim:<br><br>**739 Pleasant Hill Rd Caddo, OK 74729-3800**<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$26,472.28** | **$225,000.00** | **$0.00** |
| **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☑ At least one of the debtors and another<br><br>☐ **Check if this claim relates to a community debt**<br><br>Date debt was incurred ____2024____ | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☑ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br><br>Last 4 digits of account number    **7** **0** **7** **9** | | | |
| Add the dollar value of your entries in Column A on this page. Write that number here: | | **$26,472.28** | | |

| | **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |

**2.2** **First United Bank & Trust Company**

Creditor's Name

**1400 W Main St**

Number     Street

**Durant, OK 74701-4906**

City     State     ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred    **Unknown**

**Describe the property that secures the claim:**     $52,000.00     $32,935.00     $19,065.00

| **2018 Ford F250**<br>**Inoperable/located at the dealership** |

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)    **Purchase Money Security Interest**

Last 4 digits of account number    **5**   **4**   **8**   **5**

---

**2.3** **Michael Gearhart and Tamara Gearhart**

Creditor's Name

**1314 County Rd 1440**

Number     Street

**Ninnekah, OK 73067**

City     State     ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred    **2024**

**Describe the property that secures the claim:**     $87,528.34     $225,000.00     $0.00

| **739 Pleasant Hill Rd Caddo, OK 74729-3800** |

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    **3**   **2**   **9**   **6**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $139,528.34 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.4**

| **Shaun Bowman** | Describe the property that secures the claim: | $910,733.50 | $225,000.00 | $685,733.50 |
|---|---|---|---|---|

Creditor's Name

**4504 W Canyon Rd**

Describe the property that secures the claim:

**739 Pleasant Hill Rd Caddo, OK 74729-3800**

Number      Street

**Guthrie, OK 73044-8785**

City      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2024**      Last 4 digits of account number    **2**   **4**   **2**   **0**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $910,733.50 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,076,734.12 |

| **Part 2:** | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1. | | |
|---|---|---|
| **Mccart, Jason** | | **On which line in Part 1 did you enter the creditor?** _2.1_ |
| Name | | |
| **Po Box 7** | | **Last 4 digits of account number** ___ ___ ___ ___ |
| Number      Street | | |
| **Tecumseh, OK 74873-0007** | | |
| City      State      ZIP Code | | |

| 2. | | |
|---|---|---|
| **Proctor, Austin** | | **On which line in Part 1 did you enter the creditor?** _2.3_ |
| Name | | |
| **6116 Nw 63rd St** | | **Last 4 digits of account number** ___ ___ ___ ___ |
| Number      Street | | |
| **Oklahoma City, OK 73132-7526** | | |
| City      State      ZIP Code | | |

| 3. | | |
|---|---|---|
| **Blake Sonne** | | **On which line in Part 1 did you enter the creditor?** _2.4_ |
| Name | | |
| **3100 S Berry Rd** | | **Last 4 digits of account number** ___ ___ ___ ___ |
| Number      Street | | |
| **Norman, OK 73072-7479** | | |
| City      State      ZIP Code | | |

Case 25-80631     Doc 1     Filed 07/10/25     Entered 07/10/25 09:02:46     Desc Main
Document     Page 26 of 239

Fill in this information to identify your case:

| Debtor 1 | **Anthony** | **Wayne Headrick** | **Devore** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Oklahoma**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims against you?**
☑ No. Go to Part 2.
☐ Yes.

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

| 4.1 | **Chad Thompson** | Last 4 digits of account number | **5** **4** **8** **5** | **unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3383 N 4435**

Number          Street

When was the debt incurred?          **Unknown**

**Salina, OK 74365**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify          **Business Debt**

| 4.2 | **Naomi Kingara** |
|---|---|

Nonpriority Creditor's Name

**109 Maindale Dr**

Number                Street

**Yukon, OK 73099-6673**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5   4   8   5                unknown

When was the debt incurred?                **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

| 4.3 | **Aaron Mcleroy** |
|---|---|

Nonpriority Creditor's Name

**717 E Rock Creek Rd**

Number                Street

**Tuttle, OK 73089-2403**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5   4   8   5                unknown

When was the debt incurred?                **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.4   Alan Andrews

Nonpriority Creditor's Name

**12465 Native Hill Drive, Midwest City, OK, USA**

Number      Street

**Pine Hill, NY 12465**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**

When was the debt incurred?      **Unknown**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

Total claim: **unknown**

### 4.5   Almika Renewable Finance

Nonpriority Creditor's Name

**4202 Directors Row Ste 110**

Number      Street

**Houston, TX 77092-8749**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**

When was the debt incurred?      **2023**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

Total claim: **unknown**

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---------|--------------------------------------------------------|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.6**

**Almika-Phillip Johnston, Brenda Kelly**

Nonpriority Creditor's Name

**4202 Directors Row Ste 110**

Number      Street

**Houston, TX 77092-8749**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**      **$96,299.00**

When was the debt incurred?     **2024**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.7**

**Amanda and Alexander Taylor**

Nonpriority Creditor's Name

**5600 Nw 59th St**

Number      Street

**Warr Acres, OK 73122-7331**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**      **unknown**

When was the debt incurred?     **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

Case 25-80631    Doc 1    Filed 07/10/25    Entered 07/10/25 09:02:46    Desc Main
Document    Page 30 of 239

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.8**

**American Viewpoint, Inc.**

Nonpriority Creditor's Name

**1199 N Fairfax St Ste 808**

Number       Street

**Alexandria, VA 22314-1442**

City       State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**       **$36,000.00**

When was the debt incurred?      **2023**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.9**

**Amy Beach**

Nonpriority Creditor's Name

**1177 N 4237 Rd**

Number       Street

**Hugo, OK 74743-5723**

City       State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**       **unknown**

When was the debt incurred?      **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

### 4.10 Andre Zamudio

Nonpriority Creditor's Name

**1918 Case Ave # San**

Number      Street

**San Angelo, TX 76904-7808**

City      State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   5   4   8   5     **unknown**

When was the debt incurred?     **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

### 4.11 Andrea Hughes

Nonpriority Creditor's Name

**11786 E Oak St**

Number      Street

**Claremore, OK 74019-5651**

City      State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   5   4   8   5     **unknown**

When was the debt incurred?     **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.12**    **Andrea Polson**

Nonpriority Creditor's Name

**1574 County Road 1250**

Number      Street

**Tuttle, OK 73089-3500**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**      **unknown**

When was the debt incurred?    **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.13**    **Andrew Merrill**

Nonpriority Creditor's Name

**9900 Jack Rabbit Rd**

Number      Street

**Yukon, OK 73099**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**      **unknown**

When was the debt incurred?    **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.14**    Andrew Robison

Nonpriority Creditor's Name

**2660 Oklahoma 76, Wilson, OK 73463, USA**

Number      Street

**Wilson, OK 73463**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**      **unknown**

When was the debt incurred?      **Unknown**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

---

**4.15**    Anthony Rastetter

Nonpriority Creditor's Name

**1018 Butterfly Ln # San**

Number      Street

**San Angelo, TX 76905-7459**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**      **unknown**

When was the debt incurred?      **Unknown**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.16**    **Antonio Ferreira**

Nonpriority Creditor's Name

**4401 NW Meadow Brook Dr, Lawton, OK 73505, USA**

Number       Street

**Lawton, OK 73506**

City       State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**      **unknown**

When was the debt incurred?      **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.17**    **Armando Perez**

Nonpriority Creditor's Name

**10441 Nw 25th St**

Number       Street

**Yukon, OK 73099-5114**

City       State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**      **unknown**

When was the debt incurred?      **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

**4.18**    **Arnold Allen**

Nonpriority Creditor's Name

**115 Durango St**

Number      Street

**Ardmore, OK 73401-6566**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**     **unknown**

When was the debt incurred?      **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.19**    **Ashley Bray**

Nonpriority Creditor's Name

**980375 S Shadowwood Dr, Wellston, OK 74881, USA**

Number      Street

**Wellston, OK 74881**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**     **unknown**

When was the debt incurred?      **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

Case 25-80631    Doc 1    Filed 07/10/25    Entered 07/10/25 09:02:46    Desc Main Document    Page 36 of 239

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

---

**4.20**   **Austin Beeler**

Nonpriority Creditor's Name

**1207 Westchester Dr**

Number          Street

**Oklahoma City, OK 73114-1214**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **5   4   8   5**          **unknown**

When was the debt incurred?          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.21**   **Autumn Nicholas**

Nonpriority Creditor's Name

**1505 Red Bud Ln**

Number          Street

**Mcalester, OK 74501-7081**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **5   4   8   5**          **unknown**

When was the debt incurred?          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.22**   **B&H Construction**

Nonpriority Creditor's Name

**301 James Dean Dr**

Number      Street

**Washington, OK 73093**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    5   4   8   5      **unknown**

When was the debt incurred?     **Unknown**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

---

**4.23**   **Barbara Smith-Johnson**

Nonpriority Creditor's Name

**300 Edna Ln**

Number      Street

**Mcloud, OK 74851-8252**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    5   4   8   5      **unknown**

When was the debt incurred?     **Unknown**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

---

Case 25-80631    Doc 1    Filed 07/10/25    Entered 07/10/25 09:02:46    Desc Main
Document    Page 38 of 239

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.24**   **Barney Barnett**

Nonpriority Creditor's Name

**2330 Laughlin Dr**

Number      Street

**Dallas, TX 75228-6841**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**      **unknown**

When was the debt incurred?      **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.25**   **Barun Corp**

Nonpriority Creditor's Name

**905 Chesterfield Dr**

Number      Street

**Ambler, PA 19002-2116**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**      **$75,000.00**

When was the debt incurred?      **2024**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

**4.26**

**BBB Industries**

Nonpriority Creditor's Name

**55 Waugh Dr Ste 200**

Number          Street

**Houston, TX 77007-5838**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **5  4  8  5**          **$67,000.00**

When was the debt incurred?          **2024**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Business Debt**

---

**4.27**

**Beka Galloway**

Nonpriority Creditor's Name

**1304 W D Ave**

Number          Street

**Elk City, OK 73644-3236**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **5  4  8  5**          **unknown**

When was the debt incurred?          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Business Debt**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.28**    **Ben Stevens**

Nonpriority Creditor's Name

**785 Midway Dr**

Number      Street

**Springtown, TX 76082-5634**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**      **unknown**

When was the debt incurred?     **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.29**    **Betson Mathew**

Nonpriority Creditor's Name

**15825 Wyoming Dr**

Number      Street

**Frisco, TX 75035-6699**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**      **unknown**

When was the debt incurred?     **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

**4.30**    **Betty Caldwell**                                                                                          unknown

Nonpriority Creditor's Name

**12147 Northsouth 3520, Earlsboro, OK, USA**

Number        Street

_____

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5    4    8    5**

When was the debt incurred?    **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.31**    **Betty Cole**                                                                                          unknown

Nonpriority Creditor's Name

**306 S 2nd St**

Number        Street

**Broken Arrow, OK 74012-4158**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5    4    8    5**

When was the debt incurred?    **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.32**   **Beverly Stillwell**

Nonpriority Creditor's Name

**3350 N Indian Meridian**

Number     Street

**Choctaw, OK 73020-8059**

City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**     **unknown**

When was the debt incurred?     **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.33**   **Bill Hanson**

Nonpriority Creditor's Name

**1001 N Forrest St**

Number     Street

**Altus, OK 73521-2728**

City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**     **unknown**

When was the debt incurred?     **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.34**    **Bill Pope**

Nonpriority Creditor's Name

**19 Lake Cherokee Drive, Longview, TX 75603, USA**

| Number | Street |
|---|---|

_____

**Longview, TX 75603**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5  4  8  5**        **unknown**

When was the debt incurred?        **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.35**    **Billy Irwin**

Nonpriority Creditor's Name

**3820 S 45th St E**

Number        Street

_____

**Muskogee, OK 74403-5340**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5  4  8  5**        **unknown**

When was the debt incurred?        **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

Official Form 106E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            page ___ of ___

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

---

**4.37**  **Bobby Szenasi**

Nonpriority Creditor's Name

**18287 Purser Rd**

Number         Street

**Madill, OK 73446-8483**

City         State         ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number      5   4   8   5          unknown

**When was the debt incurred?**         Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

---

**4.38**  **Bonnie Ertel Corbett**

Nonpriority Creditor's Name

**292 Kemp Rd**

Number         Street

**Hendrix, OK 74741-1219**

City         State         ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number      5   4   8   5          unknown

**When was the debt incurred?**         Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

---

**4.39**  **Brad Hedges**

Nonpriority Creditor's Name

**7923 E Southgate Rd**

Number         Street

**Enid, OK 73701-8658**

City         State         ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number      5   4   8   5          unknown

**When was the debt incurred?**         Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

---

**4.40**  **Bradford Hammack**

Nonpriority Creditor's Name

**3874 County Road 416**

Last 4 digits of account number      5   4   8   5          unknown

When was the debt incurred?         Unknown

| Number | Street |
|---|---|

**Seymour, TX 76380-8419**

| City | State | ZIP Code |
|---|---|---|

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Business Debt

---

**4.41**  **Bradley Glass**

Nonpriority Creditor's Name

**9138 E Latimer Pl**

| Number | Street |
|---|---|

**Tulsa, OK 74115-5927**

| City | State | ZIP Code |
|---|---|---|

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **5  4  8  5**          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Business Debt

---

**4.42**  **Bradley Shafer**

Nonpriority Creditor's Name

**506 Quail Run**

| Number | Street |
|---|---|

**Azle, TX 76020-6404**

| City | State | ZIP Code |
|---|---|---|

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **5  4  8  5**          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Business Debt

---

**4.43**  **Brandon Well**

Nonpriority Creditor's Name

**3177 Rock House Rd**

| Number | Street |
|---|---|

**Bennington, OK 74723-2308**

| City | State | ZIP Code |
|---|---|---|

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Last 4 digits of account number    **5  4  8  5**          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify    Business Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**4.44**

Bret Willard

Nonpriority Creditor's Name

9598 S Willard Rd

Number        Street

Milburn, OK 73450-9636

City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**        Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Business Debt

---

**4.45**

Brian Davis

Nonpriority Creditor's Name

1802 La Mesa Ln # San

Number        Street

San Angelo, TX 76905-8158

City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**        Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Business Debt

---

**4.46**

Brian Hunt

Nonpriority Creditor's Name

1946 Wilson Rd

Number        Street

Waxahachie, TX 75165-8406

City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**        Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Business Debt

---

**4.47**

Brian Roth

Nonpriority Creditor's Name

4900 Whisper Wind Dr

Number        Street

Wichita Falls, TX 76310-3094

City        State        ZIP Code

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**        Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

---

**4.48**

**Brian Wiseman**

Nonpriority Creditor's Name

**2008 Charleston Dr**

Number        Street

**Bartlesville, OK 74006-6951**

City        State        ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  **5  4  8  5**        unknown

**When was the debt incurred?**        **Unknown**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

---

**4.49**

**Britton Blair**

Nonpriority Creditor's Name

**4821 Emerald Dr**

Number        Street

**Nacogdoches, TX 75965-1507**

City        State        ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  **5  4  8  5**        unknown

**When was the debt incurred?**        **Unknown**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

---

**4.50**

**Bryan Cantrell**

Nonpriority Creditor's Name

**702 W West Oak Dr**

Number        Street

**Willow Park, TX 76008-2633**

City        State        ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  **5  4  8  5**        unknown

**When was the debt incurred?**        **Unknown**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

**4.51**

| Bryan Reiss | | Last 4 digits of account number | 5 4 8 5 | | unknown |

Nonpriority Creditor's Name

**3420 Armstrong Academy Rd**

Number          Street

**Bennington, OK 74723-1925**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**      Unknown

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.52**

| Caleb Vignelau | | Last 4 digits of account number | 5 4 8 5 | | unknown |

Nonpriority Creditor's Name

**1079 Storie Rd**

Number          Street

**Jefferson, TX 75657-7547**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**      Unknown

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.53**

| Calen Meinert | | Last 4 digits of account number | 5 4 8 5 | | unknown |

Nonpriority Creditor's Name

**920 U.S. Rt. 66, Sayre, OK 73662, USA**

Number          Street

**Sayre, OK 73662**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**      Unknown

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.54**

| Candace Brooke Ring | | Last 4 digits of account number | 5 4 8 5 | | unknown |

Nonpriority Creditor's Name

**309 S Saint Paul Ave**

Number          Street

**Oklahoma City, OK 73130-4507**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only

**When was the debt incurred?**      Unknown

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.55**  **Carl Osborne**

Nonpriority Creditor's Name

**403 E Ballentine Rd**

Number            Street

**Tahlequah, OK 74464-5466**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **5   4   8   5**                unknown

**When was the debt incurred?**            Unknown

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

**4.56**  **Carol Wellbaum**

Nonpriority Creditor's Name

**1626 Forest Creek Dr**

Number            Street

**Cedar Hill, TX 75104-5716**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **5   4   8   5**                unknown

**When was the debt incurred?**            Unknown

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

**4.57**  **Casey Cooper**

Nonpriority Creditor's Name

**509 Wildflower Dr**

Number            Street

**Fletcher, OK 73541-9470**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **5   4   8   5**                unknown

**When was the debt incurred?**            Unknown

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

**4.58**  **Cathy Osborn**

Nonpriority Creditor's Name

**209 Willowbend Dr**

Last 4 digits of account number   **5   4   8   5**                unknown

When was the debt incurred?            Unknown

| Number | Street |
| | |

Port Lavaca, TX 77979-2267

| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

**4.59** CBFL Rentals LLC

Nonpriority Creditor's Name

Po Box 648

| Number | Street |

Mayfield, KY 42066-0033

| City | State | ZIP Code |

Last 4 digits of account number   5   4   8   5                $10,000.00

When was the debt incurred?               2024

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

**4.60** Chad Dean

Nonpriority Creditor's Name

1125 Ariana St

| Number | Street |

Shawnee, OK 74804-2374

| City | State | ZIP Code |

Last 4 digits of account number   5   4   8   5                unknown

When was the debt incurred?            Unknown

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

**4.61** Chaig Bice

Nonpriority Creditor's Name

3239 An County Road 163

| Number | Street |

Palestine, TX 75801-6372

| City | State | ZIP Code |

Last 4 digits of account number   5   4   8   5                unknown

When was the debt incurred?            Unknown

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**4.62** | **Charles Wash**

Nonpriority Creditor's Name

3537 W Fox Ln

Number          Street

Newcastle, OK 73065-6020

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    0  1  7  5          $15,447.81

**When was the debt incurred?**          2024

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Business Debt

---

**4.63** | **Charles & Jamie Robinson**

Nonpriority Creditor's Name

2306 Northridge Dr

Number          Street

Duncan, OK 73533-3322

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Business Debt

---

**4.64** | **Charles Cho**

Nonpriority Creditor's Name

6104 Martinique St

Number          Street

Plano, TX 75024-3167

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5  4  8  5          $87,000.00

**When was the debt incurred?**          2024

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Business Debt

---

**4.65** | **Charles Churchill**

Nonpriority Creditor's Name

2102 Canary Ave

Number          Street

Duncan, OK 73533-3302

City          State          ZIP Code

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| 4.66 | **Charles Kacmarcik** |
|---|---|

Nonpriority Creditor's Name

**5607 S Detroit Pl**

Number          Street

**Tulsa, OK 74105-7711**

City          State          ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     **5   4   8   5**     unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| 4.67 | **Chris Blount** |
|---|---|

Nonpriority Creditor's Name

**Tuskahoma, OK 74536, USA**

Number          Street

**Clayton, OK 74536**

City          State          ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     **5   4   8   5**     unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| 4.68 | **Chris Key** |
|---|---|

Nonpriority Creditor's Name

**5032 Lindale Dr**

Number          Street

**Wichita Falls, TX 76310-2545**

City          State          ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     **5   4   8   5**     unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

**4.69**

**Chris Payson**
Nonpriority Creditor's Name

**1345 US-380, Jacksboro, TX 76458, USA**

Number          Street

**Jacksboro, TX 76458**

City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.70**

**Chris Seale**
Nonpriority Creditor's Name

**33368 County Road, 3270 Davis, OK 73030, USA**

Number          Street

**Davis, OK 73030**

City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.71**

**Christina Brons**
Nonpriority Creditor's Name

**12747 State Highway 110 N**

Number          Street

**Tyler, TX 75704-2844**

City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.72**

**Christopher Dawson**
Nonpriority Creditor's Name

**222 Lake Ridge Rd**

Number          Street

**Kerrville, TX 78028-1732**

City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only

Last 4 digits of account number   **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt**

---

**4.73**

**Chuck Tooke**
Nonpriority Creditor's Name

**7306 Bringle Rdg**

Number          Street

**Texarkana, TX 75503-5466**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    5    4    8    5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt**

---

**4.74**

**Cleaner, Greener Future LLC**
Nonpriority Creditor's Name

**12240 W 135th St**

Number          Street

**Overland Park, KS 66221-9391**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    5    4    8    5          $4,000.00

**When was the debt incurred?**          2024

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt**

---

**4.75**

**Cliff Beckner**
Nonpriority Creditor's Name

**16900 Fm 920**

Number          Street

**Poolville, TX 76487-3404**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    5    4    8    5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt**

---

**4.76**

**Clifford Romine**
Nonpriority Creditor's Name

**15187 Marigold Rd**

Last 4 digits of account number    5    4    8    5          unknown

**When was the debt incurred?**          Unknown

| Number | Street |
|---|---|

**Marietta, OK 73448-7568**

| City | State | ZIP Code |
|---|---|---|

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt**

---

**4.77**  **Cody Maynard**

Nonpriority Creditor's Name

**1369 Sawmill Rd**

| Number | Street |
|---|---|

**Durant, OK 74701-1008**

| City | State | ZIP Code |
|---|---|---|

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**  **5   4   8   5**          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt**

---

**4.78**  **Colleen Umathum**

Nonpriority Creditor's Name

**100 Deerchase Ct**

| Number | Street |
|---|---|

**Azle, TX 76020-1471**

| City | State | ZIP Code |
|---|---|---|

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**  **5   4   8   5**          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt**

---

**4.79**  **Colleen Vargas**

Nonpriority Creditor's Name

**202 Indiana Rd**

| Number | Street |
|---|---|

**Harrah, OK 73045-6623**

| City | State | ZIP Code |
|---|---|---|

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Last 4 digits of account number**  **5   4   8   5**          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.80 | **Columbia Insurance** | | Last 4 digits of account number | 5 4 8 5 | unknown |

Nonpriority Creditor's Name

**c/o Brown & Joseph, LLC**

**When was the debt incurred?** 2024

**1 Pierce Pl Ste 700w**

Number          Street

**Itasca, IL 60143-2606**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.81 | **Connie Lewis** | | Last 4 digits of account number | 5 4 8 5 | unknown |

Nonpriority Creditor's Name

**6722 Bighorn Rdg**

Number          Street

**When was the debt incurred?** Unknown

**Arlington, TX 76002**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.82 | **Constance Etemadi** | | Last 4 digits of account number | 5 4 8 5 | unknown |

Nonpriority Creditor's Name

**3408 Ingram Rd**

Number          Street

**When was the debt incurred?** Unknown

**Sachse, TX 75048-3181**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.83 | **Corey Bickmore** | | Last 4 digits of account number | 5 4 8 5 | unknown |

Nonpriority Creditor's Name

**3905 Lazy Maple Dr**

Number          Street

**When was the debt incurred?** Unknown

**Plano, TX 75074-1823**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt**

---

| 4.84 | | |
|---|---|---|

**Credit Collection Services**

Nonpriority Creditor's Name

**Two Wells Avenue Dept 9133**

Number          Street

**Newton Center, MA 02459-0000**

City          State          ZIP Code

**Last 4 digits of account number**   **2   7   4   3**          **$227.00**

**When was the debt incurred?**   **12/1/2024**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Collection Agency**

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

| 4.85 | | |
|---|---|---|

**Dale & Amy Tilley**

Nonpriority Creditor's Name

**14670 S Beaver Rd**

Number          Street

**Kenefic, OK 74748-8044**

City          State          ZIP Code

**Last 4 digits of account number**   **5   4   8   5**          **unknown**

**When was the debt incurred?**   **Unknown**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

| 4.86 | | |
|---|---|---|

**Dan Margerum**

Nonpriority Creditor's Name

**11415 E 27th St**

Number          Street

**Tulsa, OK 74129-8001**

City          State          ZIP Code

**Last 4 digits of account number**   **5   4   8   5**          **unknown**

**When was the debt incurred?**   **Unknown**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**4.87**

Daniel Garcia

Nonpriority Creditor's Name

1908 Devonshire Ct

Number          Street

Arlington, TX 76015-1210

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

When was the debt incurred?          Unknown

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.88**

Daniel Summers

Nonpriority Creditor's Name

7266 Prairie Ridge Ln

Number          Street

Crescent, OK 73028-9382

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

When was the debt incurred?          Unknown

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.89**

Darl Waterhouse

Nonpriority Creditor's Name

1739 Gateway Rd

Number          Street

Ardmore, OK 73401-7696

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

When was the debt incurred?          Unknown

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.90**

David Aguilar

Nonpriority Creditor's Name

3398 TX-315, Carthage, TX 75633, USA

Number          Street

Carthage, TX 75633

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only

Last 4 digits of account number    5  4  8  5          unknown

When was the debt incurred?          Unknown

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.91**

**David Bergman**

Nonpriority Creditor's Name

**25566 Rockwell Ave**

Number          Street

**Blanchard, OK 73010-3451**

City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

---

**4.92**

**David Bowman**

Nonpriority Creditor's Name

**209 N 90th St**

Number          Street

**Enid, OK 73701-5149**

City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

---

**4.93**

**David Cobb**

Nonpriority Creditor's Name

**190 Cedar Ln**

Number          Street

**Burkeville, TX 75932-2202**

City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

---

**4.94**

**David Covington**

Nonpriority Creditor's Name

**103 Moran Rd**

Last 4 digits of account number   **5   4   8   5**          unknown

When was the debt incurred?          Unknown

| Number | Street |
|---|---|

**Mcloud, OK 74851-7601**

| City | State | ZIP Code |
|---|---|---|

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business Debt

---

**4.95**   **David Medlock**

Nonpriority Creditor's Name

**27234 N County Road 3180**

| Number | Street |
|---|---|

**Elmore City, OK 73433-9393**

| City | State | ZIP Code |
|---|---|---|

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **5   4   8   5**        unknown

**When was the debt incurred?**        Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business Debt

---

**4.96**   **David Rocha**

Nonpriority Creditor's Name

**4632 N 7th St**

| Number | Street |
|---|---|

**Abilene, TX 79603-6508**

| City | State | ZIP Code |
|---|---|---|

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **5   4   8   5**        unknown

**When was the debt incurred?**        Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business Debt

---

**4.97**   **David Smith**

Nonpriority Creditor's Name

**216 Aster St**

| Number | Street |
|---|---|

**Lone Grove, OK 73443-6006**

| City | State | ZIP Code |
|---|---|---|

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Last 4 digits of account number   **5   4   8   5**        unknown

**When was the debt incurred?**        Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.98**

**Dean West**

Nonpriority Creditor's Name

**25552 E 131st St S**

Number          Street

**Coweta, OK 74429-6094**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

**4.99**

**Deborah Carlston**

Nonpriority Creditor's Name

**2824 Barrywood Dr**

Number          Street

**Wichita Falls, TX 76309-4904**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

**4.100**

**Deborah Innman**

Nonpriority Creditor's Name

**4822 S 188th E Ave, Tulsa, OK 74134, USA**

Number          Street

**Tulsa, OK 74134**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

**4.101**

**Debra Howard**

Nonpriority Creditor's Name

**1128 S Runnels St**

Number          Street

**De Kalb, TX 75559-3003**

City          State          ZIP Code

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

---

**4.102** **Demetrius Marks**

Nonpriority Creditor's Name

**2501 Se 90th St**

Number          Street

**Lawton, OK 73501-9422**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5  4  8  5**          unknown

**When was the debt incurred?**          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

---

**4.103** **Denise Keller**

Nonpriority Creditor's Name

**1116 Bank Side Cir**

Number          Street

**Edmond, OK 73012-6444**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5  4  8  5**          unknown

**When was the debt incurred?**          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

---

**4.104** **Desmond Sheridan**

Nonpriority Creditor's Name

**419 Dickson Cir**

Number          Street

**Sherman, TX 75090-5145**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5  4  8  5**          unknown

**When was the debt incurred?**          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

**4.105**

Dilia Ramos

Nonpriority Creditor's Name

**1907 69th St**

Number          Street

**Lubbock, TX 79412-4025**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | 5 | 4 | 8 | 5 | unknown |

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.106**

Ditty Varghese

Nonpriority Creditor's Name

**804 Preston Park Dr**

Number          Street

**Yukon, OK 73099-2142**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | 5 | 4 | 8 | 5 | unknown |

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.107**

Don Kincer

Nonpriority Creditor's Name

**2403 S County Road 1060**

Number          Street

**Midland, TX 79706-5600**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | 5 | 4 | 8 | 5 | unknown |

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.108**

Donald Moore

Nonpriority Creditor's Name

**124 Owen Cir**

Number          Street

**Weatherford, TX 76087-1530**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only

| Last 4 digits of account number | 5 | 4 | 8 | 5 | unknown |

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.109**    **Donovan Clark**

Nonpriority Creditor's Name

**401a Country Rdg**

Number      Street

**Rockwall, TX 75087-7410**

City      State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**      unknown

When was the debt incurred?      **Unknown**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.110**    **Douglas Wilson**

Nonpriority Creditor's Name

**8464 Pleasant Hill Cir**

Number      Street

**Tyler, TX 75707-6326**

City      State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**      unknown

When was the debt incurred?      **Unknown**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.111**    **Dramone Stover**

Nonpriority Creditor's Name

**1901 Pavia Ct**

Number      Street

**Arlington, TX 76006-6519**

City      State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**      unknown

When was the debt incurred?      **Unknown**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.112**    **Dubbie Day**

Nonpriority Creditor's Name

**1452 Applewood Dr**

Last 4 digits of account number    **5**   **4**   **8**   **5**      unknown

When was the debt incurred?      Unknown

Number          Street

**Keller, TX 76248-8248**

City                State            ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| 4.113 | | |
|---|---|---|

**Dwight Ferguson**

Nonpriority Creditor's Name

**13534 Clifton Rd**

Number          Street

**Marietta, OK 73448-2077**

City                State            ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| 4.114 | | |
|---|---|---|

**Eboneigh Harris**

Nonpriority Creditor's Name

**1718 Mcgregor Ave**

Number          Street

**Wichita Falls, TX 76301-5629**

City                State            ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| 4.115 | | |
|---|---|---|

**Eden Underwood- Benard**

Nonpriority Creditor's Name

**1608 Mark Wood St**

Number          Street

**Oklahoma City, OK 73130-8424**

City                State            ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Last 4 digits of account number   **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.116 | |
|---|---|

**Edward Allen**
Nonpriority Creditor's Name

**107 9th St, Stonewall, OK 74871, USA**

Number          Street

**Stonewall, OK 74871**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

| 4.117 | |
|---|---|

**Edward Cheek**
Nonpriority Creditor's Name

**2521 Shell Ave**

Number          Street

**Midland, TX 79705-8421**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

| 4.118 | |
|---|---|

**Edwin Davidson**
Nonpriority Creditor's Name

**606 Plainview**

Number          Street

**Waukomis, OK 73773-9503**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

| 4.119 | |
|---|---|

**Eldon Loomis**
Nonpriority Creditor's Name

**24263 Dripping Springs Dr**

Number          Street

**Sapulpa, OK 74066-9583**

City          State          ZIP Code

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

**4.120** | **Elizabeth Sullivan**

Nonpriority Creditor's Name

**21014 W 35th St N**

Number          Street

**Haskell, OK 74436-2533**

City                State                ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number      **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

**4.121** | **Erol Iscimenler**

Nonpriority Creditor's Name

**5004 Kimberly Rd**

Number          Street

**Durant, OK 74701-2090**

City                State                ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number      **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

**4.122** | **Evan Spencer**

Nonpriority Creditor's Name

**3555 E 426 Rd**

Number          Street

**Oologah, OK 74053-4192**

City                State                ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number      **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

**4.123**

| | |
|---|---|
| **Fabian Hubbard** | Last 4 digits of account number    5   4   8   5       unknown |
| Nonpriority Creditor's Name | |

**4659 County Road 2105**

Number        Street

When was the debt incurred?    __Unknown__

**Hooks, TX 75561-7571**

City       State       ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   __Business Debt__

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.124**

**Fast Collection Services**

Nonpriority Creditor's Name

Last 4 digits of account number    5   5   5   6       $300.00

**Attn: Bankruptcy**

When was the debt incurred?    __9/29/2023__

**8202 Kingston Pike**

Number        Street

**Knoxville, TN 37919**

City       State       ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   __Collection Agency__

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.125**

**Felix Tan**

Nonpriority Creditor's Name

Last 4 digits of account number    5   4   8   5       unknown

**4517 Seney Dr**

When was the debt incurred?    __Unknown__

Number        Street

**Rockwall, TX 75087-6571**

City       State       ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   __Business Debt__

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.126**

**First United Bank**

Nonpriority Creditor's Name

Last 4 digits of account number    5   4   8   5       $250,000.00

**1400 W Main St**

When was the debt incurred?    __2024__

Number        Street

**Durant, OK 74701-4906**

City       State       ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify __Business Debt__

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**4.127** | **Gary Crews**

Nonpriority Creditor's Name

__2254 N City Ln, Wapanucka, OK 73461, USA__

Number             Street

__Wapanucka, OK 73461__

City             State             ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **5  4  8  5**             unknown

When was the debt incurred?             **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify __Business Debt__

---

**4.128** | **Gary Hughes**

Nonpriority Creditor's Name

__5055 Hicks Hl__

Number             Street

__Davis, OK 73030-9678__

City             State             ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **5  4  8  5**             unknown

When was the debt incurred?             **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify __Business Debt__

---

**4.129** | **Gary Karlson**

Nonpriority Creditor's Name

__6130 Quail Ln__

Number             Street

__Enid, OK 73703-9300__

City             State             ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **5  4  8  5**             unknown

When was the debt incurred?             **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify __Business Debt__

---

**4.130** | **Gary Spivey**

Nonpriority Creditor's Name

__4 Nw Eagle Mountain Rd__

Last 4 digits of account number   **5  4  8  5**             unknown

When was the debt incurred?             Unknown

Number          Street

**Lawton, OK 73507-8926**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

**4.131**   **Gary Tipton**

Nonpriority Creditor's Name

**3016 103rd St**

Number          Street

**Lubbock, TX 79423-6050**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5   4   8   5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

**4.132**   **Gary Whiteman**

Nonpriority Creditor's Name

**7900 N Anderson Rd**

Number          Street

**Jones, OK 73049-7100**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5   4   8   5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

**4.133**   **Gene's Tire Service**

Nonpriority Creditor's Name

**46 E Main St**

Number          Street

**Durant, OK 74701-5943**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Last 4 digits of account number    5   4   8   5          $3,000.00

**When was the debt incurred?**          2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.134**

**George Bell**

Nonpriority Creditor's Name

**3937 Holly Springs Ln**

Number          Street

**Kaufman, TX 75142-3243**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number      5   4   8   5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.135**

**Gerald Thiel**

Nonpriority Creditor's Name

**1113 Springfield Ct**

Number          Street

**Durant, OK 74701-7836**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number      5   4   8   5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.136**

**Gerardo Resendiz**

Nonpriority Creditor's Name

**2824 Cameron Way**

Number          Street

**Mesquite, TX 75181-4427**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number      5   4   8   5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.137**

**Gerrid Warner**

Nonpriority Creditor's Name

**7307 76th St**

Number          Street

**Lubbock, TX 79424-3200**

City          State          ZIP Code

Last 4 digits of account number      5   4   8   5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt**

---

**4.138** Gilbert Jaramillo

Nonpriority Creditor's Name

**245 Wolff Dr**

Number         Street

**Sherman, TX 75092-6357**

City            State        ZIP Code

Last 4 digits of account number  **5  4  8  5**     unknown

When was the debt incurred?     **Unknown**

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt**

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

---

**4.139** Gordon Robinson

Nonpriority Creditor's Name

**8721 S Gary Ave**

Number         Street

**Tulsa, OK 74137-2542**

City            State        ZIP Code

Last 4 digits of account number  **5  4  8  5**     unknown

When was the debt incurred?     **Unknown**

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt**

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

---

**4.140** Gregory Edwards

Nonpriority Creditor's Name

**3009 N Glenoaks Dr**

Number         Street

**Oklahoma City, OK 73110-1601**

City            State        ZIP Code

Last 4 digits of account number  **5  4  8  5**     unknown

When was the debt incurred?     **Unknown**

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt**

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**4.141**

Gregory May

Nonpriority Creditor's Name

2410 Brandyshire Dr

Number          Street

Katy, TX 77494-1731

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5   4   8   5          unknown

When was the debt incurred?          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.142**

Hans Schuller

Nonpriority Creditor's Name

316 County Road 2466

Number          Street

Mineola, TX 75773-6973

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5   4   8   5          unknown

When was the debt incurred?          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.143**

Hayden & Lacey Seay

Nonpriority Creditor's Name

3530 Nw 18th St

Number          Street

Newcastle, OK 73065-5987

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5   4   8   5          unknown

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.144**

Herbert and Melanie Knabe

Nonpriority Creditor's Name

8807 9th St

Number          Street

Lubbock, TX 79416-1915

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only

Last 4 digits of account number    5   4   8   5          unknown

When was the debt incurred?          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business Debt**

**4.145**

| | |
|---|---|
| **incorporate.com** | Last 4 digits of account number **5 4 8 5**  unknown |
| Nonpriority Creditor's Name | |
| **251 Little Falls Dr** | When was the debt incurred? **2024** |
| Number          Street | |

**Wilmington, DE 19808-1674**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.146**

| | |
|---|---|
| **Internal Revenue Service** | Last 4 digits of account number **5 4 8 5**  $11,676.92 |
| Nonpriority Creditor's Name | |
| **Po Box 7346** | When was the debt incurred? **2010** |
| Number          Street | |

**Philadelphia, PA 19101-7346**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Taxes**

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.147**

| | |
|---|---|
| **Iraida Hernandez** | Last 4 digits of account number **5 4 8 5**  unknown |
| Nonpriority Creditor's Name | |
| **1828 E Main St** | When was the debt incurred? **Unknown** |
| Number          Street | |

**Moore, OK 73160-8102**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.148**

| | |
|---|---|
| **Jack Rodosta** | Last 4 digits of account number **5 4 8 5**  unknown |
| Nonpriority Creditor's Name | |
| **146 Wrigley Dr** | When was the debt incurred? |

Number        Street

**Springtown, TX 76082-1135**

City        State        ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

---

**4.149** | **Jack Stout**

Nonpriority Creditor's Name

**3000 E 93rd St S**

Number        Street

**Muskogee, OK 74403-6565**

City        State        ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **5  4  8  5**    **unknown**

When was the debt incurred?    **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

---

**4.150** | **Jacob Gonser**

Nonpriority Creditor's Name

**1600 Shirlee Ave**

Number        Street

**Ponca City, OK 74604-1425**

City        State        ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **5  4  8  5**    **unknown**

When was the debt incurred?    **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

---

**4.151** | **Jacob Koorevaar**

Nonpriority Creditor's Name

**429419 E 1931 Rd**

Number        Street

**Rattan, OK 74562-6346**

City        State        ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Last 4 digits of account number  **5  4  8  5**    **unknown**

When was the debt incurred?    **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.152 | | |
|---|---|---|

**James Dodson**
Nonpriority Creditor's Name

**1601 W Acheson St**

Number          Street

**Denison, TX 75020-5306**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5    4    8    5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| 4.153 | | |
|---|---|---|

**James King**
Nonpriority Creditor's Name

**13928 S 95th E Ave, Bixby, OK 74008, USA**

Number          Street

**Bixby, OK 74008**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5    4    8    5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| 4.154 | | |
|---|---|---|

**James Olsson**
Nonpriority Creditor's Name

**706 Oak Creek Dr**

Number          Street

**Yukon, OK 73099-1645**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5    4    8    5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| 4.155 | | |
|---|---|---|

**James Reed**
Nonpriority Creditor's Name

**407 Churchill Ln**

Number          Street

**Pottsboro, TX 75076-5108**

City          State          ZIP Code

Last 4 digits of account number    5    4    8    5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.156**

**James Talley**

Nonpriority Creditor's Name

**21174 County Road 1390**

Number          Street

**Anadarko, OK 73005-2090**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **5  4  8  5**          unknown

**When was the debt incurred?**          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.157**

**James Wardlow**

Nonpriority Creditor's Name

**600 N Burns St**

Number          Street

**Holdenville, OK 74848-5631**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **5  4  8  5**          unknown

**When was the debt incurred?**          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.158**

**James Williams**

Nonpriority Creditor's Name

**702 Bayless**

Number          Street

**Wister, OK 74966-9031**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **5  4  8  5**          unknown

**When was the debt incurred?**          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

**Jamie McCracken**

Nonpriority Creditor's Name

**107 Bass Bay Cir**

Number          Street

**Mannford, OK 74043-3019**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      **5   4   8   5**          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify      **Business Debt**

---

**Jan Halamek**

Nonpriority Creditor's Name

**6001 114th St**

Number          Street

**Lubbock, TX 79424-6058**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      **5   4   8   5**          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify      **Business Debt**

---

**Jared Cunningham-Dubois**

Nonpriority Creditor's Name

**304 Lynnwood, Fletcher, OK 73541, USA**

Number          Street

**Fletcher, OK 73541**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      **5   4   8   5**          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify      **Business Debt**

---

**Jason Marshell**

Nonpriority Creditor's Name

**121 Worley Creek Ln**

Number          Street

**Tuttle, OK 73089-8434**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only

Last 4 digits of account number      **5   4   8   5**          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Business Debt__

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.163**

**Jason Whiteaker**
Nonpriority Creditor's Name

**501 E County Road 120**
Number          Street

**Midland, TX 79706-4014**
City          State          ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **5  4  8  5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Business Debt__

---

**4.164**

**Jason Wilson**
Nonpriority Creditor's Name

**11565 Carefree Ln**
Number          Street

**Shawnee, OK 74804-7003**
City          State          ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **5  4  8  5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Business Debt__

---

**4.165**

**Jeff Caldwell**
Nonpriority Creditor's Name

**4045 Bucks of Gains Creek Rd**
Number          Street

**Mcalester, OK 74501-8226**
City          State          ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **5  4  8  5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Business Debt__

---

**4.166**

**Jeff Dewitt**
Nonpriority Creditor's Name

774 Magnolia Ln

Last 4 digits of account number    **5  4  8  5**          unknown

When was the debt incurred?          Unknown

| Number | Street |
|---|---|

Tuttle, OK 73089-9122

| City | State | ZIP Code |
|---|---|---|

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

---

**4.167** Jeff Kyle

Nonpriority Creditor's Name

102998 S 4460 Rd

| Number | Street |
|---|---|

Gore, OK 74435-5310

| City | State | ZIP Code |
|---|---|---|

Last 4 digits of account number **5 4 8 5**          unknown

When was the debt incurred? **Unknown**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.168** Jeff Stoeklen

Nonpriority Creditor's Name

2162 E 2070 Rd

| Number | Street |
|---|---|

Hugo, OK 74743-9709

| City | State | ZIP Code |
|---|---|---|

Last 4 digits of account number **5 4 8 5**          unknown

When was the debt incurred? **Unknown**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.169** Jeff Webb

Nonpriority Creditor's Name

1717 Nabors Ln

| Number | Street |
|---|---|

Odessa, TX 79761-1544

| City | State | ZIP Code |
|---|---|---|

Last 4 digits of account number **5 4 8 5**          unknown

When was the debt incurred? **Unknown**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**4.170**

**Jeff Williams**
Nonpriority Creditor's Name

**5816 Luella Rd**
Number          Street

**Sherman, TX 75090-5216**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5    4    8    5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Business Debt**

---

**4.171**

**Jeffrey Burns**
Nonpriority Creditor's Name

**123 N 9th St**
Number          Street

**Blackwell, OK 74631-1805**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5    4    8    5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Business Debt**

---

**4.172**

**Jennifer Jennings**
Nonpriority Creditor's Name

**1309 E Reno St**
Number          Street

**Broken Arrow, OK 74012-9304**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5    4    8    5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Business Debt**

---

**4.173**

**Jenson Leu**
Nonpriority Creditor's Name

**17337 Clove Hill Pl**
Number          Street

**Edmond, OK 73012-0738**
City          State          ZIP Code

Last 4 digits of account number    5    4    8    5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Business Debt

---

**4.174** | **Jeromey Lightfoot**

Nonpriority Creditor's Name

**8938 TX-78, Ravenna, TX 75476, USA**

Number          Street

**Ravenna, TX 75476**

City          State          ZIP Code

Last 4 digits of account number    **5  4  8  5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Business Debt

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

---

**4.175** | **Jerry Arthur**

Nonpriority Creditor's Name

**340 E Potter Rd**

Number          Street

**Calera, OK 74730-4851**

City          State          ZIP Code

Last 4 digits of account number    **5  4  8  5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Business Debt

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

---

**4.176** | **Jerry Eldridge**

Nonpriority Creditor's Name

**892 Harshbarger Rd**

Number          Street

**Sadler, TX 76264-3941**

City          State          ZIP Code

Last 4 digits of account number    **5  4  8  5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Business Debt

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**4.177**

Jerry Hopp

Nonpriority Creditor's Name

8512 Chantel Dr

Number     Street

Choctaw, OK 73020-2079

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     5   4   8   5          unknown

When was the debt incurred?     Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     Business Debt

---

**4.178**

Jerry Howard

Nonpriority Creditor's Name

1128 S Runnels St

Number     Street

De Kalb, TX 75559-2302

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     5   4   8   5          unknown

When was the debt incurred?     Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     Business Debt

---

**4.179**

Jerry Jones

Nonpriority Creditor's Name

106 Jones St

Number     Street

Pocola, OK 74902-3603

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     5   4   8   5          unknown

When was the debt incurred?     Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     Business Debt

---

**4.180**

Jerry Lewis

Nonpriority Creditor's Name

1802 Fisherman Ln

Number     Street

Durant, OK 74701-1603

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only

Last 4 digits of account number     5   4   8   5          unknown

When was the debt incurred?     Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☑ Check if this claim is for a community debt

**4.181**

**Jerry Powers**

Nonpriority Creditor's Name

**197 Mesa Rim**

Number          Street

**Tuscola, TX 79562-3838**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5    4    8    5**                          unknown

**When was the debt incurred?**              **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.182**

**Jerry Russell**

Nonpriority Creditor's Name

**16557 Lake Estate, Shawnee, OK 74801, USA**

Number          Street

**Shawnee, OK 74801**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5    4    8    5**                          unknown

**When was the debt incurred?**              **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.183**

**Jhante Penigar**

Nonpriority Creditor's Name

**2039 Karsen Ln**

Number          Street

**Heartland, TX 75126-3408**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5    4    8    5**                          unknown

**When was the debt incurred?**              **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.184**

**Jim Garner**

Nonpriority Creditor's Name

**8521 OK 199, Ardmore, OK 73401, USA**

Last 4 digits of account number    **5    4    8    5**                          unknown

**When was the debt incurred?**              **Unknown**

Number          Street

Ardmore, OK 73401
City            State            ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify ___Business Debt___

---

**4.185**

Jim Wade
Nonpriority Creditor's Name

7860 Ferguson Rd
Number          Street

Beggs, OK 74421-2513
City            State            ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    5  4  8  5        unknown

When was the debt incurred?        Unknown

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify ___Business Debt___

---

**4.186**

Jimmy Ogden
Nonpriority Creditor's Name

216 Hamil Rd
Number          Street

Haworth, OK 74740-5267
City            State            ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    5  4  8  5        unknown

When was the debt incurred?        Unknon

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify ___Business Debt___

---

**4.187**

Jimmy Watson
Nonpriority Creditor's Name

218 E Ohio Ave
Number          Street

Enid, OK 73701-7414
City            State            ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Last 4 digits of account number    5  4  8  5        unknown

When was the debt incurred?        Unknown

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify ___Business Debt___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 4.188 | |
|---|---|

**Joanna Fletcher**
Nonpriority Creditor's Name

**636 Smith Oak Rd**
Number          Street

**Sherman, TX 75090-3236**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   5   4   8   5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| 4.189 | |
|---|---|

**Joe Decker**
Nonpriority Creditor's Name

**7013 Hollow Oak Dr # 7d**
Number          Street

**Kingston, OK 73439-5107**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   5   4   8   5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| 4.190 | |
|---|---|

**Joe Tumblson**
Nonpriority Creditor's Name

**1392 County Road 1570**
Number          Street

**Rush Springs, OK 73082-3052**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   5   4   8   5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| 4.191 | |
|---|---|

**Johann Sproule**
Nonpriority Creditor's Name

**16910 County Road 2060**
Number          Street

**Lubbock, TX 79423-6760**
City          State          ZIP Code

**Last 4 digits of account number**   5   4   8   5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify __Business Debt__

---

**4.192** **John McClure**

Nonpriority Creditor's Name

**598 Sikes St**

Number          Street

**Graford, TX 76449-3516**

City          State          ZIP Code

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **5  4  8  5**          unknown

**When was the debt incurred?**          __Unknown__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify __Business Debt__

---

**4.193** **John Nelson**

Nonpriority Creditor's Name

**212 N Old Highway 81**

Number          Street

**Ninnekah, OK 73067-4201**

City          State          ZIP Code

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **5  4  8  5**          unknown

**When was the debt incurred?**          __Unknown__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify __Business Debt__

---

**4.194** **John Sileo**

Nonpriority Creditor's Name

**4305 City View Dr**

Number          Street

**Wichita Falls, TX 76305-5410**

City          State          ZIP Code

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **5  4  8  5**          unknown

**When was the debt incurred?**          __Unknown__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify __Business Debt__

**4.195**

John Smith

Nonpriority Creditor's Name

350269 E 1070 Rd

Number          Street

Prague, OK 74864-3626

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   5   4   8   5          unknown

**When was the debt incurred?**        Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

**4.196**

John Towels

Nonpriority Creditor's Name

355728 Oak Springs Dr

Number          Street

Prague, OK 74864-3607

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   5   4   8   5          unknown

**When was the debt incurred?**        Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

**4.197**

John Upshaw

Nonpriority Creditor's Name

7125 Sw 120th St

Number          Street

Oklahoma City, OK 73173-8886

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   5   4   8   5          unknown

**When was the debt incurred?**        Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

**4.198**

Johnathan Gordan

Nonpriority Creditor's Name

416 Meadow Ln

Number          Street

Bonham, TX 75418-2709

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only

**Last 4 digits of account number**   5   4   8   5          unknown

**When was the debt incurred?**        Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  Business Debt

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.199**

**Johnny Hall**

Nonpriority Creditor's Name

**3142 Stockton Rd**

Number           Street

**Burneyville, OK 73430-7588**

City           State           ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   **5   4   8   5**              unknown

When was the debt incurred?              Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

---

**4.200**

**Jonathan Moore**

Nonpriority Creditor's Name

**4520 Southcreek Rd**

Number           Street

**Moore, OK 73165-7358**

City           State           ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   **5   4   8   5**              unknown

When was the debt incurred?              Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

---

**4.201**

**Jonita Mckenzie**

Nonpriority Creditor's Name

**35429 Midway Rd**

Number           Street

**Poteau, OK 74953-7473**

City           State           ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   **5   4   8   5**              unknown

When was the debt incurred?              Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

---

**4.202**

**Jordan Brown**

Nonpriority Creditor's Name

**111 Spruce Dr**

Last 4 digits of account number   **5   4   8   5**              unknown

When was the debt incurred?              Unknown

Number               Street

**Woodward, OK 73801-5931**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

**4.203**  **Jordan Coronado**

Nonpriority Creditor's Name

**109 S Pybas**

Number               Street

**Washington, OK 73093**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**          unknown

When was the debt incurred?            **Unknown**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

**4.204**  **Jordan Shannon**

Nonpriority Creditor's Name

**1401 E 12th St**

Number               Street

**Chouteau, OK 74337-3782**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**          unknown

When was the debt incurred?            **Unknown**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

**4.205**  **Jose Berrios**

Nonpriority Creditor's Name

**4213 FM992, De Kalb, TX 75559, USA**

Number               Street

**De Kalb, TX 75559**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Last 4 digits of account number    **5   4   8   5**          unknown

When was the debt incurred?            **Unknown**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.206 | |
|---|---|

**Joshua Adkisson**

Nonpriority Creditor's Name

**9910 E Franklin Rd**

Number          Street

**Norman, OK 73026-6905**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**     5   4   8   5          unknown

**When was the debt incurred?**     Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

| 4.207 | |
|---|---|

**Joshua Farthing**

Nonpriority Creditor's Name

**5611 Versailles Ct**

Number          Street

**Colleyville, TX 76034-5578**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**     5   4   8   5          unknown

**When was the debt incurred?**     Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

| 4.208 | |
|---|---|

**Joshua Howell**

Nonpriority Creditor's Name

**6889 Bois D'Arc Rd, Marietta, OK 73448, USA**

Number          Street

**Marietta, OK 73448**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**     5   4   8   5          unknown

**When was the debt incurred?**     Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

| 4.209 | |
|---|---|

**Josue Pena**

Nonpriority Creditor's Name

**3145 Helix Bay Dr**

Number          Street

**Crandall, TX 76134-8508**

City          State          ZIP Code

**Last 4 digits of account number**     5   4   8   5          unknown

**When was the debt incurred?**     Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.210**

**Juan Lara**
Nonpriority Creditor's Name

**13425 Chaparral Rd**
Number          Street

**Norman, OK 73026-8735**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.211**

**Julia Tuck**
Nonpriority Creditor's Name

**164 County Road 2008**
Number          Street

**New Boston, TX 75570-6759**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.212**

**Julian Cavazos**
Nonpriority Creditor's Name

**4549 Mile 16 N, Mercedes, TX 78570, USA**
Number          Street

**Mercedes, TX 78570**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

**4.213**

**Justin Heater**
Nonpriority Creditor's Name

**2529 Chuckwa Dr**
Number          Street

**Durant, OK 74701-5526**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   5   4   8   5     unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     **Business Debt**

---

**4.214**

**Justin Pappan**
Nonpriority Creditor's Name

**3109 Aerie Dr**
Number          Street

**Edmond, OK 73013-7477**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   5   4   8   5     unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     **Business Debt**

---

**4.215**

**Justin Swinney**
Nonpriority Creditor's Name

**5000 Park Ave**
Number          Street

**Sherman, TX 75092-4719**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   5   4   8   5     unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     **Business Debt**

---

**4.216**

**Justin Turner**
Nonpriority Creditor's Name

**634 E Main St**
Number          Street

**Denison, TX 75021-2826**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only

**Last 4 digits of account number**   5   4   8   5     unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

Debtor 1 and Debtor 2 only<br>
At least one of the debtors and another<br>
☑ Check if this claim is for a community debt

Obligations arising out of a separation agreement or divorce that you did not report as<br>
priority claims<br>
Debts to pension or profit-sharing plans, and other similar debts<br>
☑ Other. Specify **Business Debt**

**Is the claim subject to offset?**<br>
☑ No<br>
☐ Yes

---

**4.217**

**Juventino Reyes**

Nonpriority Creditor's Name

**7301 S Cimarron Rd**

Number      Street

**Mustang, OK 73064-9362**

City      State      ZIP Code

**Who incurred the debt?** Check one.<br>
☑ Debtor 1 only<br>
☐ Debtor 2 only<br>
☐ Debtor 1 and Debtor 2 only<br>
☐ At least one of the debtors and another<br>
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**<br>
☑ No<br>
☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**       unknown

When was the debt incurred?      Unknown

**As of the date you file, the claim is:** Check all that apply.<br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed

**Type of NONPRIORITY unsecured claim:**<br>
☐ Student loans<br>
☐ Obligations arising out of a separation agreement or divorce that you did not report as<br>
     priority claims<br>
☐ Debts to pension or profit-sharing plans, and other similar debts<br>
☑ Other. Specify **Business Debt**

---

**4.218**

**Karen Butcher**

Nonpriority Creditor's Name

**10803 Belmont Pl**

Number      Street

**Greenville, TX 75402-3503**

City      State      ZIP Code

**Who incurred the debt?** Check one.<br>
☑ Debtor 1 only<br>
☐ Debtor 2 only<br>
☐ Debtor 1 and Debtor 2 only<br>
☐ At least one of the debtors and another<br>
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**<br>
☑ No<br>
☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**       unknown

When was the debt incurred?      Unknown

**As of the date you file, the claim is:** Check all that apply.<br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed

**Type of NONPRIORITY unsecured claim:**<br>
☐ Student loans<br>
☐ Obligations arising out of a separation agreement or divorce that you did not report as<br>
     priority claims<br>
☐ Debts to pension or profit-sharing plans, and other similar debts<br>
☑ Other. Specify **Business Debt**

---

**4.219**

**Katherine Lehman**

Nonpriority Creditor's Name

**3710 S Braden Pl**

Number      Street

**Tulsa, OK 74135-5510**

City      State      ZIP Code

**Who incurred the debt?** Check one.<br>
☑ Debtor 1 only<br>
☐ Debtor 2 only<br>
☐ Debtor 1 and Debtor 2 only<br>
☐ At least one of the debtors and another<br>
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**<br>
☑ No<br>
☐ Yes

Last 4 digits of account number    **5**   **4**   **8**   **5**       unknown

When was the debt incurred?      Unknown

**As of the date you file, the claim is:** Check all that apply.<br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed

**Type of NONPRIORITY unsecured claim:**<br>
☐ Student loans<br>
☐ Obligations arising out of a separation agreement or divorce that you did not report as<br>
     priority claims<br>
☐ Debts to pension or profit-sharing plans, and other similar debts<br>
☑ Other. Specify **Business Debt**

---

**4.220**

**Kathryn Box**

Nonpriority Creditor's Name

**1504 Je Up, Valliant, OK 74764, USA**

Last 4 digits of account number    **5**   **4**   **8**   **5**       unknown

When was the debt incurred?      Unknown

|  | Number | Street |
| --- | --- | --- |

**Valliant, OK 74764**

| City | State | ZIP Code |
| --- | --- | --- |

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ___Business Debt___

---

**4.221**  **Kathy Crow**

Nonpriority Creditor's Name

**303 3rd Ave Nw**

|  | Number | Street |
| --- | --- | --- |

**Miami, OK 74354-5701**

| City | State | ZIP Code |
| --- | --- | --- |

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5    4    8    5          unknown

When was the debt incurred?    ___Unknown___

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ___Business Debt___

---

**4.222**  **Kathy Dick**

Nonpriority Creditor's Name

**23594 E 132nd St S**

|  | Number | Street |
| --- | --- | --- |

**Coweta, OK 74429-6169**

| City | State | ZIP Code |
| --- | --- | --- |

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5    4    8    5          unknown

When was the debt incurred?    ___Unknown___

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ___Business Debt___

---

**4.223**  **Keith Allen**

Nonpriority Creditor's Name

**108 Ellicott Dr**

|  | Number | Street |
| --- | --- | --- |

**Roanoke, TX 76262-7233**

| City | State | ZIP Code |
| --- | --- | --- |

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Last 4 digits of account number    5    4    8    5          unknown

When was the debt incurred?    ___Unknown___

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ___Business Debt___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**4.224**

**Keith Jones**
Nonpriority Creditor's Name

**18150 311 Rd**
Number          Street

**Norman, OK 73026-9531**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   5   4   8   5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

---

**4.225**

**Keith Rhodes**
Nonpriority Creditor's Name

**14100 N Sunset Valley Rd**
Number          Street

**Hulbert, OK 74441-2009**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   5   4   8   5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

---

**4.226**

**Ken Rainbold**
Nonpriority Creditor's Name

**323 W Main St**
Number          Street

**Durant, OK 74701-5024**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   5   4   8   5          $1,500.00

**When was the debt incurred?**          2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

---

**4.227**

**Kenneth Burnham**
Nonpriority Creditor's Name

**2502 Larkspur Ln**
Number          Street

**Enid, OK 73703-6520**
City          State          ZIP Code

Last 4 digits of account number   5   4   8   5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

**4.228**

**Kenneth Preston**
Nonpriority Creditor's Name

**191 County Road 1301**
Number          Street

**Bridgeport, TX 76426-6229**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5  4  8  5**          unknown

**When was the debt incurred?**          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

**4.229**

**Kenneth Schupbach**
Nonpriority Creditor's Name

**137 Timberline Dr**
Number          Street

**Port Lavaca, TX 77979-4951**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5  4  8  5**          unknown

**When was the debt incurred?**          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

**4.230**

**Kevin Allen**
Nonpriority Creditor's Name

**Co Rd 3210, Wills Point, Texas 75169, USA**
Number          Street

**Wills Point, TX 75169**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5  4  8  5**          unknown

**When was the debt incurred?**          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

**4.231**

**Kevin Call**

Nonpriority Creditor's Name

**3117 Turkey Creek Ln Ne**

Number                Street

**Piedmont, OK 73078-9103**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5    4    8    5        unknown

When was the debt incurred?        Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.232**

**Kevin Elger**

Nonpriority Creditor's Name

**1203 Burgandy Dr**

Number                Street

**Midland, TX 79705-4485**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5    4    8    5        unknown

When was the debt incurred?        Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.233**

**Kim Upton**

Nonpriority Creditor's Name

**1555 Enloe Rd**

Number                Street

**Howe, TX 75459-4700**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5    4    8    5        unknown

When was the debt incurred?        Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.234**

**Kimani Jackson**

Nonpriority Creditor's Name

**7708 Nw Chesley Dr**

Number                Street

**Lawton, OK 73505-4154**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only

Last 4 digits of account number    5    4    8    5        unknown

When was the debt incurred?        Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Case 25-80631   Doc 1   Filed 07/10/25   Entered 07/10/25 00:09:46   Desc Main
Document     Page 100 of 239

**4.235**

**Kinnelia Ocskai**

Nonpriority Creditor's Name

**11109 Sw Pecan Rd**

Number          Street

**Lawton, OK 73505-7566**

City          State          ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.236**

**Kirk Morgan**

Nonpriority Creditor's Name

**3251 Lake Dr**

Number          Street

**San Angelo, TX 76903-2341**

City          State          ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.237**

**Kristen Amon**

Nonpriority Creditor's Name

**6020 Harwich Manor St**

Number          Street

**Oklahoma City, OK 73132-4739**

City          State          ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.238**

**Kristen Rorabaugh**

Nonpriority Creditor's Name

**510 N Bagwell St**

Last 4 digits of account number    **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

| Number | Street |
| --- | --- |

**Poteau, OK 74953-3412**

City                    State                    ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

**4.239** | **Kurt Mohr** | Last 4 digits of account number    5   4   8   5 | unknown

Nonpriority Creditor's Name

**106 Vance Ct**    When was the debt incurred?         Unknown

| Number | Street |
| --- | --- |

**Fate, TX 75087-5801**

City                    State                    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.240** | **Kyle Powers** | Last 4 digits of account number    5   4   8   5 | unknown

Nonpriority Creditor's Name

**7518 Lamount Dr**    When was the debt incurred?         Unknown

| Number | Street |
| --- | --- |

**Amarillo, TX 79110-4604**

City                    State                    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.241** | **Ladonna Culp** | Last 4 digits of account number    5   4   8   5 | $85,000.00

Nonpriority Creditor's Name

**10565 S Brushy Rd**    When was the debt incurred?         2023

| Number | Street |
| --- | --- |

**Milburn, OK 73450-8201**

City                    State                    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

4.242

**Lance Minchew**

Nonpriority Creditor's Name

**55 County Road 1255**

Number          Street

**Whitesboro, TX 76273-5937**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

4.243

**Larry Vincent**

Nonpriority Creditor's Name

**32161 S 4531 Rd**

Number          Street

**Afton, OK 74331**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

4.244

**Laura Higdon**

Nonpriority Creditor's Name

**2220 Marley Ln, Red Oak, OK 74563, USA**

Number          Street

**Red Oak, OK 74563**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

4.245

**Lea Ann Hanseth**

Nonpriority Creditor's Name

**10834 E 115th Pl S**

Number          Street

**Bixby, OK 74008-2810**

City          State          ZIP Code

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| 4.246 | **Leon Bates** | Last 4 digits of account number | **5 4 8 5** | unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**189 Old Perrin Rd**

Number          Street

**When was the debt incurred?**          **Unknown**

**Sherman, TX 75092-6812**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| 4.247 | **Leon Potter** | Last 4 digits of account number | **5 4 8 5** | unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3202 Lookout Dr**

Number          Street

**When was the debt incurred?**          **Unknown**

**Enid, OK 73701-7743**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| 4.248 | **Linda Mclemore** | Last 4 digits of account number | **5 4 8 5** | unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**416533 E 1960 Rd**

Number          Street

**When was the debt incurred?**          **Unknown**

**Antlers, OK 74523-1409**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

**4.249**

**Linda Minion**
Nonpriority Creditor's Name

**1158 S Franklin St**
Number          Street

**Colbert, OK 74733-2008**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number     **5   4   8   5**          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify     **Business Debt**

---

**4.250**

**Lindsay Oberdick**
Nonpriority Creditor's Name

**2728 W Pensacola St**
Number          Street

**Broken Arrow, OK 74011-6108**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number     **5   4   8   5**          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify     **Business Debt**

---

**4.251**

**Lisa K Hubbell**
Nonpriority Creditor's Name

**11532 San Sebastian Dr**
Number          Street

**Oklahoma City, OK 73173-5920**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number     **5   4   8   5**          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify     **Business Debt**

---

**4.252**

**Lovis Moomey-bruce**
Nonpriority Creditor's Name

**15801 Pecan Valley Rd**
Number          Street

**Newalla, OK 74857-1212**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only

Last 4 digits of account number     **5   4   8   5**          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Business Debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 4.253 | **Lowell Vest** | | Last 4 digits of account number | **5** | **4** | **8** | **5** | unknown |
|---|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**302 S Branch St**

Number          Street

When was the debt incurred?                    Unknown

**Bells, TX 75414-2479**

City                State          ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 4.254 | **Luis Robles** | | Last 4 digits of account number | **5** | **4** | **8** | **5** | unknown |
|---|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**12104 Nw 137th St**

Number          Street

When was the debt incurred?                    Unknown

**Piedmont, OK 73078-8137**

City                State          ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 4.255 | **Luke Williams** | | Last 4 digits of account number | **5** | **4** | **8** | **5** | unknown |
|---|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**3604 Walking Sky Rd**

Number          Street

When was the debt incurred?                    Unknown

**Edmond, OK 73013-6880**

City                State          ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 4.256 | **Lynette Seale** | | Last 4 digits of account number | **5** | **4** | **8** | **5** | unknown |
|---|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**112 Kana Dr**

When was the debt incurred?                    Unknown

Number          Street

**Whitehouse, TX 75791-3902**

City          State          ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

**4.257** | **Marcelino Pastrana**

Nonpriority Creditor's Name

**1906 Pine Valley St**

Number          Street

**San Angelo, TX 76904-1712**

City          State          ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   5   4   8   5          unknown

When was the debt incurred?          Unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

**4.258** | **Maria Solis**

Nonpriority Creditor's Name

**1260 Wallis Rd**

Number          Street

**Aledo, TX 76008-3886**

City          State          ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   5   4   8   5          unknown

When was the debt incurred?          Unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

**4.259** | **Marian Turner**

Nonpriority Creditor's Name

**125 W Bond St**

Number          Street

**Coyle, OK 73027**

City          State          ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Last 4 digits of account number   5   4   8   5          unknown

When was the debt incurred?          Unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.260 | |
|---|---|

**Marina Strok**

Nonpriority Creditor's Name

**1006 Community Way**

Number          Street

**Royse City, TX 75189-3809**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5   4   8   5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

| 4.261 | |
|---|---|

**Mario Trejo**

Nonpriority Creditor's Name

**737 Willowbrook # New**

Number          Street

**New Braunfels, TX 78130-5079**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5   4   8   5          unknown

**When was the debt incurred?**          Unknow

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

| 4.262 | |
|---|---|

**Mark Bills**

Nonpriority Creditor's Name

**217 Beach Blvd**

Number          Street

**Laguna Vista, TX 78578-2633**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5   4   8   5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

| 4.263 | |
|---|---|

**Mark Elmasri**

Nonpriority Creditor's Name

**730 Mobley Rd**

Number          Street

**Cedar Hill, TX 75104-6345**

City          State          ZIP Code

Last 4 digits of account number    5   4   8   5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

**4.264**  **Mark Webster**

Nonpriority Creditor's Name

**6321 Sw Deyo Mission Rd**

Number          Street

**Lawton, OK 73505-8802**

City          State          ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **5  4  8  5**          unknown

When was the debt incurred?          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

**4.265**  **Martin Crosson**

Nonpriority Creditor's Name

**415 Brockett St**

Number          Street

**Collinsville, TX 76233-9770**

City          State          ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **5  4  8  5**          unknown

When was the debt incurred?          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

**4.266**  **Mary Bracamontes**

Nonpriority Creditor's Name

**1206 Nw 31st St**

Number          Street

**Lawton, OK 73505-5105**

City          State          ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **5  4  8  5**          unknown

When was the debt incurred?          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

**4.267**

Mary Kachler

Nonpriority Creditor's Name

1334 Woodford Rd

| Number | Street |

Ardmore, OK 73401-1193

| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5   4   8   5      unknown

When was the debt incurred?     Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.268**

Matthew Robinson

Nonpriority Creditor's Name

1056 Nw 6th St

| Number | Street |

Moore, OK 73160-2141

| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5   4   8   5      unknown

When was the debt incurred?     Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.269**

Matthew Rogers

Nonpriority Creditor's Name

1513 Sunset St

| Number | Street |

Merkel, TX 79536-6011

| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5   4   8   5      unknown

When was the debt incurred?     Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.270**

Michael Kidd

Nonpriority Creditor's Name

902 S Carhart St

| Number | Street |

Clarendon, TX 79226

| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only

Last 4 digits of account number    5   4   8   5      unknown

When was the debt incurred?     Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business Debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**4.271**

**Michael Mansur**

Nonpriority Creditor's Name

**110 Bush Creek Dr**

Number          Street

**Shawnee, OK 74801-3954**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number     **5  4  8  5**          unknown

When was the debt incurred?          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business Debt**

---

**4.272**

**Michael Plemmons**

Nonpriority Creditor's Name

**142 Old Airport Rd**

Number          Street

**Denison, TX 75021-7576**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number     **5  4  8  5**          unknown

When was the debt incurred?          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business Debt**

---

**4.273**

**Michael Russell**

Nonpriority Creditor's Name

**4310 Hunters Hill Rd**

Number          Street

**Norman, OK 73072-3924**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number     **5  4  8  5**          unknown

When was the debt incurred?          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business Debt**

---

**4.274**

**Michael Smith**

Nonpriority Creditor's Name

**3510 Rancho Ln**

Last 4 digits of account number     **5  4  8  5**          unknown

When was the debt incurred?          **Unknown**

Number          Street

**Ardmore, OK 73401**

City                    State                    ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     Business Debt

---

**4.275**     **Michelle Huffman**

Nonpriority Creditor's Name

**712 Park Pl**

Number          Street

**Whitesboro, TX 76273-1100**

City                    State                    ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number      5    4    8    5          unknown

When was the debt incurred?          Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     Business Debt

---

**4.276**     **Michelle Nesbitt**

Nonpriority Creditor's Name

**628 Hat Powell Rd**

Number          Street

**Caddo, OK 74729-3830**

City                    State                    ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number      5    4    8    5          unknown

When was the debt incurred?          Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     Business Debt

---

**4.277**     **Miguel Adame**

Nonpriority Creditor's Name

**1714 E Pecan St**

Number          Street

**Sherman, TX 75090-6351**

City                    State                    ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Last 4 digits of account number      5    4    8    5          unknown

When was the debt incurred?          Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     Business Debt

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.278**

**Mike Bergman Training**
Nonpriority Creditor's Name

**11420 S 129th E Ave, Broken Arrow, OK 74011, USA**

Number          Street

**Broken Arrow, OK 74011**

City          State          ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number      5   4   8   5          unknown

When was the debt incurred?          Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify      **Business Debt**

---

**4.279**

**Mike Davis**
Nonpriority Creditor's Name

**9226 Landers Rd # San**

Number          Street

**San Angelo, TX 76905-8800**

City          State          ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number      5   4   8   5          unknown

When was the debt incurred?          Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify      **Business Debt**

---

**4.280**

**Mike Rogers**
Nonpriority Creditor's Name

**8900 Rolling Meadows Dr**

Number          Street

**Guthrie, OK 73044-8644**

City          State          ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number      5   4   8   5          unknown

When was the debt incurred?          Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify      **Business Debt**

---

**4.281**

**Mindy Seubold**
Nonpriority Creditor's Name

**107934 S 4750 Rd**

Number          Street

**Muldrow, OK 74948-7308**

Last 4 digits of account number      5   4   8   5          unknown

When was the debt incurred?          Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated

☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.282**

**Minnie Barnes**

Nonpriority Creditor's Name

**22974 S 337th W Ave, Bristow, OK 74010, USA**

Number      Street

**Bristow, OK 74010**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**      **unknown**

**When was the debt incurred?**    **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.283**

**Misty Mcmullen**

Nonpriority Creditor's Name

**1752 Co Rd 1590, Alvord, Texas, USA**

Number      Street

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**      **unknown**

**When was the debt incurred?**    **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.284**

**Mohela/navient**

Nonpriority Creditor's Name

**633 Spirit Drive**

Number      Street

**Chesterfield, MO 63005**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **0   4   2   3**      **$619,208.00**

**When was the debt incurred?**    **4/1/2007**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

## 4.285

**Moises Avalos**
Nonpriority Creditor's Name

**716 N Roosevelt St**
Number          Street

**Guymon, OK 73942-3820**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Business Debt**

---

## 4.286

**Monte Cook**
Nonpriority Creditor's Name

**610 Co Rd 4813, Ben Wheeler, TX 75754, USA**
Number          Street

**Ben Wheeler, TX 75754**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Business Debt**

---

## 4.287

**Muhammed Khan**
Nonpriority Creditor's Name

**2903 W State Highway 84**
Number          Street

**Bragg City, MO 63827-9673**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    3  1  7  5          unknown

**When was the debt incurred?**          2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Business Debt**

---

## 4.288

**Mulberry Hotel**
Nonpriority Creditor's Name

**221 W Main St**
Number          Street

**Tishomingo, OK 73460-1726**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  Business Debt

Is the claim subject to offset?

☒ No
☐ Yes

**4.289**

Naomi Crockett

Nonpriority Creditor's Name

114 Trail Creek Dr

Number          Street

Abilene, TX 79602-7546

City          State          ZIP Code

Who incurred the debt? Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number    5    4    8    5          unknown

When was the debt incurred?          Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Business Debt

---

**4.290**

Nathan Laughlin

Nonpriority Creditor's Name

1104 Nw 190th Pl

Number          Street

Edmond, OK 73012-2171

City          State          ZIP Code

Who incurred the debt? Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number    5    4    8    5          unknown

When was the debt incurred?          Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Business Debt

---

**4.291**

nathan vanhoose

Nonpriority Creditor's Name

323 B St Se

Number          Street

Miami, OK 74354-7707

City          State          ZIP Code

Who incurred the debt? Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number    5    4    8    5          unknown

When was the debt incurred?          Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Business Debt

---

**4.292**

Nathaniel Gray

Nonpriority Creditor's Name

111 N Emerson St

Last 4 digits of account number    5    4    8    5          unknown

When was the debt incurred?          Unknown

| | |
|---|---|
| Number | Street |

San Angelo, TX 76903-5666

City    State    ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Business Debt

---

**4.293**  Nicholas Walls

Nonpriority Creditor's Name

17090 County Road 3539

Number    Street

Ada, OK 74820

City    State    ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is: Check all that apply.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Business Debt

---

**4.294**  Noel Young

Nonpriority Creditor's Name

862 Smith Oak Rd

Number    Street

Sherman, TX 75090-3238

City    State    ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is: Check all that apply.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Business Debt

---

**4.295**  Oluwakoseunti Odubela

Nonpriority Creditor's Name

2517 E Northhampton St

Number    Street

Broken Arrow, OK 74014-3573

City    State    ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is: Check all that apply.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.296** **On the Spot Roll-Offs**

Nonpriority Creditor's Name

**12050 US-70**

Number          Street

**Madill, OK 73446**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5   4   8   5              $12,000.00

**When was the debt incurred?**          2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.297** **Pati Hoffmann**

Nonpriority Creditor's Name

**6958 S Oswego Ave**

Number          Street

**Tulsa, OK 74136-2847**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5   4   8   5              unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.298** **Paul Mehagan**

Nonpriority Creditor's Name

**12318 E 27th Pl**

Number          Street

**Tulsa, OK 74129-8230**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5   4   8   5              unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.299** **Paul Stephens**

Nonpriority Creditor's Name

**54119 Hazel Dell Rd**

Number          Street

**Prague, OK 74864-8923**

City          State          ZIP Code

Last 4 digits of account number    5   4   8   5              unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify __Business Debt__

---

| 4.300 | |
|---|---|

**Peggy Allen**

Nonpriority Creditor's Name

**1422 Reynolds Ln**

Number          Street

**Sherman, TX 75092-6828**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **5  4  8  5**          unknown

**When was the debt incurred?**          __Unknown__

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify __Business Debt__

---

| 4.301 | |
|---|---|

**Peggy Worley**

Nonpriority Creditor's Name

**309 North St, Ringling, OK 73456, USA**

Number          Street

**Ringling, OK 73456**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **5  4  8  5**          unknown

**When was the debt incurred?**          __Unknown__

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify __Business Debt__

---

| 4.302 | |
|---|---|

**Peter Martinez**

Nonpriority Creditor's Name

**7855 Fm 513 S**

Number          Street

**Lone Oak, TX 75453-5125**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **5  4  8  5**          unknown

**When was the debt incurred?**          __Unknown__

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify __Business Debt__

**4.303**

Phillip Johnston

Nonpriority Creditor's Name

29308 S 4170 Rd

Number          Street

Inola, OK 74036-5095

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5    4    8    5          unknown

When was the debt incurred?          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.304**

Phillip Studebaker

Nonpriority Creditor's Name

1603 Eisenhower Rd

Number          Street

Norman, OK 73069-8505

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5    4    8    5          unknown

When was the debt incurred?          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.305**

Progressive Northern Insurance

Nonpriority Creditor's Name

300 N Commons Blvd

Number          Street

Cleveland, OH 44143-1589

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5    4    8    5          $227.69

When was the debt incurred?          2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.306**

Quentin Spencer

Nonpriority Creditor's Name

16705 County Road 1940

Number          Street

Lubbock, TX 79424-1835

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only

Last 4 digits of account number    5    4    8    5          unknown

When was the debt incurred?          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business Debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**4.307**

**Queta Tompkins**

Nonpriority Creditor's Name

**104 Private Road 8715**

Number          Street

**Ben Wheeler, TX 75754-6336**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number     **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business Debt**

---

**4.308**

**Ralph Nigro**

Nonpriority Creditor's Name

**2200 Brighton Ave # the**

Number          Street

**Oklahoma City, OK 73120-4814**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number     **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business Debt**

---

**4.309**

**Ralph Passow**

Nonpriority Creditor's Name

**24445 County Road 120**

Number          Street

**Perry, OK 73077-8437**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number     **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business Debt**

---

**4.310**

**Randall Weaver**

Nonpriority Creditor's Name

**624 County Road 160**

Last 4 digits of account number     **5   4   8   5**          unknown

When was the debt incurred?          Unknown

Number          Street

Gainesville, TX 76240
City            State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.311**

**Raymond Casey**
Nonpriority Creditor's Name

**2516 45th St**
Number          Street

**Lubbock, TX 79413-3630**
City            State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5   4   8   5          unknown

When was the debt incurred?          Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.312**

**Raymond Smith**
Nonpriority Creditor's Name

**2043 E US-70, Broken Bow, OK 74728, USA**
Number          Street

**Broken Bow, OK 74728**
City            State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5   4   8   5          unknown

When was the debt incurred?          Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.313**

**Rex Pellerin**
Nonpriority Creditor's Name

**3701 Rolling Lane Cir**
Number          Street

**Oklahoma City, OK 73110-1221**
City            State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Last 4 digits of account number    5   4   8   5          unknown

When was the debt incurred?          Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.314** **Ric Gray**

Nonpriority Creditor's Name

**6700 Starnes Rd**

Number        Street

**N Richlnd Hls, TX 76182-7609**

City        State        ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    5  4  8  5        unknown

When was the debt incurred?        Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.315** **Richard Eanos**

Nonpriority Creditor's Name

**809 Kinkead Rd**

Number        Street

**Mcalester, OK 74501-7719**

City        State        ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    5  4  8  5        unknown

When was the debt incurred?        Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.316** **Richard Gentry**

Nonpriority Creditor's Name

**715 Comanche Ave**

Number        Street

**Hartshorne, OK 74547-4834**

City        State        ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    5  4  8  5        unknown

When was the debt incurred?        Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.317** **Richard Guzman**

Nonpriority Creditor's Name

**500 31st St**

Number        Street

**Snyder, TX 79549-6782**

City        State        ZIP Code

Last 4 digits of account number    5  4  8  5        unknown

When was the debt incurred?        Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.318**   **Richard Lewis**

Nonpriority Creditor's Name

**62520 E 30 Rd**

Number            Street

**Quapaw, OK 74363-1812**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**                    unknown

**When was the debt incurred?**            **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.319**   **Rick Buttles**

Nonpriority Creditor's Name

**11468 Black Jack Rd**

Number            Street

**Cumby, TX 75433-0007**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**                    unknown

**When was the debt incurred?**            **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.320**   **Rick Pyron**

Nonpriority Creditor's Name

**2976 Dixie Rd**

Number            Street

**Sadler, TX 76264-4148**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**                    unknown

**When was the debt incurred?**            **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

**4.321**

Robert Damesworth

Nonpriority Creditor's Name

1119 County Road 4845

Number          Street

Celeste, TX 75423-6238

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5    4    8    5          unknown

When was the debt incurred?          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.322**

Robert Ellis

Nonpriority Creditor's Name

86 Pecan Ridge Rd

Number          Street

Durant, OK 74701-7410

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5    4    8    5          unknown

When was the debt incurred?          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.323**

Robert Evans

Nonpriority Creditor's Name

112 2nd Street, Ringwood, OK, USA

Number          Street

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5    4    8    5          unknown

When was the debt incurred?          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.324**

Robert Guilhoux

Nonpriority Creditor's Name

1229 Woodthorpe Dr

Number          Street

Mesquite, TX 75181-3513

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only

Last 4 digits of account number    5    4    8    5          unknown

When was the debt incurred?          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.325**

**Robert Minshew**

Nonpriority Creditor's Name

**Po Box 758**

Number          Street

**Sherman, TX 75091-0758**

City          State          ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **5  4  8  5**                $4,500.00

When was the debt incurred?          **2019**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

---

**4.326**

**Robert Taylor**

Nonpriority Creditor's Name

**1017 Brice**

Number          Street

**Meridian, TX 76665-4517**

City          State          ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **5  4  8  5**                unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

---

**4.327**

**Robert Whitmire**

Nonpriority Creditor's Name

**2204 Natchez Dr**

Number          Street

**Norman, OK 73071-2026**

City          State          ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **5  4  8  5**                unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

---

**4.328**

**Roderick Thompson**

Nonpriority Creditor's Name

**8800 Mercato St**

Last 4 digits of account number    **5  4  8  5**                unknown

When was the debt incurred?          **Unknown**

Number          Street

**Choctaw, OK 73020-2049**

City            State            ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Business Debt

---

| 4.329 | **Rodney Boring** |
|---|---|

Nonpriority Creditor's Name

**3529 Clare Dr**

Number          Street

**San Angelo, TX 76904-5254**

City            State            ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   5   4   8   5          unknown

When was the debt incurred?          Unknown

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Business Debt

---

| 4.330 | **Rodney Simpson** |
|---|---|

Nonpriority Creditor's Name

**3229 Charing Cross Rd**

Number          Street

**Midlothian, TX 76065-1281**

City            State            ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   5   4   8   5          unknown

When was the debt incurred?          Unknown

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Business Debt

---

| 4.331 | **Roger Fry** |
|---|---|

Nonpriority Creditor's Name

**53755 Lincoln Log Dr**

Number          Street

**Talihina, OK 74571-2419**

City            State            ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Last 4 digits of account number   5   4   8   5          unknown

When was the debt incurred?          Unknown

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Business Debt

**4.332**

| | |
|---|---|
| **Roger Wood** | |

Nonpriority Creditor's Name

**314 Nw 35th St**

Number          Street

**Lawton, OK 73505-6140**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ 5 ___ 4 ___ 8 ___ 5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.333**

**Ronald Bentley**

Nonpriority Creditor's Name

**515 Maverick Dr**

Number          Street

**Lake Dallas, TX 75065-3496**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ 5 ___ 4 ___ 8 ___ 5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.334**

**Ronald Gill**

Nonpriority Creditor's Name

**10432 Nw 17th St**

Number          Street

**Oklahoma City, OK 73127-7800**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ 5 ___ 4 ___ 8 ___ 5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.335**

**Ronald Holder**

Nonpriority Creditor's Name

**3814 Eisenhower Rd**

Number          Street

**Odessa, TX 79762-8068**

City          State          ZIP Code

Last 4 digits of account number ___ 5 ___ 4 ___ 8 ___ 5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Business Debt__

---

**4.336**   **Ronald Stevenson**

Nonpriority Creditor's Name

**1505 S Fm 369**

Number      Street

**Burkburnett, TX 76354-2843**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **5**   **4**   **8**   **5**     unknown

**When was the debt incurred?**    __Unknown__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Business Debt__

---

**4.337**   **Ross Tolleson**

Nonpriority Creditor's Name

**3640 Fm 4**

Number      Street

**Jacksboro, TX 76458-3615**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **5**   **4**   **8**   **5**     unknown

**When was the debt incurred?**    __Unknown__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Business Debt__

---

**4.338**   **Roy Moon**

Nonpriority Creditor's Name

**12 Carnes Rd**

Number      Street

**Burkburnett, TX 76354-3306**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **5**   **4**   **8**   **5**     unknown

**When was the debt incurred?**    __Unknown__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Business Debt__

**4.339**

**Ryan Rutledge**
Nonpriority Creditor's Name

**115 Glenbrook, Calera, OK 74730, USA**
Number          Street

**Calera, OK 74730**
City              State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5    4    8    5**          unknown

When was the debt incurred?              **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.340**

**Sakariah Cherian**
Nonpriority Creditor's Name

**14625 Remington Way**
Number          Street

**Oklahoma City, OK 73134-1804**
City              State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5    4    8    5**          unknown

When was the debt incurred?              **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.341**

**Sara Loveless**
Nonpriority Creditor's Name

**12404 Bending Brk Dr, Yukon, OK 73099, USA**
Number          Street

**Yukon, OK 73099**
City              State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5    4    8    5**          unknown

When was the debt incurred?              **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.342**

**Schultz Gary**
Nonpriority Creditor's Name

**1510 Grant St**
Number          Street

**Wichita Falls, TX 76309-2224**
City              State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only

Last 4 digits of account number    **5    4    8    5**          unknown

When was the debt incurred?              **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.343**

**Scott Bonnin**
Nonpriority Creditor's Name

**1809 W Elm St**
Number          Street

**Durant, OK 74701-3427**
City          State          ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

**4.344**

**Scott Fitzwater**
Nonpriority Creditor's Name

**368 County Road 2924**
Number          Street

**Dodd City, TX 75438-3817**
City          State          ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

**4.345**

**Scott Hampton**
Nonpriority Creditor's Name

**754 County Road 2738**
Number          Street

**Caddo Mills, TX 75135-5524**
City          State          ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

**4.346**

**Scott Matthews**
Nonpriority Creditor's Name

**21 E 2410 Rd**

Last 4 digits of account number      **5   4   8   5**          $31,542.31

When was the debt incurred?

Number          Street

**Boswell, OK 74727**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

| 4.347 | **Sean French** |
|---|---|

Nonpriority Creditor's Name

**5718 Churchill Ave**

Number          Street

**Dallas, TX 75227-3009**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   5   4   8   5          unknown

When was the debt incurred?          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

| 4.348 | **Shamra Ivery** |
|---|---|

Nonpriority Creditor's Name

**6520 Costa Dr**

Number          Street

**Waco, TX 76712-6673**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   5   4   8   5          unknown

When was the debt incurred?          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

| 4.349 | **Shawn Roberts** |
|---|---|

Nonpriority Creditor's Name

**7125 Sw 121st St**

Number          Street

**Oklahoma City, OK 73173-2312**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Last 4 digits of account number   5   4   8   5          unknown

When was the debt incurred?          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 4.350 | | |
|---|---|---|

**Shrikant Kumar**
Nonpriority Creditor's Name

**8526 E 81st Pl**
Number          Street

**Tulsa, OK 74133-8001**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt**

---

| 4.351 | | |
|---|---|---|

**Simukayi Nyakunika**
Nonpriority Creditor's Name

**5833 Berkley Rd # San**
Number          Street

**San Angelo, TX 76901-5017**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt**

---

| 4.352 | | |
|---|---|---|

**Solar Investments Inc**
Nonpriority Creditor's Name

**1401 17th St**
Number          Street

**Denver, CO 80202-1268**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt**

---

| 4.353 | | |
|---|---|---|

**Solargraf**
Nonpriority Creditor's Name

**642 De Courcelle, PH 4,**
Number          Street

**Montreal Quebec, Canada H4C 3C6, CA**
City          State          ZIP Code

Last 4 digits of account number    5  4  8  5          unknown

**When was the debt incurred?**          2023

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.354**   **Stacy Price**

Nonpriority Creditor's Name

**602 Fawn Trl**

Number          Street

**Tioga, TX 76271-2591**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**          unknown

**When was the debt incurred?**          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.355**   **Stephan Fournier**

Nonpriority Creditor's Name

**2050 E 140th St S**

Number          Street

**Bixby, OK 74008-4894**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**          unknown

**When was the debt incurred?**          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.356**   **Stephanie Milbourn**

Nonpriority Creditor's Name

**512 Millspaugh St**

Number          Street

**San Angelo, TX 76901-2838**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**          unknown

**When was the debt incurred?**          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

**4.357**

**Stephanie Werling**
Nonpriority Creditor's Name

**3406 S Dakota Dr**
Number          Street

**Sherman, TX 75090-9134**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   5   4   8   5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.358**

**Stephen Jordan**
Nonpriority Creditor's Name

**13054 Cinderella Ln**
Number          Street

**Frisco, TX 75035-5194**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   5   4   8   5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.359**

**Steve Leach**
Nonpriority Creditor's Name

**435242 E 1931 Rd**
Number          Street

**Rattan, OK 74562-6320**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   5   4   8   5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.360**

**Steve Martin**
Nonpriority Creditor's Name

**2299 Sandy Beach Rd**
Number          Street

**Kingston, OK 73439-8433**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only

**Last 4 digits of account number**   5   4   8   5          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business Debt**

Is the claim subject to offset?

☑ No

☐ Yes

---

**4.361**

**Steven Hicks**

Nonpriority Creditor's Name

**13260 County Road 2125 N**

Number          Street

**Henderson, TX 75652-3552**

City          State          ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number      **5    4    8    5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business Debt**

---

**4.362**

**Steven Tindel**

Nonpriority Creditor's Name

**5800 Diamond Oaks Dr S**

Number          Street

**Haltom City, TX 76117-2860**

City          State          ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number      **5    4    8    5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business Debt**

---

**4.363**

**Stormy Munkirs**

Nonpriority Creditor's Name

**3302 Maplewood Dr**

Number          Street

**San Angelo, TX 76904-3513**

City          State          ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number      **5    4    8    5**          unknown

When was the debt incurred?          **Unknown**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business Debt**

---

**4.364**

**Stuart Inman**

Nonpriority Creditor's Name

**4822 S 168th E Ave, Tulsa, OK 74134, USA**

Last 4 digits of account number      **5    4    8    5**          unknown

When was the debt incurred?          **Unknown**

| Number | Street |
|---|---|

Tulsa, OK 74134

| City | State | ZIP Code |
|---|---|---|

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _Business Debt_

---

**4.365** Sunlight Financial

Nonpriority Creditor's Name

101 N Tryon St Ste 900

| Number | Street |
|---|---|

Charlotte, NC 28246-0100

| City | State | ZIP Code |
|---|---|---|

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 5 4 8 5     unknown

**When was the debt incurred?** 2023

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _Business Debt_

---

**4.366** SuperShed LLC

Nonpriority Creditor's Name

Po Box 648

| Number | Street |
|---|---|

Mayfield, KY 42066-0033

| City | State | ZIP Code |
|---|---|---|

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 5 4 8 5     $10,000.00

**When was the debt incurred?** 2024

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _Business Debt_

---

**4.367** Susan Shackelford

Nonpriority Creditor's Name

497 Penobscot Trl

| Number | Street |
|---|---|

Henrietta, TX 76365-6467

| City | State | ZIP Code |
|---|---|---|

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Last 4 digits of account number** 5 4 8 5     unknown

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _Business Debt_

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.368**

**Tammy Junk**
Nonpriority Creditor's Name

**2410 S Hickory Ave**
Number                    Street

**Broken Arrow, OK 74012-7643**
City                    State                    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5    4    8    5          unknown

**When was the debt incurred?**        Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.369**

**Tarra Johnson**
Nonpriority Creditor's Name

**5525 Carver Dr**
Number                    Street

**Fort Worth, TX 76107-7442**
City                    State                    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5    4    8    5          unknown

**When was the debt incurred?**        Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.370**

**Terry Coleman**
Nonpriority Creditor's Name

**56496 S 36800 Rd**
Number                    Street

**Terlton, OK 74081-3413**
City                    State                    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5    4    8    5          unknown

**When was the debt incurred?**        Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.371**

**Tevin Dixon**
Nonpriority Creditor's Name

**368185 E 1010 Rd**
Number                    Street

**Boley, OK 74829-2088**
City                    State                    ZIP Code

Last 4 digits of account number    5    4    8    5          unknown

**When was the debt incurred?**        Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify __Business Debt__

---

| 4.372 | |
|---|---|

**Texoma Pit Stop**
Nonpriority Creditor's Name

**1116 Radio Rd**

Number          Street

**Durant, OK 74701-2950**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**    **5  4  8  5**          $500.00

**When was the debt incurred?**          **2024**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify __Business Debt__

---

| 4.373 | |
|---|---|

**Thaher Mahamdeh**
Nonpriority Creditor's Name

**10180 Twin Creeks Cir**

Number          Street

**Anna, TX 75409-4622**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**    **0  0  4  3**          $5,000.00

**When was the debt incurred?**          **2023**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify __Business Debt__

---

| 4.374 | |
|---|---|

**The Heart and Medical Center**
Nonpriority Creditor's Name

**2701 W University Blvd**

Number          Street

**Durant, OK 74701-2997**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**    **5  4  8  5**          $400.00

**When was the debt incurred?**          **2024**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify __Business Debt__

**Theophile Guimbelleaux**

Nonpriority Creditor's Name

**2504 56th St**

Number          Street

**Lubbock, TX 79413-4914**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number      **5      4      8      5**                    unknown

**When was the debt incurred?**                **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify      **Business Debt**

---

**Thomas Hensley**

Nonpriority Creditor's Name

**7074b Lovejoy Ln**

Number          Street

**Frederick, OK 73542-2436**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number      **5      4      8      5**                    unknown

**When was the debt incurred?**                **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify      **Business Debt**

---

**Thunder Fraley**

Nonpriority Creditor's Name

**610 Five Lakes Dr**

Number          Street

**Sulphur, OK 73086-8704**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number      **5      4      8      5**                    unknown

**When was the debt incurred?**                **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify      **Business Debt**

---

**Thurman Lynch**

Nonpriority Creditor's Name

**7901 96th Ave Ne**

Number          Street

**Norman, OK 73026-6960**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only

Last 4 digits of account number      **5      4      8      5**                    unknown

**When was the debt incurred?**                **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify __Business Debt__

---

| 4.379 | **Tim Attaway** | Last 4 digits of account number | **5** **4** **8** **5** | unknown |

Nonpriority Creditor's Name

**1301 Red Bud Ln**

Number          Street

**When was the debt incurred?**          Unknown

**Durant, OK 74701-7783**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify __Business Debt__

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 4.380 | **Tina Labrue** | Last 4 digits of account number | **5** **4** **8** **5** | unknown |

Nonpriority Creditor's Name

**2176 Fm 369 S**

Number          Street

**When was the debt incurred?**          Unknown

**Iowa Park, TX 76367-8124**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify __Business Debt__

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 4.381 | **Tito Pena** | Last 4 digits of account number | **5** **4** **8** **5** | unknown |

Nonpriority Creditor's Name

**3142 Helix Bay Dr**

Number          Street

**When was the debt incurred?**          Unknown

**Crandall, TX 75114-5197**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify __Business Debt__

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 4.382 | **Todd Wyatt** | Last 4 digits of account number | **5** **4** **8** **5** | unknown |

Nonpriority Creditor's Name

**32278 Cr 85, Whitesboro, OK 74577 USA**          When was the debt incurred?          Unknown

Number          Street

**Whitesboro, OK 74577**
City                State                ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

---

**4.383**  **Tom Blackmon**
Nonpriority Creditor's Name
**10200 E 570, Kansas, OK 74347, USA**
Number          Street

**Kansas, OK 74347**
City                State                ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    5   4   8   5          unknown

When was the debt incurred?    _____Unknown_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

---

**4.384**  **Tom Marcum**
Nonpriority Creditor's Name
**1201 Westside Dr**
Number          Street

**Durant, OK 74701-5543**
City                State                ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    5   4   8   5          unknown

When was the debt incurred?    _____2024_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

---

**4.385**  **Tommy Evans**
Nonpriority Creditor's Name
**13408 West County Road 179, Odessa, TX, USA**
Number          Street

City                State                ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Last 4 digits of account number    5   4   8   5          unknown

When was the debt incurred?    _____Unknown_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.386**

**Tracy Myrick**
Nonpriority Creditor's Name

**9571 Country Side Ln**
Number          Street

**Guthrie, OK 73044-1914**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5  4  8  5**          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.387**

**Tracy Wegner**
Nonpriority Creditor's Name

**302 County Road 3737**
Number          Street

**Bridgeport, TX 76426-4909**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5  4  8  5**          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.388**

**Travis Smith**
Nonpriority Creditor's Name

**5306 Roadrunner Dr**
Number          Street

**Durant, OK 74701-2449**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5  4  8  5**          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.389**

**Tressy Gray**
Nonpriority Creditor's Name

**319 E Locust St**
Number          Street

**Whitewright, TX 75491-3240**
City          State          ZIP Code

Last 4 digits of account number    **5  4  8  5**          unknown

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.390**

**Trey Cottingham**

Nonpriority Creditor's Name

**5000 High Cliff Dr**

Number                Street

**Wichita Falls, TX 76310-1550**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**          unknown

**When was the debt incurred?**          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.391**

**Tricia Cline**

Nonpriority Creditor's Name

**19600 E 610 Rd**

Number                Street

**Inola, OK 74036-5869**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**          unknown

**When was the debt incurred?**          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.392**

**Tricia Hayes**

Nonpriority Creditor's Name

**12154 Post Oak Rd, Carlsbad, TX 76934, USA**

Number                Street

**Carlsbad, TX 76934**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**          unknown

**When was the debt incurred?**          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

**4.393**

Trystian Gibbs

Nonpriority Creditor's Name

615 Chestnut St

Number                Street

Bonham, TX 75418-3739

City                State                ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    5    4    8    5                unknown

When was the debt incurred?         Unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.394**

Venkata Uppaluri

Nonpriority Creditor's Name

337 Mohan Dr

Number                Street

Royse City, TX 75189

City                State                ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    5    4    8    5                unknown

When was the debt incurred?         Unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.395**

Vickie Washburn

Nonpriority Creditor's Name

13100 E 101st St N

Number                Street

Owasso, OK 74055-4549

City                State                ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    5    4    8    5                unknown

When was the debt incurred?         Unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Business Debt

---

**4.396**

Walter Johnson

Nonpriority Creditor's Name

109 Claude St

Number                Street

Dill City, OK 73641-9531

City                State                ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only

Last 4 digits of account number    5    4    8    5                unknown

When was the debt incurred?         Unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.397**

**Walter Johnson**

Nonpriority Creditor's Name

**601 North Roach Street, Dill City, OK, USA**

Number          Street

_____

City          State          ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

**4.398**

**Wanita Bookout**

Nonpriority Creditor's Name

**7820 Monk St**

Number          Street

**Amarillo, TX 79108-5705**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

**4.399**

**Waylon Merket**

Nonpriority Creditor's Name

**4975 TX-208**

Number          Street

**Colorado City, TX 79512**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **0   7   4   4**          $10,000.00

When was the debt incurred?          **2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

**4.400**

**Wendell Stanfield**

Nonpriority Creditor's Name

**721 Oak St**

Last 4 digits of account number    **5   4   8   5**          unknown

When was the debt incurred?          **Unknown**

Number          Street

**Moore, OK 73160-0909**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

**4.401** | **Wheeler Feed** | Last 4 digits of account number | **5  4  8  5** | **$1,000.00**

Nonpriority Creditor's Name

**501 S County Line Rd # 599**          When was the debt incurred?          **2024**

Number          Street

**Geary, OK 73040**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

**4.402** | **William Anderegg** | Last 4 digits of account number | **5  4  8  5** | **unknown**

Nonpriority Creditor's Name

**241 Private Road 4740**          When was the debt incurred?          **Unknown**

Number          Street

**Kempner, TX 76539-5799**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

**4.403** | **William Bostick** | Last 4 digits of account number | **5  4  8  5** | **unknown**

Nonpriority Creditor's Name

**604 New Prue Rd**          When was the debt incurred?          **Unknown**

Number          Street

**Sand Springs, OK 74063-9007**

City          State          ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.404 | **William Coffelt** | Last 4 digits of account number | 5 4 8 5 | unknown |

Nonpriority Creditor's Name

**1200 Washington St**

Number          Street

**Ryan, OK 73565-9521**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| 4.405 | **William Galvez** | Last 4 digits of account number | 5 4 8 5 | unknown |

Nonpriority Creditor's Name

**8148 Guadalupe Rd**

Number          Street

**Arlington, TX 76002-4203**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| 4.406 | **William Martin** | Last 4 digits of account number | 5 4 8 5 | unknown |

Nonpriority Creditor's Name

**4020 S Yellowood Ave**

Number          Street

**Broken Arrow, OK 74011-1372**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| 4.407 | **William Starr** | Last 4 digits of account number | 5 4 8 5 | unknown |

Nonpriority Creditor's Name

**1525 Colt Dr**

Number          Street

**Durant, OK 74701-7883**

City          State          ZIP Code

**When was the debt incurred?**          Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

| 4.408 | | | | |
|---|---|---|---|---|

**William Thomas**

Nonpriority Creditor's Name

**5801 St Andrews Ct**

Number          Street

**Colleyville, TX 76034-1267**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5   4   8   5          unknown

When was the debt incurred?          2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**1** | **Blankenship, Chris W.**

Name

**801 W Main St**

Number      Street

**Durant, OK 74701-5068**

City      State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.287** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.   Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
     Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $619,208.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $817,620.73 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $1,436,828.73 |

| Debtor 1 | **Anthony** | **Wayne Headrick** | **Devore** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Eastern**_____ District of _____**Oklahoma**_____

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **AT&T** <br> Name <br><br> **15901 E Skelly Dr** <br> Number        Street <br><br> **Tulsa, OK 74116-2809** <br> City        State        ZIP Code | Two year cellphone 05/2025 |
| 2.2 | **Shed contract** <br> Name <br><br> Number        Street <br><br> City        State        ZIP Code | Contract to be ASSUMED |
| 2.3 | Name <br><br> Number        Street <br><br> City        State        ZIP Code | |
| 2.4 | Name <br><br> Number        Street <br><br> City        State        ZIP Code | |

| Debtor 1 | **Anthony** | **Wayne Headrick** | **Devore** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Eastern**_____ District of _____**Oklahoma**_____

Case number
(if known) _____

☐ Check if this is an
amended filing

<u>Official Form 106H</u>

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   　☐ No
   　☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number          Street

   _____
   City          State          ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.1**
| **Lucas, Kathryn** | ☐ Schedule D, line _____ |
|---|---|
| Name | ☑ Schedule E/F, line ___**4**___ |
| Number          Street | ☐ Schedule G, line _____ |
| City          State          ZIP Code | |

**3.2**
| **Sunset Solar & Electric Power, LLC** | ☑ Schedule D, line __**2.3, 2.4**__ |
|---|---|
| Name | ☑ Schedule E/F, line __**4, 4.287**__ |
| **739 Pleasant Hill Rd** | ☐ Schedule G, line _____ |
| Number          Street | |
| **Caddo, OK 74729-3800** | |
| City          State          ZIP Code | |

Case 25-80631    Doc 1    Filed 07/10/25    Entered 07/10/25 09:02:46    Desc Main
Document      Page 152 of 239

Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.3**

**Texoma Solar Solutions LLC**
Name

**739 Pleasant Hill Rd**
Number       Street

**Caddo, OK 74729-3800**
City       State       ZIP Code

☑ Schedule D, line   **2.1, 2.4**

☑ Schedule E/F, line

**4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4, 4.1, 4.2, 4.3, 4.4, 4.5, 4.6, 4.7, 4.8, 4.9, 4.10, 4.11, 4.12, 4.13, 4.14, 4.15, 4.16, 4.17, 4.18, 4.19, 4.20, 4.21, 4.22, 4.23, 4.24, 4.25, 4.26, 4.27, 4.28, 4.29, 4.30, 4.31, 4.32, 4.33, 4.34, 4.35, 4.36, 4.37, 4.38, 4.39, 4.40, 4.41, 4.42, 4.43, 4.44, 4.287**

☐ Schedule G, line _____

Case 25-80631    Doc 1    Filed 07/10/25    Entered 07/10/25 09:02:46    Desc Main
Document    Page 153 of 239

Fill in this information to identify your case:

| Debtor 1 | **Anthony** | **Wayne Headrick** | **Devore** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Oklahoma**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. **Fill in your employment information.** If you have more than one job, attach a separate page with information about additional employers. Include part-time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies. | Employment status | ☐ Employed<br>☑ Not employed | ☑ Employed<br>☐ Not employed |
| | Occupation | **Unemployed** | **Registered Nurse** |
| | Employer's name | | **CorrectMed LLC** |
| | Employer's address | | **192 Bastille Ln Ste 200** |
| | | Number      Street | Number      Street |
| | | | |
| | | City        State        ZIP Code | **Ruston, LA 71270-7150**<br>City        State        ZIP Code |
| | How long employed there? | _____ | **10 months** |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $0.00 | $6,840.05 |
| 3. | **Estimate and list monthly overtime pay.** | + $0.00 | + $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | $0.00 | $6,840.05 |

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here.............................................................➔ 4. | $0.00 | $6,840.05 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. $0.00 | $1,332.34 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. $0.00 | $0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. $0.00 | $0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. $0.00 | $0.00 |
| 5e. | **Insurance** | 5e. $0.00 | $0.00 |
| 5f. | **Domestic support obligations** | 5f. $0.00 | $0.00 |
| 5g. | **Union dues** | 5g. $0.00 | $0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h. + $0.00 | + $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. $0.00 | $1,332.34 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. $0.00 | $5,507.71 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $0.00 | $0.00 |
| 8b. | **Interest and dividends** | 8b. $0.00 | $0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $0.00 | $0.00 |
| 8d. | **Unemployment compensation** | 8d. $0.00 | $0.00 |
| 8e. | **Social Security** | 8e. $0.00 | $0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. $0.00 | $0.00 |
| 8g. | **Pension or retirement income** | 8g. $0.00 | $0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h. + $0.00 | + $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. $0.00 | $0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $0.00 + $5,507.71 | = $5,507.71 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____ 11. + $0.00

Case 25-80631    Doc 1    Filed 07/10/25    Entered 07/10/25 09:02:46    Desc Main
Document    Page 155 of 239

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

12.    | $5,507.71 |

**Combined
monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1 — **Anthony Wayne Headrick Devore**
First Name / Middle Name / Last Name

Debtor 2
(Spouse, if filing)
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **Eastern District of Oklahoma**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 19 | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $0.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $325.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $250.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $0.00 |

| | | Your expenses |
|---|---|---:|

| | | |
|---|---|---:|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5.    $0.00 |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a.    $1,000.00 |
| | 6b. Water, sewer, garbage collection | 6b.    $100.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c.    $490.00 |
| | 6d. Other. Specify: __streaming services__ | 6d.    $15.00 |
| 7. | **Food and housekeeping supplies** | 7.    $1,200.00 |
| 8. | **Childcare and children's education costs** | 8.    $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9.    $300.00 |
| 10. | **Personal care products and services** | 10.    $150.00 |
| 11. | **Medical and dental expenses** | 11.    $150.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12.    $300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.    $200.00 |
| 14. | **Charitable contributions and religious donations** | 14.    $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a.    $0.00 |
| | 15b. Health insurance | 15b.    $0.00 |
| | 15c. Vehicle insurance | 15c.    $150.00 |
| | 15d. Other insurance. Specify: _____ | 15d.    $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16.    $0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a.    $0.00 |
| | 17b. Car payments for Vehicle 2 | 17b.    $0.00 |
| | 17c. Other. Specify: __Super Shed Rentals__ | 17c.    $700.00 |
| | 17d. Other. Specify: _____ | 17d.    $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18.    $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19.    $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | |
| | 20a. Mortgages on other property | 20a.    $0.00 |
| | 20b. Real estate taxes | 20b.    $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c.    $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d.    $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e.    $0.00 |

21. **Other.** Specify: _____          21.  +  _____ **$0.00**

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.          22a.  _____ **$5,330.00**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2          22b.  _____ **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.          22c.  _____ **$5,330.00**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*          23a.  _____ **$5,507.71**

    23b. Copy your monthly expenses from line 22c above.          23b.  −  _____ **$5,330.00**

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income.*          23c.  _____ **$177.71**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.

    ☐ Yes.

Fill in this information to identify your case:

Debtor 1 **Anthony** **Wayne Headrick** **Devore**
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)
First Name        Middle Name        Last Name

United States Bankruptcy Court for the: **Eastern District of Oklahoma**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new** *Summary* **and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | Your assets |
|---|---|
| | Value of what you own |
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*........................................... | **$225,000.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*............................................ | **$37,485.00** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*...................................................... | **$262,485.00** |

### Part 2: Summarize Your Liabilities

| | Your liabilities |
|---|---|
| | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$1,076,734.12** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*...................................... | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + **$1,436,828.73** |
| **Your total liabilities** | **$2,513,562.85** |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*................................................................. | **$5,507.71** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*........................................................ | **$5,330.00** |

Case 25-80631    Doc 1    Filed 07/10/25    Entered 07/10/25 09:02:46    Desc Main
Document    Page 160 of 239

**Part 4:** Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

                                                                   _____

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total.** Add lines 9a through 9f. | _____ |

Case 25-80631    Doc 1    Filed 07/10/25    Entered 07/10/25 09:02:46    Desc Main
Document    Page 161 of 239

Fill in this information to identify your case:

Debtor 1    **Anthony**      **Wayne Headrick**   **Devore**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)
First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    **Eastern District of Oklahoma**

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Sign Below |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** **/s/ Anthony Wayne Headrick Devore**

Anthony Wayne Headrick Devore, Debtor 1

Date **07/09/2025**
   MM/ DD/ YYYY

| Fill in this information to identify your case: | |
| --- | --- |

Debtor 1     **Anthony**     **Wayne Headrick**   **Devore**
First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)
First Name       Middle Name       Last Name

United States Bankruptcy Court for the:     **Eastern District of Oklahoma**

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
| --- | --- | --- | --- |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number   Street | From _____ To _____ | Number   Street | From _____ To _____ |
| City    State   ZIP Code | | City    State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number   Street | From _____ To _____ | Number   Street | From _____ To _____ |
| City    State   ZIP Code | | City    State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Case 25-80631    Doc 1    Filed 07/10/25    Entered 07/10/25 09:02:46    Desc Main Document    Page 163 of 239

**Part 2:** Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $0.00 | ☑ Wages, commissions, bonuses, tips | $30,769.33 |
| | ☑ Operating a business | $0.00 | ☑ Operating a business | $0.00 |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br><span>YYYY</span> | ☑ Wages, commissions, bonuses, tips | $0.00 | ☑ Wages, commissions, bonuses, tips | $38,286.70 |
| | ☑ Operating a business | $0.00 | ☑ Operating a business | $0.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br><span>YYYY</span> | ☑ Wages, commissions, bonuses, tips | $0.00 | ☑ Wages, commissions, bonuses, tips | $0.00 |
| | ☑ Operating a business | $0.00 | ☑ Operating a business | $0.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br><span>YYYY</span> | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br><span>YYYY</span> | | | | |

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Creditor's Name | | | | ☐ Mortgage |
| | | | | ☐ Car |
| Number     Street | | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| City          State     ZIP Code | | | | ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | | | |
| | | | | |
| Number     Street | | | | |
| | | | | |
| City          State     ZIP Code | | | | |

Case 25-80631    Doc 1    Filed 07/10/25    Entered 07/10/25 09:02:46    Desc Main
Document      Page 165 of 239

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ | |
| _____<br>Number    Street | _____ | | | |
| _____ | _____ | | | |
| _____<br>City              State    ZIP Code | | | | |

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **KHAN, MUHAMMAD vs. DEVORE, ANTHONY WAYNE**<br><br>Case number **CJ-2023-00175** | **Civil** | **Bryan County District Court**<br>Court Name<br>**402 Evergreen St #C1**<br>Number    Street<br>**Durant, OK 74701-0000**<br>City              State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **Consolidated Electrical Distributors Inc, Plaintiff, v. Texoma Solar Solutions, Llc, and Anthony Devore, PERSONAL GUARANTOR, Defendant.**<br><br>Case number **CJ-2024-7079** | **Civil** | **Oklahoma County District Court**<br>Court Name<br>**409 County Office Bldg.**<br>**320 Robert S Kerr Ave**<br>Number    Street<br>**Oklahoma City, OK 73102-3457**<br>City              State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

| Debtor 1 | Anthony | Wayne Headrick | Devore | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **WASH, CHARLES VS. TEXOMA SOLAR SOLUTIONS LLC et al** | Civil | **McClain County District Court** <br> Court Name <br> **121 N 2nd Ave #231** <br> Number    Street <br> **Purcell, OK 73080-0000** <br> City          State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number **CJ-2023-00175** | | | |
| Case title **Shaun Bowman, v. Anthony Devore, Texoma Solar Solutions, LLC, and Sunset Solar And Electric Power, LLC** | Civil | **Logan County District Court** <br> Court Name <br> **301 E Harrison Ave, #102** <br> Number    Street <br> **Guthrie, OK 73044-0000** <br> City          State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number **CJ-2024-20** | | | |
| Case title **GEARHART, MICHAEL et al VS. TEXOMA SOLAR SOLUTIONS, LLC et al** | Civil | **Grady County District Court** <br> Court Name <br> **326 W Choctaw Ave** <br> Number    Street <br> **Chickasha, OK 73018-0000** <br> City          State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number **CJ-2023-00296** | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____ <br> Creditor's Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City        State    ZIP Code | _____ <br><br> **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | _____ | _____ |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

Case 25-80631    Doc 1    Filed 04/10/25    Entered 04/10/25 16:02:46    Desc Main
Document    Page 167 of 239

Debtor 1    **Anthony**          **Wayne Headrick**       **Devore**                      Case number *(if known)* _____
            First Name           Middle Name              Last Name

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ | | | |
| Creditor's Name | | | |
| _____ | | | |
| Number    Street | | | |
| _____ | | | |
| City          State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:**  List Certain Gifts and Contributions

---

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ | | | |
| Person to Whom You Gave the Gift | | _____ | _____ |
| _____ | | _____ | _____ |
| Number    Street | | | |
| _____ | | | |
| City          State    ZIP Code | | | |
| Person's relationship to you  _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

Debtor 1　**Anthony**　　**Wayne Headrick**　　**Devore**　　　　Case number *(if known)* _____

First Name　　　　Middle Name　　　　Last Name

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name _____ | | _____ | _____ |
| | | _____ | _____ |
| _____ | | | |
| Number　Street | | | |
| _____ | | | |
| City　　　State　ZIP Code | | | |

## Part 6:　List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

## Part 7:　List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Brown Law Firm PC**<br>Person Who Was Paid | **Attorney's Fee, Filling Fee, Credit Report** | **12/17/2023** | **$3,500.00** |
| **1609 E. 4th St.**<br>Number　Street | | | |
| **Tulsa, OK 74120**<br>City　　　State　ZIP Code | | | |
| _____<br>Email or website address | | | |
| _____<br>Person Who Made the Payment, if Not You | | | |

Debtor 1    Anthony        Wayne Headrick        Devore

First Name        Middle Name        Last Name

Case number *(if known)* _____

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Evergreen Financial Counseling** | **Credit Counseling Certificate** | | |
| Person Who Was Paid | | 04/21/2025 | $19.99 |
| **Po Box 3801** | | | |
| Number    Street | | | |
| **Salem, OR 97302-0801** | | | |
| City                State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | | |
| City                State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City                State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** | **XXXX–** ___ ___ ___ ___ | ☐ Checking | _____ | _____ |
| | | ☐ Savings | | |
| **Number     Street** | | ☐ Money market | | |
| | | ☐ Brokerage | | |
| | | ☐ Other _____ | | |
| **City          State   ZIP Code** | | | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Financial Institution** | **Name** | | ☐ No |
| | | | ☐ Yes |
| **Number     Street** | **Number     Street** | | |
| | **City          State   ZIP Code** | | |
| **City          State   ZIP Code** | | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **SuperShed LLC**<br>Name of Storage Facility | **Name** | **contains furniture for daughter and miscellaneous belongings** | ☑ No<br>☐ Yes |
| **Po Box 648**<br>Number    Street | **Number    Street** | | |
| **Mayfield, KY 42066-0033**<br>City        State    ZIP Code | **City              State    ZIP Code** | | |

---

**Part 9:** Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____<br>Owner's Name | **Number    Street** | | _____ |
| _____<br>Number    Street | _____ | | |
| _____<br>City        State    ZIP Code | **City              State    ZIP Code** | | |

---

**Part 10:** Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| | City        State    ZIP Code | | |
| City        State    ZIP Code | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| | City        State    ZIP Code | | |
| City        State    ZIP Code | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title | Court Name | | ☐ Pending |
| | | | ☐ On appeal |
| | Number    Street | | ☐ Concluded |
| Case number | City        State    ZIP Code | | |

**Part 11:**   Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **Texoma Solar Solutions LLC**<br>**Name** | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | Solar Sales | EIN: _0_ _0_ – _0_ _0_ _0_ _5_ _4_ _8_ _5_ |
| **739 Pleasant Hill Rd**<br>**Number**    **Street** | Name of accountant or bookkeeper | Dates business existed |
| **Caddo, OK 74729-3800**<br>**City**     **State**    **ZIP Code** | | From   _July 2019_   To _October 2023_ |
| **Sunset Solar & Electric Power, LLC**<br>**Name** | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | Solar Energy Services | EIN: _0_ _0_ – _0_ _0_ _0_ _5_ _4_ _8_ _5_ |
| **739 Pleasant Hill Rd**<br>**Number**    **Street** | Name of accountant or bookkeeper | Dates business existed |
| **Caddo, OK 74729-3800**<br>**City**     **State**    **ZIP Code** | | From   _July 2023_   To _January 2024_ |
| **PHD Auto Sales and Rentals LLC**<br>**Name** | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | Auto leasing business | EIN: _0_ _0_ – _0_ _0_ _0_ _5_ _4_ _8_ _5_ |
| **739 Pleasant Hill Rd**<br>**Number**    **Street** | Name of accountant or bookkeeper | Dates business existed |
| **Caddo, OK 74729-3800**<br>**City**     **State**    **ZIP Code** | Apprize Accounting | From   _September 2023_ To<br>_Present - Barely Open_ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

Debtor 1   **Anthony**          **Wayne Headrick**          **Devore**

First Name          Middle Name          Last Name

Case number *(if known)* _____

| | |
|---|---|
| | **Date issued** |

_____          _____

**Name**          **MM / DD / YYYY**

_____

**Number    Street**

_____

_____

**City          State    ZIP Code**

---

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** /s/ Anthony Wayne Headrick Devore

Signature of Anthony Wayne Headrick Devore, Debtor 1

Date 07/09/2025

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____          Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Debtor 1 | **Anthony** | **Wayne Headrick** | **Devore** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Oklahoma**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7      **12/15**

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Consolidated Electrical Distributors, Inc.**<br><br>Description of property securing debt: **739 Pleasant Hill Rd Caddo, OK 74729-3800** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: **Shaun Bowman**<br><br>Description of property securing debt: **739 Pleasant Hill Rd Caddo, OK 74729-3800** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: | ☑ No<br>☐ Yes |

## Additional Page for Part 1

| | | | |
|---|---|---|---|
| Creditor's name: | **Michael Gearhart and Tamara Gearhart** | ☐ Surrender the property. | ☑ No |
| | | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | **739 Pleasant Hill Rd Caddo, OK 74729-3800** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☑ Retain the property and [explain]: | |

| | | | |
|---|---|---|---|
| Creditor's name: | **First United Bank & Trust Company** | ☑ Surrender the property. | ☑ No |
| | | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | **2018 Ford F250** **Inoperable/located at the dealership** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☐ Retain the property and [explain]: | |

| **Part 2:** | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | AT&T | ☑ No |
| Description of leased property: | Two year cellphone 05/2025 | ☐ Yes |
| Lessor's name: | Shed contract | ☐ No |
| Description of leased property: | Contract to be ASSUMED | ☑ Yes |
| Lessor's name: | | ☐ No |
| Description of leased property: | | ☐ Yes |
| Lessor's name: | | ☐ No |
| Description of leased property: | | ☐ Yes |
| Lessor's name: | | ☐ No |
| Description of leased property: | | ☐ Yes |
| Lessor's name: | | ☐ No |
| Description of leased property: | | ☐ Yes |
| Lessor's name: | | ☐ No |
| Description of leased property: | | ☐ Yes |

| **Part 3:** | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**X**  **/s/ Anthony Wayne Headrick Devore**

Signature of Debtor 1

Date  **07/09/2025**

MM/  DD/  YYYY

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Oklahoma

**In re**    Devore, Anthony Wayne Headrick

Case No. _____

**Debtor**

Chapter _____ **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .................................................................................... **$4,117.00**

Prior to the filing of this statement I have received ...................................................................... **$3,117.00**

Balance Due ......................................................................................................................... **$1,000.00**

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.   Exemption planning; preparation and filing of reaffirmation agreements and applications as needed; meeting of creditors. In addition to portion of fee paid as stated herein, the court's filing fee and a credit report fee for each party has been paid by client(s). If amount paid as described above is less than amount owed for attorney fees, Client(s) have agreed to a voluntary payment plan for the balance owed. Debtor(s) have been advised they have no legal obligation to pay any outstanding pre-petition attorney fees owed at time of bankruptcy filing and that payments post-petition are strictly voluntary. Payment plans to Brown Law Firm often scheduled to be paid with a debit card or cash. Post petition fees are earned based on work performed, ie quantum meruit. Brown Law Firm has agreed to fully represent clients to finish the bankruptcy (normal and customary services for a chapter 7 bankruptcy as contained in the original contract) even if client(s) do not voluntarily pay attorney fees. Brown Law Firm does not factor any fees, has no association with any third party, and does not threaten to withhold services if payment is not made. Client may use the services of 722redemption.com to providing funding for redemptions of vehicles; debtor will borrow $700 from 722redemption.com to pay attorney fees for attorney fees to obtain redemption. Brown Law Firm may charges as needed: a) $250 for motions to avoid judicial lien(s), b) $250 to amend bankruptcy schedules to add additional creditors, c) $200 on a request by Client to Postpone/Continue Meeting of Creditors; d) Motion to Reopen Case to File Financial Management Course $250 plus $260 filing fee. Should Ron Brown or associate become unavailable, Brown Law Firm occasionally may need to hire independent counsel to cover trustee meetings.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

By agreement with the debtor(s), the above-disclosed fee does not include the following services: Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, 2004 exams or any other adversary or contested matter/proceeding. In Chapter 13 Bankruptcy Cases, attorney time, legal assistant time, and expenses will be billed against the file at the rate of $350.00 per hour for Ron Brown, $250 per hour for associate attorney time, $75.00 per hour for legal assistant time (or the firm's current billing rates), and actual expenses. If such time and expenses exceed the amount stated above, an application to the Court may be made for additional fees and expenses to be paid through the Chapter 13 Plan or by the Debtor(s) as the Court orders may provide.

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __07/09/2025__ | __/s/ Ron Brown__ |
| *Date* | Ron Brown |
| | *Signature of Attorney* |
| | Bar Number: 16352 |
| | Brown Law Firm PC |
| | 1609 E. 4th St. |
| | Tulsa, OK 74120 |
| | Phone: (918) 585-9500 |
| | __Brown Law Firm PC__ |
| | *Name of law firm* |

---

Fill in this information to identify your case:

| Debtor 1 | **Anthony** | **Wayne Headrick** | **Devore** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 (Spouse, if filing) | | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Oklahoma**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 122A-1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    **12/15**

**File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

## Part 1:   Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition* (Official Form 101).

   ☑ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.   Go to Part 2.

## Part 2:   Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

   ☐ No.   Go to line 3.

   ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

      ☐ No.   Go to line 3.

      ☐ Yes.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

      ☐ No.   Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes.   Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now*, and sign Part 3. Then submit this supplement with the signed Official Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Anthony** | **Wayne Headrick** | **Devore** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Oklahoma** | |
| Case number (if known) | | | |

Check one box only as directed in this form and in Form 122A-1Supp:

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income 12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

       ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ | | |
| Ordinary and necessary operating expenses | - _____ | - _____ | | |
| Net monthly income from a business, profession, or farm | _____ | _____ | Copy here → | _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ | | |
| Ordinary and necessary operating expenses | - _____ | - _____ | | |
| Net monthly income from rental or other real property | _____ | _____ | Copy here → | _____ |

| 7. | **Interest, dividends, and royalties** | _____ | _____ |
|---|---|---|---|

Case 25-80631    Doc 1    Filed 07/14/25    Entered 07/14/25 09:02:46    Desc Main Document    Page 182 of 239

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|

**8. Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: ................................................ ↓

For you.......................................................................

For your spouse............................................................

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____

_____

Total amounts from separate pages, if any.      + _____    + _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

_____   + _____   = _____

**Total current monthly income**

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11................................................    **Copy line 11 here →** _____

Multiply by 12 (the number of months in a year).      **x 12**

12b. The result is your annual income for this part of the form.      12b. _____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. _____

Fill in the number of people in your household. _____

Fill in the median family income for your state and size of household............................................................................   13. _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
     Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
     Go to Part 3 and fill out Form 122A–2.

Case 25-80631    Doc 1    Filed 07/10/25    Entered 07/10/25 09:02:46    Desc Main
Document      Page 183 of 239

**Part 3:** Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X**   **/s/ Anthony Wayne Headrick Devore** _____

Signature of Debtor 1

Date  **07/09/2025** _____

    MM/   DD/   YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF OKLAHOMA**
**OKMULGEE DIVISION**

IN RE: **Devore, Anthony Wayne Headrick**

CASE NO

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**07/09/2025**___     Signature _____**/s/ Anthony Wayne Headrick Devore**_____

Anthony Wayne Headrick Devore, Debtor

Chad Thompson
3383 N 4435
Salina, OK 74365


Naomi Kingara
109 Maindale Dr
Yukon, OK 73099-6673


Aaron Mcleroy
717 E Rock Creek Rd
Tuttle, OK 73089-2403


Alan Andrews
12465 Native Hill Drive, Midwest City, OK,
USA
Pine Hill, NY 12465


Almika Renewable Finance
4202 Directors Row Ste 110
Houston, TX 77092-8749


Almika-Phillip Johnston,
Brenda Kelly
4202 Directors Row Ste 110
Houston, TX 77092-8749


Amanda and Alexander Taylor
5600 Nw 59th St
Warr Acres, OK 73122-7331


American Viewpoint, Inc.
1199 N Fairfax St Ste 808
Alexandria, VA 22314-1442

Amy Beach
1177 N 4237 Rd
Hugo, OK 74743-5723

Andre Zamudio
1918 Case Ave # San
San Angelo, TX 76904-7808

Andrea Hughes
11786 E Oak St
Claremore, OK 74019-5651

Andrea Polson
1574 County Road 1250
Tuttle, OK 73089-3500

Andrew Merrill
9900 Jack Rabbit Rd
Yukon, OK 73099

Andrew Robison
2660 Oklahoma 76, Wilson, OK 73463,
USA
Wilson, OK 73463

Anthony Rastetter
1018 Butterfly Ln # San
San Angelo, TX 76905-7459

Antonio Ferreira
4401 NW Meadow Brook Dr, Lawton, OK
73505, USA
Lawton, OK 73506

Armando Perez
10441 Nw 25th St
Yukon, OK 73099-5114

Arnold Allen
115 Durango St
Ardmore, OK 73401-6566

Ashley Bray
980375 S Shadowwood Dr, Wellston, OK
74881, USA
Wellston, OK 74881

AT&T
15901 E Skelly Dr
Tulsa, OK 74116-2809

Austin Beeler
1207 Westchester Dr
Oklahoma City, OK 73114-1214

Autumn Nicholas
1505 Red Bud Ln
Mcalester, OK 74501-7081

B&H Construction
301 James Dean Dr
Washington, OK 73093

Barbara Smith-Johnson
300 Edna Ln
Mcloud, OK 74851-8252

Barney Barnett
2330 Laughlin Dr
Dallas, TX 75228-6841


Barun Corp
905 Chesterfield Dr
Ambler, PA 19002-2116


BBB Industries
55 Waugh Dr Ste 200
Houston, TX 77007-5838


Beka Galloway
1304 W D Ave
Elk City, OK 73644-3236


Ben Stevens
785 Midway Dr
Springtown, TX 76082-5634


Betson Mathew
15825 Wyoming Dr
Frisco, TX 75035-6699


Betty Caldwell
12147 Northsouth 3520, Earlsboro, OK,
USA


Betty Cole
306 S 2nd St
Broken Arrow, OK 74012-4158

Beverly Stillwell
3350 N Indian Meridian
Choctaw, OK 73020-8059

Bill Hanson
1001 N Forrest St
Altus, OK 73521-2728

Bill Pope
19 Lake Cherokee Drive, Longview, TX
75603, USA
Longview, TX 75603

Billy Irwin
3820 S 45th St E
Muskogee, OK 74403-5340

Blake Sonne
3100 S Berry Rd
Norman, OK 73072-7479

Chris W. Blankenship
801 W Main St
Durant, OK 74701-5068

Bobby Beck
230 N 7th St
Mountain View, OK 73062-4507

Bobby Szenasi
18287 Purser Rd
Madill, OK 73446-8483

Bonnie Ertel Corbett
292 Kemp Rd
Hendrix, OK 74741-1219

Brad Hedges
7923 E Southgate Rd
Enid, OK 73701-8658

Bradford Hammack
3874 County Road 416
Seymour, TX 76380-8419

Bradley Glass
9138 E Latimer Pl
Tulsa, OK 74115-5927

Bradley Shafer
506 Quail Run
Azle, TX 76020-6404

Brandon Well
3177 Rock House Rd
Bennington, OK 74723-2308

Bret Willard
9598 S Willard Rd
Milburn, OK 73450-9636

Brian Davis
1802 La Mesa Ln # San
San Angelo, TX 76905-8158

Brian Hunt
1946 Wilson Rd
Waxahachie, TX 75165-8406


Brian Roth
4900 Whisper Wind Dr
Wichita Falls, TX 76310-3094


Brian Wiseman
2008 Charleston Dr
Bartlesville, OK 74006-6951


Britton Blair
4821 Emerald Dr
Nacogdoches, TX 75965-1507


Bryan Cantrell
702 W West Oak Dr
Willow Park, TX 76008-2633


Bryan Reiss
3420 Armstrong Academy Rd
Bennington, OK 74723-1925


Caleb Vignelau
1079 Storie Rd
Jefferson, TX 75657-7547


Calen Meinert
920 U.S. Rt. 66, Sayre, OK 73662, USA
Sayre, OK 73662

Candace Brooke Ring
309 S Saint Paul Ave
Oklahoma City, OK 73130-4507

Carl Osborne
403 E Ballentine Rd
Tahlequah, OK 74464-5466

Carol Wellbaum
1626 Forest Creek Dr
Cedar Hill, TX 75104-5716

Casey Cooper
509 Wildflower Dr
Fletcher, OK 73541-9470

Cathy Osborn
209 Willowbend Dr
Port Lavaca, TX 77979-2267

CBFL Rentals LLC
Po Box 648
Mayfield, KY 42066-0033

Chad Dean
1125 Ariana St
Shawnee, OK 74804-2374

Chaig Bice
3239 An County Road 163
Palestine, TX 75801-6372

Charles Wash
3537 W Fox Ln
Newcastle, OK 73065-6020

Charles & Jamie Robinson
2306 Northridge Dr
Duncan, OK 73533-3322

Charles Cho
6104 Martinique St
Plano, TX 75024-3167

Charles Churchill
2102 Canary Ave
Duncan, OK 73533-1302

Charles Kacmarcik
5607 S Detroit Pl
Tulsa, OK 74105-7711

Chris Blount
Tuskahoma, OK 74536, USA
Clayton, OK 74536

Chris Key
5032 Lindale Dr
Wichita Falls, TX 76310-2545

Chris Payson
1345 US-380, Jacksboro, TX 76458, USA
Jacksboro, TX 76458

Chris Seale
33368 County Road, 3270 Davis, OK
73030, USA
Davis, OK 73030


Christina Brons
12747 State Highway 110 N
Tyler, TX 75704-2844


Christopher Dawson
222 Lake Ridge Rd
Kerrville, TX 78028-1732


Chuck Tooke
7306 Bringle Rdg
Texarkana, TX 75503-5466


Cleaner, Greener Future LLC
12240 W 135th St
Overland Park, KS 66221-9391


Cliff Beckner
16900 Fm 920
Poolville, TX 76487-3404


Clifford Romine
15187 Marigold Rd
Marietta, OK 73448-7568


Cody Maynard
1369 Sawmill Rd
Durant, OK 74701-1008

**Colleen Umathum**
100 Deerchase Ct
Azle, TX 76020-1471


**Colleen Vargas**
202 Indiana Rd
Harrah, OK 73045-6623


**Columbia Insurance**
c/o Brown & Joseph, LLC
1 Pierce Pl Ste 700w
Itasca, IL 60143-2606


**Connie Lewis**
6722 Bighorn Rdg
Arlington, TX 76002


**Consolidated Electrical
Distributors, Inc.**
912 113th St Ste 1010
Arlington, TX 76011-5407


**Constance Etemadi**
3408 Ingram Rd
Sachse, TX 75048-3181


**Corey Bickmore**
3905 Lazy Maple Dr
Plano, TX 75074-1623


**Credit Collection Services**
Two Wells Avenue Dept 9133
Newton Center, MA 02459-0000

Dale & Amy Tilley
14670 S Beaver Rd
Kenefic, OK 74748-8044

Dan Margerum
11415 E 27th St
Tulsa, OK 74129-8001

Daniel Garcia
1908 Devonshire Ct
Arlington, TX 76015-1210

Daniel Summers
7266 Prairie Ridge Ln
Crescent, OK 73028-9382

Darl Waterhouse
1739 Gateway Rd
Ardmore, OK 73401-7696

David Aguilar
3398 TX-315, Carthage, TX 75633, USA
Carthage, TX 75633

David Bergman
25566 Rockwell Ave
Blanchard, OK 73010-3451

David Bowman
209 N 90th St
Enid, OK 73701-5149

David Cobb
190 Cedar Ln
Burkeville, TX 75932-2202

David Covington
103 Moran Rd
Mcloud, OK 74851-7601

David Medlock
27234 N County Road 3180
Elmore City, OK 73433-9393

David Rocha
4632 N 7th St
Abilene, TX 79603-6508

David Smith
216 Aster St
Lone Grove, OK 73443-6006

Dean West
25552 E 131st St S
Coweta, OK 74429-6094

Deborah Carlston
2824 Barrywood Dr
Wichita Falls, TX 76309-4904

Deborah Innman
4822 S 188th E Ave, Tulsa, OK 74134,
USA
Tulsa, OK 74134

Debra Howard
1128 S Runnels St
De Kalb, TX 75559-2302

Demetrius Marks
2501 Se 90th St
Lawton, OK 73501-9422

Denise Keller
1116 Bank Side Cir
Edmond, OK 73012-6444

Desmond Sheridan
419 Dickson Cir
Sherman, TX 75090-5145

Dilia Ramos
1907 69th St
Lubbock, TX 79412-4025

Ditty Varghese
804 Preston Park Dr
Yukon, OK 73099-2142

Don Kincer
2403 S County Road 1060
Midland, TX 79706-5600

Donald Moore
124 Owen Cir
Weatherford, TX 76087-1530

Donovan Clark
401a Country Rdg
Rockwall, TX 75087-7410


Douglas Wilson
8464 Pleasant Hill Cir
Tyler, TX 75707-6326


Dramone Stover
1901 Pavia Ct
Arlington, TX 76006-6519


Dubbie Day
1452 Applewood Dr
Keller, TX 76248-8248


Dwight Ferguson
13534 Clifton Rd
Marietta, OK 73448-2077


Eboneigh Harris
1718 Mcgregor Ave
Wichita Falls, TX 76301-5629


Eden Underwood- Benard
1608 Mark Wood St
Oklahoma City, OK 73130-8424


Edward Allen
107 9th St, Stonewall, OK 74871, USA
Stonewall, OK 74871

Edward Cheek
2521 Shell Ave
Midland, TX 79705-8421


Edwin Davidson
606 Plainview
Waukomis, OK 73773-9503


Eldon Loomis
24263 Dripping Springs Dr
Sapulpa, OK 74066-7583


Elizabeth Sullivan
21014 W 35th St N
Haskell, OK 74436-2533


Erol Iscimenler
5004 Kimberly Rd
Durant, OK 74701-2090


Evan Spencer
3555 E 426 Rd
Oologah, OK 74053-4192


Fabian Hubbard
4659 County Road 2105
Hooks, TX 75561-7571


Fast Collection Services
Attn: Bankruptcy
8202 Kingston Pike
Knoxville, TN 37919

Felix Tan
4517 Seney Dr
Rockwall, TX 75087-6571


First United Bank
1400 W Main St
Durant, OK 74701-4906


First United Bank & Trust
Company
1400 W Main St
Durant, OK 74701-4906


Gary Crews
2254 N City Ln, Wapanucka, OK 73461,
USA
Wapanucka, OK 73461


Gary Hughes
5055 Hicks Hl
Davis, OK 73030-9678


Gary Karlson
6130 Quail Ln
Enid, OK 73703-9300


Gary Spivey
4 Nw Eagle Mountain Rd
Lawton, OK 73507-8926


Gary Tipton
3016 103rd St
Lubbock, TX 79423-6050

Gary Whiteman
7900 N Anderson Rd
Jones, OK 73049-7100

Gene's Tire Service
46 E Main St
Durant, OK 74701-5943

George Bell
3937 Holly Springs Ln
Kaufman, TX 75142-3243

Gerald Thiel
1113 Springfield Ct
Durant, OK 74701-7836

Gerardo Resendiz
2824 Cameron Way
Mesquite, TX 75181-4427

Gerrid Warner
7307 76th St
Lubbock, TX 79424-5200

Gilbert Jaramillo
245 Wolff Dr
Sherman, TX 75092-6357

Gordon Robinson
8721 S Gary Ave
Tulsa, OK 74137-2542

Gregory Edwards
3009 N Glenoaks Dr
Oklahoma City, OK 73110-1601

Gregory May
2410 Brandyshire Dr
Katy, TX 77494-1731

Hans Schuller
316 County Road 2466
Mineola, TX 75773-6973

Hayden & Lacey Seay
3530 Nw 18th St
Newcastle, OK 73065-5987

Herbert and Melanie Knabe
8807 9th St
Lubbock, TX 79416-1915

incorporate.com
251 Little Falls Dr
Wilmington, DE 19808-1674

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

Iraida Hernandez
1828 E Main St
Moore, OK 73160-8102

Jack Rodosta
146 Wrigley Dr
Springtown, TX 76082-1135


Jack Stout
3000 E 93rd St S
Muskogee, OK 74403-6565


Jacob Gonser
1600 Shirlee Ave
Ponca City, OK 74604-1425


Jacob Koorevaar
429419 E 1931 Rd
Rattan, OK 74562-6346


James Dodson
1601 W Acheson St
Denison, TX 75020-5306


James King
13928 S 95th E Ave, Bixby, OK 74008,
USA
Bixby, OK 74008


James Olsson
706 Oak Creek Dr
Yukon, OK 73099-1645


James Reed
407 Churchill Ln
Pottsboro, TX 75076-3155

James Talley
21174 County Road 1390
Anadarko, OK 73005-2090

James Wardlow
600 N Burns St
Holdenville, OK 74848-5631

James Williams
702 Bayless
Wister, OK 74966-9031

Jamie McCracken
107 Bass Bay Cir
Mannford, OK 74044-3019

Jan Halamek
6001 114th St
Lubbock, TX 79424-6058

Jared Cunningham-Dubois
304 Lynnwood, Fletcher, OK 73541, USA
Fletcher, OK 73541

Jason Marshell
121 Worley Creek Ln
Tuttle, OK 73089-8434

Jason Whiteaker
501 E County Road 120
Midland, TX 79706-4014

Jason Wilson
11565 Carefree Ln
Shawnee, OK 74804-7003

Jeff Caldwell
4045 Bucks of Gains Creek Rd
Mcalester, OK 74501-8226

Jeff Dewitt
774 Magnolia Ln
Tuttle, OK 73089-9122

Jeff Kyle
102998 S 4460 Rd
Gore, OK 74435-5310

Jeff Stoeklen
2162 E 2070 Rd
Hugo, OK 74743-9709

Jeff Webb
1717 Nabors Ln
Odessa, TX 79761-1544

Jeff Williams
5816 Luella Rd
Sherman, TX 75090-5216

Jeffrey Burns
123 N 9th St
Blackwell, OK 74631-1805

Jennifer Jennings
1309 E Reno St
Broken Arrow, OK 74012-9304

Jenson Leu
17337 Clove Hill Pl
Edmond, OK 73012-9705

Jeromey Lightfoot
8938 TX-78, Ravenna, TX 75476, USA
Ravenna, TX 75476

Jerry Arthur
340 E Potter Rd
Calera, OK 74730-4851

Jerry Eldridge
892 Harshbarger Rd
Sadler, TX 76264-3941

Jerry Hopp
8512 Chantel Dr
Choctaw, OK 73020-2079

Jerry Howard
1128 S Runnels St
De Kalb, TX 75559-2302

Jerry Jones
106 Jones St
Pocola, OK 74902-3603

Jerry Lewis
1802 Fisherman Ln
Durant, OK 74701-1603


Jerry Powers
197 Mesa Rim
Tuscola, TX 79562-3838


Jerry Russell
16557 Lake Estate, Shawnee, OK 74801,
USA
Shawnee, OK 74801


Jhante Penigar
2039 Karsen Ln
Heartland, TX 75126-3408


Jim Garner
8521 OK-199, Ardmore, OK 73401, USA
Ardmore, OK 73401


Jim Wade
7860 Ferguson Rd
Beggs, OK 74421-2513


Jimmy Ogden
216 Hamil Rd
Haworth, OK 74740-5267


Jimmy Watson
218 E Ohio Ave
Enid, OK 73701-7414

Joanna Fletcher
636 Smith Oak Rd
Sherman, TX 75090-3236

Joe Decker
7013 Hollow Oak Dr # 7d
Kingston, OK 73439-5107

Joe Tumblson
1392 County Road 1570
Rush Springs, OK 73082-3052

Johann Sproule
16910 County Road 2060
Lubbock, TX 79423-1790

John McClure
598 Sikes St
Graford, TX 76449-3516

John Nelson
212 N Old Highway 81
Ninnekah, OK 73067-4201

John Sileo
4305 City View Dr
Wichita Falls, TX 76305-5410

John Smith
350269 E 1070 Rd
Prague, OK 74864-3626

John Towels
355728 Oak Springs Dr
Prague, OK 74864-3607

John Upshaw
7125 Sw 120th St
Oklahoma City, OK 73173-8886

Johnathan Gordan
416 Meadow Ln
Bonham, TX 75418-2709

Johnny Hall
3142 Stockton Rd
Burneyville, OK 73430-7588

Jonathan Moore
4520 Southcreek Rd
Moore, OK 73165-7358

Jonita Mckenzie
35429 Midway Rd
Poteau, OK 74953-7473

Jordan Brown
111 Spruce Dr
Woodward, OK 73801-5931

Jordan Coronado
109 S Pybas
Washington, OK 73093

Jordan Shannon
1401 E 12th St
Chouteau, OK 74337-3782

Jose Berrios
4213 FM992, De Kalb, TX 75559, USA
De Kalb, TX 75559

Joshua Adkisson
9910 E Franklin Rd
Norman, OK 73026-6905

Joshua Farthing
5611 Versailles Ct
Colleyville, TX 76034-5578

Joshua Howell
6889 Bois D'Arc Rd, Marietta, OK 73448,
USA
Marietta, OK 73448

Josue Pena
3145 Helix Bay Dr
Crandall, TX 75114-5198

Juan Lara
13425 Chaparral Rd
Norman, OK 73026-8735

Julia Tuck
164 County Road 2008
New Boston, TX 75570-6759

Julian Cavazos
4549 Mile 16 N, Mercedes, TX 78570,
USA
Mercedes, TX 78570


Justin Heater
2529 Chuckwa Dr
Durant, OK 74701-5526


Justin Pappan
3109 Aerie Dr
Edmond, OK 73013-7477


Justin Swinney
5000 Park Ave
Sherman, TX 75092-4719


Justin Turner
634 E Main St
Denison, TX 75021-2826


Juventino Reyes
7301 S Cimarron Rd
Mustang, OK 73064-9362


Karen Butcher
10803 Belmont Pl
Greenville, TX 75402-3503


Katherine Lehman
3710 S Braden Pl
Tulsa, OK 74135-5510

Kathryn Box
1504 Jc Lp, Valliant, OK 74764, USA
Valliant, OK 74764


Kathy Crow
303 3rd Ave Nw
Miami, OK 74354-5701


Kathy Dick
23594 E 132nd St S
Coweta, OK 74429-6169


Keith Allen
108 Ellicott Dr
Roanoke, TX 76262-7233


Keith Jones
18150 311 Rd
Norman, OK 73026-9531


Keith Rhodes
14100 N Sunset Valley Rd
Hulbert, OK 74441-2009


Ken Rainbold
323 W Main St
Durant, OK 74701-5024


Kenneth Burnham
2502 Larkspur Ln
Enid, OK 73703-6526

Kenneth Preston
191 County Road 1301
Bridgeport, TX 76426-6229

Kenneth Schupbach
137 Timberline Dr
Port Lavaca, TX 77979-4951

Kevin Allen
Co Rd 3210, Wills Point, Texas 75169,
USA
Wills Point, TX 75169

Kevin Call
3117 Turkey Creek Ln Ne
Piedmont, OK 73078-9103

Kevin Elger
1203 Burgandy Dr
Midland, TX 79705-4485

Kim Upton
1555 Enloe Rd
Howe, TX 75459-4700

Kimani Jackson
7708 Nw Chesley Dr
Lawton, OK 73505-4154

Kinnelia Ocskai
11109 Sw Pecan Rd
Lawton, OK 73505-7566

Kirk Morgan
3251 Lake Dr
San Angelo, TX 76903-2341

Kristen Amon
6020 Harwich Manor St
Oklahoma City, OK 73132-4739

Kristen Rorabaugh
510 N Bagwell St
Poteau, OK 74953-3412

Kurt Mohr
106 Vance Ct
Fate, TX 75087-5801

Kyle Powers
7518 Lamount Dr
Amarillo, TX 79110-4604

Ladonna Culp
10565 S Brushy Rd
Milburn, OK 73450-8201

Lance Minchew
55 County Road 1255
Whitesboro, TX 76273-5937

Larry Vincent
32161 S 4531 Rd
Afton, OK 74331

Laura Higdon
2220 Marley Ln, Red Oak, OK 74563, USA
Red Oak, OK 74563


Lea Ann Hanseth
10834 E 115th Pl S
Bixby, OK 74008-2872


Leon Bates
189 Old Perrin Rd
Sherman, TX 75092-6812


Leon Potter
3202 Lookout Dr
Enid, OK 73701-7743


Linda Mclemore
416533 E 1960 Rd
Antlers, OK 74523-1409


Linda Minion
1158 S Franklin St
Colbert, OK 74733-2008


Lindsay Oberdick
2728 W Pensacola St
Broken Arrow, OK 74011-6108


Lisa K Hubbell
11532 San Sebastian Dr
Oklahoma City, OK 73173-5920

Lovis Moomey-bruce
15801 Pecan Valley Rd
Newalla, OK 74857-1212

Lowell Vest
302 S Branch St
Bells, TX 75414-2479

Kathryn Lucas

Luis Robles
12104 Nw 137th St
Piedmont, OK 73078-8137

Luke Williams
3604 Walking Sky Rd
Edmond, OK 73013-6880

Lynette Seale
112 Karla Dr
Whitehouse, TX 75791-3902

Marcelino Pastrana
1906 Pine Valley St
San Angelo, TX 76904-1712

Maria Solis
1260 Wallis Rd
Aledo, TX 76008-3886

Marian Turner
125 W Bond St
Coyle, OK 73027


Marina Strok
1006 Community Way
Royse City, TX 75189-3809


Mario Trejo
737 Willowbrook # New
New Braunfels, TX 78130-5079


Mark Bills
217 Beach Blvd
Laguna Vista, TX 78578-2633


Mark Elmasri
730 Mobley Rd
Cedar Hill, TX 75104-1515


Mark Webster
6321 Sw Deyo Mission Rd
Lawton, OK 73505-8802


Martin Crosson
415 Brockett St
Collinsville, TX 76233-9770


Mary Bracamontes
1206 Nw 31st St
Lawton, OK 73505-5105

Mary Kachler
1334 Woodford Rd
Ardmore, OK 73401-1193

Matthew Robinson
1056 Nw 6th St
Moore, OK 73160-2141

Matthew Rogers
1513 Sunset St
Merkel, TX 79536-6011

Jason Mccart
Po Box 7
Tecumseh, OK 74873-0007

Michael Gearhart and Tamara
Gearhart
1314 County Rd 1440
Ninnekah, OK 73067

Michael Kidd
902 S Carhart St
Clarendon, TX 79226

Michael Mansur
110 Bush Creek Dr
Shawnee, OK 74801-3954

Michael Plemmons
142 Old Airport Rd
Denison, TX 75021-7576

Michael Russell
4310 Hunters Hill Rd
Norman, OK 73072-3924

Michael Smith
3510 Rancho Ln
Ardmore, OK 73401

Michelle Huffman
712 Park Pl
Whitesboro, TX 76273-1100

Michelle Nesbitt
628 Hat Powell Rd
Caddo, OK 74729-3830

Miguel Adame
1714 E Pecan St
Sherman, TX 75090-6351

Mike Bergman Training
11420 S 129th E Ave, Broken Arrow, OK
74011, USA
Broken Arrow, OK 74011

Mike Davis
9226 Landers Rd # San
San Angelo, TX 76905-8800

Mike Rogers
8900 Rolling Meadows Dr
Guthrie, OK 73044-8644

Mindy Seubold
107934 S 4750 Rd
Muldrow, OK 74948-7308

Minnie Barnes
22974 S 337th W Ave, Bristow, OK
74010, USA
Bristow, OK 74010

Misty Mcmullen
1752 Co Rd 1590, Alvord, Texas, USA

Mohela/navient
633 Spirit Drive
Chesterfield, MO 63005

Moises Avalos
716 N Roosevelt St
Guymon, OK 73942-3820

Monte Cook
610 Co Rd 4813, Ben Wheeler, TX 75754,
USA
Ben Wheeler, TX 75754

Muhammed Khan
2903 W State Highway 84
Bragg City, MO 63827-9673

Mulberry Hotel
221 W Main St
Tishomingo, OK 73460-1726

Naomi Crockett
114 Trail Creek Dr
Abilene, TX 79602-7546

Nathan Laughlin
1104 Nw 190th Pl
Edmond, OK 73012-2171

nathan vanhoose
323 B St Se
Miami, OK 74354-7707

Nathaniel Gray
111 N Emerson St
San Angelo, TX 76903-5666

Nicholas Walls
17090 County Road 3539
Ada, OK 74820

Noel Young
862 Smith Oak Rd
Sherman, TX 75090-3238

Oluwakoseunti Odubela
2517 E Northhampton St
Broken Arrow, OK 74014-3573

On the Spot Roll-Offs
12050 US-70
Madill, OK 73446

Pati Hoffmann
6958 S Oswego Ave
Tulsa, OK 74136-2847


Paul Mehagan
12318 E 27th Pl
Tulsa, OK 74129-8230


Paul Stephens
54119 Hazel Dell Rd
Prague, OK 74864-5721


Peggy Allen
1422 Reynolds Ln
Sherman, TX 75092-6828


Peggy Worley
309 North St, Ringling, OK 73456, USA
Ringling, OK 73456


Peter Martinez
7855 Fm 513 S
Lone Oak, TX 75453-5125


Phillip Johnston
29308 S 4170 Rd
Inola, OK 74036-5095


Phillip Studebaker
1603 Eisenhower Rd
Norman, OK 73069-8505

Austin Proctor
6116 Nw 63rd St
Oklahoma City, OK 73132-7526

Progressive Northern
Insurance
300 N Commons Blvd
Cleveland, OH 44143-1589

Quentin Spencer
16705 County Road 1940
Lubbock, TX 79424-1835

Queta Tompkins
104 Private Road 8715
Ben Wheeler, TX 75754-6336

Ralph Nigro
2200 Brighton Ave # the
Oklahoma City, OK 73120-4814

Ralph Passow
24445 County Road 120
Perry, OK 73077-8437

Randall Weaver
624 County Road 260
Gainesville, TX 76240

Raymond Casey
2516 45th St
Lubbock, TX 79413-3630

Raymond Smith
2043 E US-70, Broken Bow, OK 74728,
USA
Broken Bow, OK 74728

Rex Pellerin
3701 Rolling Lane Cir
Oklahoma City, OK 73110-1221

Ric Gray
6700 Starnes Rd
N Richlnd Hls, TX 76182-7609

Richard Eanos
809 Kinkead Rd
Mcalester, OK 74501-7719

Richard Gentry
715 Comanche Ave
Hartshorne, OK 74547-4834

Richard Guzman
500 31st St
Snyder, TX 79549-3732

Richard Lewis
62520 E 30 Rd
Quapaw, OK 74363-1812

Rick Buttles
11468 Black Jack Rd
Cumby, TX 75433-0007

Rick Pyron
2976 Dixie Rd
Sadler, TX 76264-4148

Robert Damesworth
1119 County Road 4845
Celeste, TX 75423-6238

Robert Ellis
86 Pecan Ridge Rd
Durant, OK 74701-7410

Robert Evans
112 2nd Street, Ringwood, OK, USA

Robert Guilhoux
1229 Woodthorpe Dr
Mesquite, TX 75181-3513

Robert Minshew
Po Box 758
Sherman, TX 75091-0758

Robert Taylor
1017 Brice
Meridian, TX 76665-4517

Robert Whitmire
2204 Natchez Dr
Norman, OK 73071-2026

Roderick Thompson
8800 Mercato St
Choctaw, OK 73020-2049


Rodney Boring
3529 Clare Dr
San Angelo, TX 76904-5254


Rodney Simpson
3229 Charing Cross Rd
Midlothian, TX 76065-1281


Roger Fry
53755 Lincoln Log Dr
Talihina, OK 74571-2419


Roger Wood
314 Nw 35th St
Lawton, OK 73505-6140


Ronald Bentley
515 Maverick Dr
Lake Dallas, TX 75065-3496


Ronald Gill
10432 Nw 17th St
Oklahoma City, OK 73127-7800


Ronald Holder
3814 Eisenhower Rd
Odessa, TX 79762-6841

Ronald Stevenson
1505 S Fm 369
Burkburnett, TX 76354-2843


Ross Tolleson
3640 Fm 4
Jacksboro, TX 76458-3615


Roy Moon
12 Carnes Rd
Burkburnett, TX 76354-3306


Ryan Rutledge
115 Glenbrook, Calera, OK 74730, USA
Calera, OK 74730


Sakariah Cherian
14625 Remington Way
Oklahoma City, OK 73134-1804


Sara Loveless
12404 Bending Brk Dr, Yukon, OK 73099,
USA
Yukon, OK 73099


Schultz Gary
1510 Grant St
Wichita Falls, TX 76309-2224


Scott Bonnin
1809 W Elm St
Durant, OK 74701-3427

Scott Fitzwater
368 County Road 2924
Dodd City, TX 75438-3817


Scott Hampton
754 County Road 2738
Caddo Mills, TX 75135-5524


Scott Matthews
21 E 2110 Rd
Boswell, OK 74727


Sean French
5718 Churchill Ave
Dallas, TX 75227-3009


Shamra Ivery
6520 Costa Dr
Waco, TX 76712-6673


Shaun Bowman
4504 W Canyon Rd
Guthrie, OK 73044-8785


Shawn Roberts
7125 Sw 121st St
Oklahoma City, OK 73173-2312


Shed contract

Shrikant Kumar
8526 E 81st Pl
Tulsa, OK 74133-8001


Simukayi Nyakunika
5833 Berkley Rd # San
San Angelo, TX 76901-5017


Solar Investments Inc
1401 17th St
Denver, CO 80202-1268


Solargraf
642 De Courcelle, PH 4,
Montreal Quebec, Canada H4C 3C5, CA


Stacy Price
602 Fawn Trl
Tioga, TX 76271-2591


Stephan Fournier
2050 E 140th St S
Bixby, OK 74008-4894


Stephanie Milbourn
512 Millspaugh St
San Angelo, TX 76901-2838


Stephanie Werling
3406 S Dakota Dr
Sherman, TX 75090-9134

Stephen Jordan
13054 Cinderella Ln
Frisco, TX 75035-5194

Steve Leach
435242 E 1931 Rd
Rattan, OK 74562-6320

Steve Martin
2299 Sandy Beach Rd
Kingston, OK 73439-8433

Steven Hicks
13260 County Road 2125 N
Henderson, TX 75652-3552

Steven Tindel
5800 Diamond Oaks Dr S
Haltom City, TX 76117-2860

Stormy Munkirs
3302 Maplewood Dr
San Angelo, TX 76904-3513

Stuart Inman
4822 S 188th E Ave, Tulsa, OK 74134,
USA
Tulsa, OK 74134

Sunlight Financial
101 N Tryon St Ste 900
Charlotte, NC 28246-0100

Sunset Solar & Electric Power, LLC
739 Pleasant Hill Rd
Caddo, OK 74729-3800

SuperShed LLC
Po Box 648
Mayfield, KY 42066-0033

Susan Shackelford
497 Penobscot Trl
Henrietta, TX 76365-6467

Tammy Junk
2410 S Hickory Ave
Broken Arrow, OK 74012-7643

Tarra Johnson
5525 Carver Dr
Fort Worth, TX 76107-7442

Terry Coleman
56496 S 36800 Rd
Terlton, OK 74081-3413

Tevin Dixon
368185 E 1010 Rd
Boley, OK 74829-2938

Texoma Pit Stop
1116 Radio Rd
Durant, OK 74701-2950

Texoma Solar Solutions LLC
739 Pleasant Hill Rd
Caddo, OK 74729-3800


Thaher Mahamdeh
10180 Twin Creeks Cir
Anna, TX 75409-4622


The Heart and Medical Center
2701 W University Blvd
Durant, OK 74701-2997


Theophile Guimbelleaux
2504 56th St
Lubbock, TX 79413-4914


Thomas Hensley
7074b Lovejoy Ln
Frederick, OK 73542-2436


Thunder Fraley
610 Five Lakes Dr
Sulphur, OK 73086-8704


Thurman Lynch
7901 96th Ave Ne
Norman, OK 73026-6960


Tim Attaway
1301 Red Bud Ln
Durant, OK 74701-7783

Tina Labrue
2176 Fm 369 S
Iowa Park, TX 76367-8124


Tito Pena
3142 Helix Bay Dr
Crandall, TX 75114-5197


Todd Wyatt
32278 OK-63, Whitesboro, OK 74577,
USA
Whitesboro, OK 74577


Tom Blackmon
10200 E 570, Kansas, OK 74347, USA
Kansas, OK 74347


Tom Marcum
1201 Westside Dr
Durant, OK 74701-5543


Tommy Evans
13408 West County Road 179, Odessa,
TX, USA


Tracy Myrick
9571 Country Side Ln
Guthrie, OK 73044-1914


Tracy Wegner
302 County Road 3737
Bridgeport, TX 76426-4909

Travis Smith
5306 Roadrunner Dr
Durant, OK 74701-2449


Tressy Gray
319 E Locust St
Whitewright, TX 75491-2240


Trey Cottingham
5000 High Cliff Dr
Wichita Falls, TX 76310-1550


Tricia Cline
19600 E 610 Rd
Inola, OK 74036-5869


Tricia Hayes
12154 Post Oak Rd, Carlsbad, TX 76934,
USA
Carlsbad, TX 76934


Trystian Gibbs
615 Chestnut St
Bonham, TX 75418-3739


Venkata Uppaluri
337 Mohan Dr
Royse City, TX 75189


Vickie Washburn
13100 E 101st St N
Owasso, OK 74055-4549

Walter Johnson
109 Claude St
Dill City, OK 73641-9531


Walter Johnson
601 North Roach Street, Dill City, OK,
USA


Wanita Bookout
7820 Monk St
Amarillo, TX 79108-5705


Waylon Merket
4975 TX-208
Colorado City, TX 79512


Wendell Stanfield
721 Oak Creek Dr
Moore, OK 73160-0909


Wheeler Feed
501 S County Line Rd # 599
Geary, OK 73040


William Anderegg
241 Private Road 4740
Kempner, TX 76539-5799


William Bostick
604 New Prue Rd
Sand Springs, OK 74063-9007

William Coffelt
1200 Washington St
Ryan, OK 73565-9521


William Galvez
8148 Guadalupe Rd
Arlington, TX 76002-4203


William Martin
4020 S Yellowood Ave
Broken Arrow, OK 74011-1372


William Starr
1525 Colt Dr
Durant, OK 74701-7833


William Thomas
5801 St Andrews Ct
Colleyville, TX 76034-1267

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF OKLAHOMA

**IN RE:**

**Devore, Anthony Wayne Headrick**

_____ ,

**Case No.** _____

**Chapter** ___7___

**Debtor(s).**

## PAYMENT ADVICES CERTIFICATION

*(NOTE: A separate form must be filed by **each** debtor in a joint case)*

Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv), a debtor shall file copies of *all* payment advices or other evidence of payment (such as paycheck stubs, direct deposit statements, employer's statement of hours and earnings) received from the debtor's employer *within 60 days* before the date the debtor filed his/her bankruptcy case (the "petition date").*

I, Anthony Wayne Headrick Devore _____ hereby state as follows:
(debtor's name)

*(select one)*

☐    I have attached hereto, or previously filed with the Court, copies of all payment advices or other evidence of payment received from my employer(s) within 60 days before the petition date.

☐    I received payment advices from an employer(s) during the 60 days before the petition date but have not yet located or obtained copies of all of the payment advices.

☐    I did not receive any payment advices or other evidence of payment from any employer at any point during the 60 days before the petition date. _____.

*(If you were employed, attach an explanation of why you did not receive any payment advices from your employer.)*

I declare under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge, information and belief.

Date: _____**07/09/2025**_____       _____**/s/ Anthony Wayne Headrick Devore**_____
                                                                    (Signature of Debtor)

                                                                    Print name: __**Anthony Wayne Headrick Devore**__

***\* In order to protect the debtor's privacy, all but the last four digits of the Debtor's social security number and financial account number should be redacted from any payment advice. References to dates of birth should contain only the year and names of any minors should be redacted or include only initials.***