# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

In re: Anthony Wayne Headrick Devore )
)      Case No. 25-80631-PRT
Debtor.                                )      Chapter 7

## 21ST MORTGAGE CORPORATION'S
## MOTION FOR ORDER TERMINATING AUTOMATIC STAY AND DIRECTING ABANDONMENT OF PROPERTY AND BRIEF;
## MOTION FOR WAIVER OF 14 DAY STAY PER RULE 4001(a)(3); AND BRIEF IN SUPPORT THEREOF

1.      This motion is filed pursuant to Rules 4001(a), 6007(b) and 9014, Fed.R. Bankr. P., with this Court having jurisdiction over this matter pursuant to 28 U.S.C. §1334 and 11 U.S.C. §§362, 521 and 554.

2.      On or about January 31, 2013, Anthony H. Devore aka Anthony Wayne Headrick Devore ("Debtor") and the non-filing co-debtor, Cecilia M. Garcia-Henric executed a retail installment contract and security agreement ("Contract"), for the purchase of the collateral described as follows:

### 2001 PALM Mobile Home, VIN PH228765AB
### (the "Mobile Home")

A true and correct copy of the Note is attached hereto as Exhibit A, and incorporated by reference. A true and correct copy of the lien is attached hereto as Exhibit B, and incorporated by reference.

3.      21st Mortgage Corporation, is the holder of the Note at issue, and held the Note prior to the filing of this Motion. The account is in default for nonpayment, for the May, 2025 and subsequent payments in the total past due amount as of November 4, 2025 of $4,684.98.

4.      21st has complied with all of the terms, conditions precedent and provisions of the note and is duly empowered to and has standing to bring this Motion and the transaction at issue is not subject to the CARES Act..

5. Default has been made upon the Note in that installments due have not been made; the Mobile Home and Property are of inconsequential value to the Estate, and therefore, 21st is entitled to lift the stay and foreclose its security interest in and to the Mobile Home and Property.

6. Debtor is a debtor under Title 11, having filed his original bankruptcy petition on July 10, 2025.

7. Kelley G. Loud, the duly appointed trustee for the bankruptcy estate, is a party in interest to these proceedings.

8. Pursuant to 11 U.S.C. §362, it is appropriate for the Court to terminate the automatic stay and enter an order directing abandonment of the Collateral.

9. 21st respectfully requests the 14-day period staying the execution of any order granting relief from an automatic stay provided in rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure be waived for the reason that the Collateral is depreciating in value.

10. Upon entry of an order granting the relief requested herein, any conversion of this matter to another chapter will not act as reinstatement of the stay.

WHEREFORE, 21st prays that this Court terminate and modify the automatic stay of 11 U.S.C. §362, as that may affect this or any other Creditor with an interest in the Collateral and Property, and further requests the Court to order abandonment of the Collateral and Property by the trustee to allow 21st to proceed to recover the Collateral and Property. 21st further prays that the automatic stay be terminated to allow the Creditor to send to the Debtor any and all notices required by state and/or federal law, regulation or statute in this action, and to pursue all remedies not inconsistent with Title 11 U.S.C.

Respectfully submitted,

*s/Gretchen M. Latham*
Gretchen M. Latham- OBA No. 17523
41 E. 15th Street
Edmond, OK 73013
Phone: (405) 285-9718
gretchenlatham9@gmail.com

ATTORNEY FOR 21ST

## CERTIFICATE OF SERVICE

I certify that on November 11, 2025, a copy of the above and foregoing Motion was forwarded via U.S. Mail, first class, postage prepaid and properly addressed to all parties on the attached matrix.

By: *s/Gretchen M. Latham*
Gretchen M. Latham, OBA #17523

## CONSUMER LOAN NOTE, SECURITY AGREEMENT AND DISCLOSURE STATEMENT
### Do not close before 1/31/2013

LENDER: 21st Mortgage Corp. 620 Market St. Suite 100 Knoxville, TN 37902    NMLS No. 2280    Reference No: 168281

| | |
|---|---|
| Borrower's Name: CECILIA M GARCIA-HENRIC | Co-Signer's Name: |
| Co-Borrower's Name: ANTHONY H DEVORE | Co-Signer's Name: |
| Borrower's Address: 8880 PR 5368 BLUE RIDGE TX 75424 | Co-Borrower's Address: 8880 PR 5368 BLUE RIDGE TX 75424 |

In this Consumer Loan Note ("Note"), "Borrower" refers to all persons who sign this Note as "Borrower" and "Co-Borrower", jointly and severally. "Lender" refers to 21st Mortgage Corporation ("21st Mortgage"), and its successors and assigns. Other capitalized terms are defined in the disclosures on this page and in the section of this Note titled, "Itemization of Amount Financed." Borrower promises to advise Lender in writing of any change of Borrower's mailing address while this Note is in effect. Lender should send any papers or notices concerning this Note to Borrower's mailing address. On the date of this Note, Borrower finances with Lender the manufactured home described below, together with the related services, furnishings, equipment, appliances and accessories included with the manufactured home (collectively, "Manufactured Home").

**Description of Manufactured Home:** ☐ New  ☒ Used

| MANUFACTURER: PALM HARBOR | YEAR: 2001 | ADDITIONAL ACCESSORIES AND FURNISHINGS: ITEM AND SERIAL NO: | |
|---|---|---|---|
| APPROX. LENGTH: 76 | APPROX. WIDTH: 28 | | |
| SERIAL NO. | PH228765A | | |
| SERIAL NO. | PH228765B | | |
| SERIAL NO. | | | |
| SERIAL NO. | | | |
| | | | |

**PROMISE TO PAY:** Borrower promises to pay Lender the "Unpaid Balance" as listed under the "Itemization of Amount Financed" plus interest. When Borrower signs this Note, Borrower will also pay Lender any "Prepaid Finance Charge" shown in the "Itemization of Amount Financed." Borrower authorizes Lender to include the Prepaid Finance Charges in the Unpaid Balance. Lender will compute and charge interest on the unpaid amount of the Unpaid Balance from the Note date at the yearly rate of **12.24%** (the "Note Rate"). When Lender calculates interest, every year shall have 360 days and every month shall have 30 days. Borrower promises to pay interest at the Note Rate on the unpaid amount of the Unpaid Balance of this Note until it is paid in full. Interest after the final scheduled maturity date on this Note, however, shall not exceed the maximum rate allowed by state law.

**Borrower's Payment Schedule will be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 240 | $547.71 | Monthly, beginning 03/01/2013 |

BORROWER FURTHER PROMISES to pay Lender monthly payments in the number and amounts of payments shown in Borrower's Payment Schedule. Borrower's first payment will be due on the first date shown in Borrower's Payment Schedule, and subsequent payments will be due on the same day of each month after that.

LENDER WILL APPLY EACH PAYMENT RECEIVED AS OF ITS SCHEDULED DUE DATE. If on the final scheduled payment due date, Borrower still owes amounts under this Note, Borrower will pay those amounts in full on that date (the "Maturity Date"). Borrower will make all payments to 21st Mortgage Corp., 620 Market St. Suite 100, Knoxville, Tennessee 37902, or any other address to which Lender directs Borrower to send Borrower's payments.

**SECURITY INTEREST:** To secure payment of all sums due or which become due under this Note, and Borrower's performance of all other terms of the Note, Borrower grants Lender a first priority security interest in (1) the Manufactured Home, and all accessions, attachments, accessories, replacements and additions to the Manufactured Home, whether added now or later; (2) the "Property" described in any mortgage or deed of trust Borrower gives to Lender; (3) Borrower's rights to refunds of premiums for and payments under, and proceeds of any insurance or any extended warranty or service contract purchased with the proceeds of this Note; (4) any amounts held in escrow by Lender for Borrower; and, (5) proceeds and products of all of the foregoing (collectively, the "Collateral"). Lender's security interest shall remain in effect until Borrower pays, in full, all amounts due under the Note. Despite any other provision of the Note, however, Lender is not granted, and does not have, a non-purchase money security interest in household goods, to the extent such a security interest is prohibited by applicable law. Borrower will pay any filing or recording fees necessary for Lender to obtain and hold a first priority security interest. To the extent allowed by law, Borrower also agrees to pay any release, discharge or termination fees, after the Borrower pays the Note in full. Borrower agrees to execute any application for certificate of title or ownership, financing statement or other document necessary to perfect Lender's security interest in the Manufactured Home. Borrower authorizes Lender to sign Borrower's name to any financing statement or application or other document necessary to perfect the security interest granted by Borrower herein. If Lender is taking a security interest in real property, such interest is reflected in a mortgage or deed of trust signed in conjunction with this Note.

Borrower's Initials CH
Co-Borrower's Initials

Page 1 of 10

TX Rev. 11/05/2010

**TRUTH IN LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE<br>The cost of Borrower's credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost Borrower. | Amount Financed<br>The amount of credit provided to Borrower or on Borrower's behalf. | Total of Payments<br>The amount Borrower will have paid should Borrower make all payments as scheduled. |
|---|---|---|---|
| 12.88% | $84,346.40 | $47,104.00 | $131,450.40 |

**INTEREST RATE AND PAYMENT SUMMARY**

| | Rate & Monthly Payment |
|---|---|
| Interest Rate | 12.24% |
| Principal + Interest Payment | $547.71 |
| Est. Taxes + Insurance (Escrow) | $167.49 |
| Total Est. Monthly Payment | $715.20 |

**Security:** Borrower gives Lender a security interest in:
- ☒ The Manufactured Home, which will be located at 12754 COUNTY ROAD 580 BLUE RIDGE TX 75424
- ☐ Real property located at

**Late Charge:** If a payment is more than 15 days late, Borrower will be charged 5% of the amount of such payment or $20.00, whichever is less. Other references in this Note to the "Late Charge" refer to the amount

**Prepayment:** If Borrower pays off early, Borrower will not have to pay a penalty.

**Assumption:** Someone buying the Manufactured Home may be allowed to assume the remainder of Borrower's obligations under this Note on the original terms only if such person is approved by Lender.

**Other Information:** Refer to the rest of this Note for additional information about nonpayment, default, any required payment in full before the scheduled date and prepayment refunds and penalties.

**MDIA Refinancing Warning:** There is no guarantee that Borrower will be able to refinance the loan to obtain a lower interest rate and/or payment.

**PROPERTY INSURANCE**

**PROPERTY INSURANCE ON THE MANUFACTURED HOME IS REQUIRED FOR THE TERM OF THIS NOTE. BORROWER HAS THE RIGHT TO OBTAIN SUCH INSURANCE FROM ANYONE AUTHORIZED BY LAW TO SELL IT. LENDER MAY REFUSE TO ACCEPT BORROWER'S PROPERTY INSURANCE FOR GOOD CAUSE.** Borrower elects to finance through Lender the below listed property insurance of the specified type, term and premium.

| Hazard Insurance Provider | Term | Premium |
|---|---|---|
| INSURANCE | 12 MONTHS | $835.00 |

\* A separate flood insurance policy may or may not be reflected in the information above or financed as part of the loan. Borrower should refer to the appropriate insurance policy documents for more details.

Borrower's signature below indicates Borrower's election to finance the above listed property insurance for the type, term and premium shown.

Borrower's Signature _____  Co-Borrower's Signature _____

THIS SPACE LEFT INTENTIONALLY BLANK

Case 25-80631   Doc 37   Filed 11/11/25   Entered 11/11/25 12:36:06   Desc Main
Document   Page 5 of 29

**ITEMIZATION OF AMOUNT FINANCED:**

| | |
|---|---|
| 1. Cash Price | |
|    a. Manufactured Home ** | $55,950.00 |
|    b. Sales Tax | $0.00 |
|    c. Total Cash Price (1a plus 1b) | $55,950.00 |
| 2. Down Payment | |
|    a. Cash Down Payment | $10,000.00 |
|      Trade-in ( ) | |
|      Length: 0 Width: 0 | |
|      Liens 0 | |
|    b. Net Trade-In Allowance | 0 |
|    c. Total Down Payment (2a plus 2b) | $10,000.00 |
|    d. Manufacturer's Rebate | $0.00 |
| 3. Unpaid Cash Price for Purchase or Refinance | |
|    a. Unpaid Portion of Cash Price (1c minus 2c and 2d)<br>     OR | $45,950.00 |
|    b. For a Refinanced Loan, Amount Paid to Others | |
| 4. Amounts paid to others on Borrower's behalf | |
|    a. To Insurance Companies ** | |
|      i. Property Insurance ** | $835.00 |
|      ii. | |
|    b. To Public Officials | |
|      i. Certificate of Title | $110.00 |
|      ii. Filing/Recording Fees ** | $0.00 |
|    c. | |
|    d. To FORM T | $100.00 |
|    e. To MHIT | $109.00 |
|    f. | |
|    g. | |
|    h. | |
|    i. | |
|    j. | |
|    k. | |
|   Total of All Amounts ((a) through (j)) | $1,154.00 |
| 5. Prepaid Finance Charges (includes items paid to third parties; items may be financed in part and paid in cash in part) | |
|    a. Financed | |
|      i. To Loan Origination Fee | $1,884.16 |
|      ii. To Flood Certification Fee | $8.00 |
|      iii. | |
|      iv. | |
|      v. | |
|      vi. | |
|    b. Paid in Cash | |
|      i. | |
|      ii. | |
|      iii. | |
|      iv. | |
|      v. | |
|      vi. | |
| 6. Unpaid Balance (3a + 3b + 4 + 5(a)) | $48,996.16 |
| 7. Prepaid Finance Charges (total of all items in 5) | $1,892.16 |
| 8. Amount Financed (6 minus 7) | $47,104.00 |

   ** Lender may retain, or receive, a portion of these amounts

Security interest termination, release, discharge or satisfaction fees paid upon termination will vary based upon applicable law. This fee is not paid by Borrower at closing.

Borrower's Initials _CM_
Co-Borrower's Initials _____

TX Rev. 11/05/2010

**BORROWER'S RIGHT TO PREPAY: BORROWER MAY PREPAY ANY AMOUNTS DUE UNDER THIS NOTE AT ANY TIME WITHOUT PENALTY.** A Principal only payment is known as a "Prepayment." Lender will not treat a payment as a Prepayment unless Borrower previously made all monthly payments of principal and interest and fully paid and satisfied all other obligations due under this Note. If Borrower meets these conditions, Borrower may make a Prepayment by sending such Prepayment in accordance with the instructions provided by Lender in a monthly billing statement, or payment coupon, or otherwise as directed by Lender. Borrower may make a full Prepayment or partial Prepayments without paying a Prepayment charge. If Borrower (1) prepays this Note in full, or (2) defaults and fails to cure the default and Lender demands payment of the entire balance due on this Note, no portion of any Prepaid Finance Charge will be refunded.

**PROPERTY INSURANCE:** Borrower is required to insure the Manufactured Home against physical damage, including loss by fire, hazards included within the term "extended coverage," and any other hazards for which Lender requires insurance, for the term of the Note at Borrower's expense. If Borrower financed the premium, the premium is financed over the term of the Note, even though the term of insurance is less than the Note term. The Borrower must obtain the types and amounts of insurance coverage required by Lender, including flood insurance if applicable. The insurance policy must contain a loss payable clause protecting Lender (as Lender's interest may appear), and provide for at least a 10 day notice of cancellation to Lender. Borrower agrees to provide written proof of such coverage to Lender within 5 days of Lender's request. BORROWER HAS THE RIGHT TO CHOOSE THE ENTITY THROUGH WHICH THE PROPERTY INSURANCE IS OBTAINED. Lender reserves the right to refuse to accept, for good cause, an insurer chosen by the Borrower. Lender will send Borrower a written statement explaining the reason for such refusal upon Borrower's request. If Borrower's insurance coverage expires or is canceled prior to payment in full of this Note, Borrower must obtain coverage in the amounts, types, and for the periods that Lender requires at Borrower's expense for the remaining term of the Note. Lender's property insurance coverage requirements can change during the term of the Note. Should Borrower fail to provide or maintain property insurance or fail to provide Lender with satisfactory evidence of coverage, or should the property insurance, for any reason, not protect Lender's interests, Lender, in its sole discretion, may obtain property insurance that meets its requirements, but is under no legal obligation to do so. Before obtaining insurance in these circumstances, Lender will, in good faith, attempt to inform Borrower in writing of the need for Borrower to obtain property insurance and/or to provide evidence thereof. If obtained by Lender, Lender will add the cost of the insurance to the amount due under the Note. That amount will become due and payable upon demand by the Lender, in payments added to Borrower's scheduled payments, or as otherwise required by Lender. Lender may charge Borrower interest on such cost at the Note Rate, unless prohibited by applicable law. The property insurance obtained by Lender may have material differences from insurance initially financed under the Note or from insurance obtained by the Borrower initially or at any time during the term of the Note. Such insurance may be significantly more expensive to Borrower than if Borrower obtained the insurance. Consequently, Lender makes the following disclosures to Borrower: (a) The property insurance that Lender obtains is intended solely to protect the Lender's interest hereunder, and Lender may not obtain coverages beyond those to insure loss of or damage to the Manufactured Home; in particular, such insurance may not provide coverage for personal effects, adjacent structures, medical expenses or personal liability; additionally, such coverage may not insure the Manufactured Home in an amount equal to the Unpaid Balance due under this Note and, consequently, in the event of loss or damage, the insurance may not pay the full amount of the Unpaid Balance of the Note; (b) If Lender obtains this insurance due to Borrower default, Borrower acknowledges and agrees that Lender has no duty to obtain insurance on behalf of Borrower which is the least expensive, or which has a competitive marketplace premium or any other particular feature or special benefit; (c) Lender or its affiliates may be reimbursed for expenses and may profit from taking action to cure Borrower's default by providing and maintaining such insurance; (d) Borrower's execution of this Note authorizes Lender to provide third parties with any information necessary to obtain insurance on the Manufactured Home and monitor the status of such insurance; and (e) Borrower may, as stated above, at any time, including after Lender obtains property insurance on Borrower's behalf, obtain insurance through an agent or insurer of Borrower's choice. Upon so doing, Borrower may provide Lender with sufficient evidence of insurance coverage, at which time, Lender will cancel the insurance coverage it obtained on Borrower's behalf, obtain any refund due on the unearned portion of the premium, and apply the refund to the Unpaid Balance of the Note. Property insurance proceeds (whether such insurance has been obtained by Borrower or Lender) shall be applied to the restoration or repair of the Manufactured Home, if it is economically feasible and does not lessen the Lender's security interest in the Manufactured Home. If this is not the case, or if the insurer determines that the Manufactured Home represents a total loss under the coverage, Lender will apply such insurance proceeds to reduce all amounts owing under this Note, whether or not such amounts are due and payable. Borrower authorizes Lender to (a) adjust or settle Borrower's claim for loss under such insurance; (b) sign Borrower's name to any check, draft or other documents necessary to obtain such insurance proceeds; and (c) hold such insurance proceeds until Lender has the opportunity to inspect the Manufactured Home and ensure that work to restore or repair the Manufactured Home is completed to Lender's satisfaction, without incurring an obligation to pay Borrower earnings or interest on such proceeds. Lender may disburse proceeds in a single payment or a series of payments and Borrower authorizes any insurer to make such payment directly to Lender. If insurance proceeds paid to Lender do not satisfy all amounts Borrower owes to Lender under this Note, Borrower is responsible for paying the balance.

 
Case 25-80631   Doc 37   Filed 11/11/25   Entered 11/11/25 12:36:06   Desc Main
Document   Page 7 of 29

**ESCROW ITEMS:** To the extent permitted by law, Lender may, at Lender's option, require Borrower to make payments in addition to those set forth in Borrower's Payment Schedule ("Escrow Payments") which Lender will collect and hold for (1) the payment of property insurance premiums required under this Note, (2) the payment of taxes and assessments, and (3) other items which might attain priority over Lender's security interest (each, an "Escrow Item"). Lender will use Borrower's Escrow Payments to pay Escrow Items as they come due. **THE BORROWER'S PAYMENT SCHEDULE IN THIS NOTE DOES NOT INCLUDE ANY AMOUNT TO BE PAID UNDER ANY SUCH ESCROW ACCOUNT.**

**SERVICING CHARGES:** Borrower agrees to pay all reasonable charges for Lender's performance of additional services requested by Borrower in connection with the servicing of this Note, to the extent permitted by applicable law.

**ADVANCES TO PROTECT THE COLLATERAL:** If Borrower fails to pay for required insurance, if Borrower fails to pay park or lot rent (and any other related charges), if Borrower fails to satisfy taxes, assessments, or other liens or encumbrances against the Manufactured Home, if Borrower fails to keep the Manufactured Home in good repair or if Borrower fails to make any other payments required by this Note or applicable law, Lender may (but is not required to) make such repairs or payments as Lender chooses. Lender will add any and all such payments and any amounts Lender pays to protect or enforce Lender's security interest to the amount Borrower owes Lender under this Note, and all such amounts will be secured by the Collateral. At Lender's sole option, Lender may (1) demand that Borrower repay these amounts immediately, or (2) add these amounts to Borrower's regularly scheduled payments, or (3) add these amounts as additional installments due, or (4) add these amounts to the final installment due on this Note. Unless prohibited by law, Borrower agrees to pay interest at the Note Rate on any amounts that Borrower does not repay immediately.

**DELINQUENCY AND DEFAULT:** Time is of the essence. If a payment is more than 15 days late, Borrower agrees to pay the Late Charge indicated in the "Truth in Lending Disclosures" section of this Note. If any check, negotiable instrument of withdrawal, electronic payment draft or any other instrument is dishonored by Borrower's financial institution, Borrower will pay a fee of $20.00, in addition to being required to make payment on the item. Borrower will be in default under this Note if: (1) Borrower fails to make any payment when due; (2) Borrower otherwise fails to perform any of Borrower's obligations under this Note or under any mortgage or deed of trust which secures this Note; (3) Borrower dies or becomes legally unable to manage Borrower's affairs; (4) any statement of fact, representation or warranty Borrower makes to Lender in Borrower's application for credit, any other document submitted to the Lender or signed by Borrower in connection with this Note, or in any Note document is false, misleading, inaccurate, or incomplete; or (5) Borrower files a petition in bankruptcy, or a party files a petition in bankruptcy against Borrower. In the event of Borrower's default, Lender will give Borrower notice of the default and right to cure the default ("Notice of Default"). Borrower is not entitled to a Notice of Default if Borrower abandons or voluntarily surrenders the Manufactured Home, or if other extreme circumstances exist. Borrower is not, under any circumstances, entitled to a Notice of Default more than twice in any one year period. If Borrower does not cure the default within 30 days after the postmarked date of the Notice of Default, or if a Notice of Default is not required to be sent, Lender may (1) accelerate the maturity of the debt and require Borrower to pay Lender the entire remaining balance and all other amounts due under the Note, (2) require Borrower to make the Manufactured Home available to Lender, (3) take legal action against Borrower, (4) repossess the Manufactured Home, (5) enforce such rights and remedies available to Lender under the Uniform Commercial Code and other applicable law, and (6) foreclose on the real property, if applicable. Lender, at its sole option, may elect to sever and remove the Manufactured Home from any real property where it is located, regardless of whether the real property secures this Note. In the event of default, Borrower also agrees to pay Lender's expenses for (a) reasonable attorney's fees permitted under law after referral to an attorney who is not a salaried employee of the Lender; (b) court costs and disbursements; and (c) costs of repossessing the Manufactured Home including the costs of storage, reconditioning, and resale. Before Lender sells the Manufactured Home, Borrower can get the Manufactured Home back if Borrower either (1) pays off the Note by paying Lender the entire remaining balance and all other amounts due under the Note (redeem), or (2) cures the default by paying Lender the amounts which are past due, including Late Charges (reinstate). Regardless of whether Borrower redeems or reinstates, and before Borrower can get the Manufactured Home back, Borrower must also (1) pay Lender the cost of taking, storing and redelivering the Manufactured Home and other expenses Lender incurs; (2) pay Lender all other charges and other expenses provided for under this Note; (3) pay any amounts advanced by Lender to protect the Collateral, without regard to any agreement to repay such amounts advanced on a periodic basis, including but not limited to unpaid insurance premiums, park or lot rent, taxes, assessments or similar items; and (4) cure any other defaults. Borrower's rights to redeem and/or reinstate end upon sale of the Manufactured Home unless otherwise required by law. All rights and remedies under this Note and any mortgage or deed of trust executed herewith are cumulative, but Borrower's right to a written notice of default and 30 days to cure, as set forth in this Note, shall not be affected by any inconsistent provision of any mortgage or deed of trust. Any personal property of Borrower's located in or attached to the Manufactured Home and not subject to Lender's security interest may be held by Lender without liability if the Lender repossesses the Manufactured Home. Borrower will be deemed to have waived any claim to such personal property unless written demand by certified mail is made upon Lender within twenty-five (25) days after repossession. If Borrower fails to give Lender such written demand, Lender may dispose of such personal property.

 
Case 25-80631   Doc 37   Filed 11/11/25   Entered 11/11/25 12:36:06   Desc Main
Document   Page 8 of 29

**INFORMATION SHARING:** Lender may investigate Borrower's credit history and credit capacity in connection with establishing, modifying, extending, and/or enforcing Borrower's account, and share information about Borrower and Borrower's account with credit reporting agencies and others as allowed by law. Lender may also verify Borrower's employment, income, assets, and debts; and anyone receiving a copy of this Note is hereby authorized to release such information to Lender. Borrower authorizes Lender to release to third parties any information necessary to monitor the status of insurance on Borrower's Manufactured Home, and to obtain the insurance described in this Note. If Borrower's Manufactured Home is on rented property or property that is not owned by Borrower, Borrower authorizes Lender and Borrower's landlord (or the property owner) to exchange information as to Borrowers obligations to Lender under this Note and the status of such obligations, information relating to Lender's security interest in Borrower's Manufactured Home, and information regarding the lease or arrangement between Borrower and landlord (or the property owner), as well as the obligations and status of such obligations to landlord (or the property owner). Whether or not the Borrower rents the Manufactured Home to a party in accordance with the terms of this Note, Borrower authorizes Lender and Borrower's renter to exchange information as to Lender's security interest in Borrower's Manufactured Home and the rental agreement or arrangement, as well as to the obligations, and the status of such obligations of Borrower to Lender under this Note. This provision also applies to any Co-Signer who executes this Note.

**OTHER TERMS AND CONDITIONS:** Borrower will not move the Manufactured Home without Lender's prior written consent. Borrower will not sell the Manufactured Home without Lender's prior written consent. Borrower will not encumber or abandon the Manufactured Home, nor allow any lot lien, landlord lien, or similar lien, which may by law be superior to Lender's security interest, to encumber the Manufactured Home. Borrower will not use the Manufactured Home for illegal activity. Borrower will not use the Manufactured Home for business or hire, or rent it to another party, without obtaining Lender's prior written consent. Borrower will pay promptly all taxes, assessments, and any liens and encumbrances on the Manufactured Home. Borrower will notify Lender promptly of any loss or damage to the Manufactured Home, as well as any condemnation, confiscation or theft of the Manufactured Home. Upon Lender's request, Borrower will promptly provide Lender with proof satisfactory to Lender that: (1) Borrower has the insurance required under this Note; (2) Borrower has paid all taxes assessed against the Manufactured Home; (3) Borrower has paid all park or lot rent (and any other related charges) due; (4) Lender holds the only lien against the Manufactured Home; (5) the Manufactured Home is in good condition and repair; and (6) Borrower has complied with all of the promises Borrower made in this Note. Lender may inspect the Manufactured Home at any time. If Borrower is married, and residing in a community property state, both Borrower's community property and separate property are liable for all payments under this Note. Borrower waives all marital rights, homestead exemption and other exemptions relating to the Collateral. Borrower will cooperate with Lender regarding any requests after closing to correct any errors with respect to this Note or the transaction and agrees to provide any and all additional documentation deemed necessary by Lender to complete this transaction. Lender may rely on a telecopy, photocopy, or electronically imaged copy of this Note as if it were an original, including use in legal proceedings or arbitrations. Borrower acknowledges that any broker or other third party used to facilitate this transaction may receive compensation from Lender for its services.

**ASSUMPTION:** Someone buying the Manufactured Home may assume the remainder of Borrower's obligations under this Note on the original terms only if such person is approved by Lender.

**ASSIGNMENT:** Lender may assign this Note to any person or entity. All rights granted to Lender under this Note shall apply to any assignee of this Note.

**WAIVER AND MODIFICATION:** Lender's waiver of any default shall not constitute a waiver of any other default. The procurement of required property insurance, or the payment of taxes, or other liens, or other charges, by Lender shall not be a waiver of Lender's right to accelerate the maturity of this Note and declare default herein. To the extent permitted by law, Borrower agrees to give up Borrower's rights to require Lender to do certain things. Borrower does not give up any rights that are provided in this Note. Unless the law or this Note provides otherwise, Lender is not required to: (1) demand payment of amounts due; (2) give notice that amounts due have not been paid, or have not been paid in the appropriate amount, time, or manner; or, (3) give notice that Lender intends to make, or is making, this Note immediately due. Without limiting the foregoing, Borrower waives any and all rights to notice of dishonor, presentment, protest, demand, and notice of intent to accelerate and notice of acceleration.

**WARRANTIES:** LENDER MAKES NO WARRANTIES ON THE MANUFACTURED HOME, AND EXPRESSLY EXCLUDES ANY EXPRESS OR IMPLIED WARRANTY, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE, UNLESS GIVEN TO BORROWER BY LENDER IN WRITING AT THE TIME OF SALE. BORROWER AGREES THAT THE YEAR OF THE MANUFACTURED HOME IS FOR IDENTIFICATION PURPOSES ONLY AND MAY NOT BE THE BASIS FOR A WARRANTY OR OTHER CLAIM AGAINST LENDER. THE ABOVE DISCLAIMERS DO NOT AFFECT ANY WARRANTIES COVERING THE MANUFACTURED HOME THAT MAY BE PROVIDED BY THE MANUFACTURER, OTHER THIRD PARTIES, OR THAT ARE REQUIRED BY LAW.

Borrower's Initials
Co-Borrower's Initials

TX Rev. 11/05/2010

Case 25-80631   Doc 37   Filed 11/11/25   Entered 11/11/25 12:36:06   Desc Main
Document   Page 9 of 29

**VALIDITY AND EFFECTIVENESS:** Wherever possible each provision of this Note shall be interpreted in such a manner as to be effective and valid under applicable law. If any provision of this Note is prohibited by or invalid under applicable law, such provision shall be ineffective to the extent of such prohibition or invalidity, however, the remainder of such provision or the remaining provisions of this Note shall not be invalidated. This Note shall be governed both as to issues of formation and performance by the laws of the State of Texas and applicable federal law. This Note shall have no effect until and unless signed by Borrower and Lender. Lender does not intend to charge or collect any interest, charge, or fee greater than the law allows. If Lender charges or collects any amount greater than what the law allows, Lender will apply the excess to the Unpaid Balance and any other amounts due under the Note and shall refund any excess. Lender will treat any amount applied to the Unpaid Balance as a partial Prepayment.

**ENTIRE AGREEMENT:** THIS NOTE, ANY SEPARATE ESCROW AGREEMENT, AND ANY MORTGAGE OR DEED OF TRUST, TOGETHER, THE "ENTIRE AGREEMENT DOCUMENTS," SHALL CONSTITUTE THE ENTIRE AND FINAL AGREEMENT BETWEEN BORROWER AND LENDER AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS, OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES. IF THIS NOTE AND ANY SEPARATE MORTGAGE OR DEED OF TRUST IS INCONSISTENT, THE MORTGAGE OR DEED OF TRUST WILL CONTROL.

**GUARANTY:** Any Co-Signer signing the guaranty of this Note agrees that all amounts owed under this Note will be paid when due. Co-Signer's obligation continues even if Borrower is released or if Lender waives or delays enforcement of any rights under this Note. Lender need not give Co-Signer notice of any such waiver, delay or release. See Notice to Co-Signer before signing this guaranty.

THIS SPACE LEFT INTENTIONALLY BLANK

Case 25-80631    Doc 37    Filed 11/11/25    Entered 11/11/25 12:36:06    Desc Main
Document    Page 10 of 29

**ARBITRATION:**

A. Agreement to Arbitrate: Borrower and Lender (sometimes called the "Parties") agree to mandatory, binding arbitration ("Arbitration") of all disputes, claims, controversies, grievances, causes of action, including, but not limited to, common law claims, contract and warranty claims, tort claims, statutory claims, and, where applicable, administrative law claims, and any other matter in question ("Claims") arising from or relating to this Note, any products/goods, services, insurance, or real property (including improvements to the real property) sold or financed under this Note, any events leading up to this Note, the collection and servicing of this Note, and the interpretation, scope, validity or enforceability of this Note (with the exception of this agreement to arbitrate, the "Arbitration Agreement"). The interpretation, scope, validity or enforceability of this Arbitration Agreement or any clause or provision herein and the arbitrability of any issue shall be determined by a court of competent jurisdiction. Borrower and Lender agree that the scope of this Arbitration Agreement is intended to cover only Claims brought by Borrower on an individual basis and not on a representative basis as a class action, which includes similar actions that involve the aggregation of individual Claims of Borrower and other persons into a single proceeding. Notwithstanding any other provision of this Arbitration Agreement or any determination as to the enforceability of this Arbitration Agreement or the arbitrability of any Claims, Borrower and Lender expressly agree not to arbitrate any Claims as a class action. This Arbitration Agreement is the only agreement between Borrower and Lender regarding Arbitration, and takes the place of any other agreements to arbitrate. If Borrower has Claims against others (each, a "Third Party") related to or arising from facts or circumstances covered by this Arbitration Agreement (including, but not limited to (i) the design, construction and manufacture of the Manufactured Home, (ii) the advertising and the sale of the Manufactured Home, (iii) the delivery or the installation of the Manufactured Home, and (iv) insurance covering the Manufactured Home or Borrower, including title insurance, where applicable (each, a "Related Claim")), then Borrower and Lender agree to consolidate the Arbitration of Borrower's Claims against Lender, brought on an individual basis, with the Arbitration of any and all Related Claims, brought on an individual basis, into one Arbitration to be governed by this Arbitration Agreement, provided, however, that the Third Party must agree to be joined in the Arbitration of the Related Claims under this Arbitration Agreement. If any Third Party does not agree to be joined in the Arbitration of its Related Claim, then Arbitration under this Arbitration Agreement shall proceed without that Third Party. Borrower agrees not to arbitrate any Related Claims as a class action. This Arbitration Agreement also covers all co-signors and guarantors who sign this Note and any occupants of the Manufactured Home (as intended beneficiaries of this Arbitration Agreement). Borrower agrees that the Manufactured Home contains parts manufactured outside of the state where the home is sold and delivered; the manufacture, transportation, sale and use thereof has been and will continue to be regulated by the laws of the United States of America and involve and affect interstate commerce.

B. Facts About Arbitration: Arbitration is a process in which a neutral arbitrator decides a dispute instead of a judge or jury. Each side has an opportunity to present evidence to the Arbitrator, both in writing and through witnesses. Arbitration proceedings are less formal than court trials. Other rights that the Parties have in court may not be available in Arbitration. The information that can be obtained in discovery from each other or from third persons in Arbitration is generally more limited than in a lawsuit. An Arbitrator will decide the case by issuing a written decision called an "award." Once confirmed, an award may be enforced as a court judgment in accordance with federal or state law. The circumstances under which a court can review an award are more limited in Arbitration.

C. Rules: The Arbitration shall be governed by and conducted under: (a) the Federal Arbitration Act, 9 U.S.C. §§ 1 9; (b) the arbitration rules ("Arbitration Rules") of the American Arbitration Association ("AAA") (the "Arbitration Administrator") in effect at the time Arbitration is requested, at the election of the Party filing for Arbitration; and (c) this Arbitration Agreement. A copy of the Arbitration Rules may be obtained, free of charge, from the AAA, on the Internet at www.adr.org, by calling 800-778-7879, or by writing to: American Arbitration Association, 1633 Broadway, 10th Floor, New York, NY 10019. If the terms of this Arbitration Agreement and the Arbitration Rules conflict, the terms of this Arbitration Agreement shall control to the extent of the conflict. The person who conducts the Arbitration (the "Arbitrator") shall have all powers provided by the Arbitration Rules and this Arbitration Agreement. After the Arbitrator is selected, the Arbitrator, in accordance with the Arbitration Rules, will set a reasonable schedule, in light of the nature and complexity of the Claims, for the Arbitration and discovery, including any depositions, the exchange of written documents, the final deadline for discovery prior to the Arbitration, and other discovery matters addressed in the Arbitration Rules. The Arbitration shall be conducted in the largest city in the federal judicial district where Borrower resides, or at any other place mutually acceptable to Borrower and Lender. At the election of either Borrower or Lender (and at the expense of the electing party), the Arbitration may be recorded and transcribed by a court reporter. Judgment upon the award rendered may be entered in any court having jurisdiction. The Parties agree that information exchanged in the Arbitration shall be held confidentially, and shall not be used in other arbitrations or court proceedings. All statutes of limitation that would otherwise apply to a Claim in a judicial action shall apply to the Arbitration of that Claim under this Arbitration Agreement. The Arbitrator shall apply applicable substantive law and shall honor claims of privilege recognized at law and consider defenses that a court could consider. The Arbitrator's decision shall be in writing, and shall include the Arbitrator's reasons for the award, including detailed findings of fact and conclusions of law. The Arbitrator may award the prevailing party in the Arbitration with that party's reasonable attorney's fees and any fees paid to commence the Arbitration, including the Arbitrator's fees, if such are available under applicable law. Any Claim or counter-claim (including compulsory or permissive under law) of a party must be made in the Arbitration, and the failure to bring such Claim or counterclaim shall constitute a waiver of and a bar to bringing such claim or counterclaim in an later Arbitration or action in court.

Borrower's Initials
Co-Borrower's Initials

TX Rev. 11/05/2010

D. Fees and Costs: The fees and costs imposed by the Arbitration Administrator associated with the Arbitration, including the Arbitrator's fees, shall be paid in accordance with the Arbitration Rules and this Arbitration Agreement. Borrower may request that the Arbitration Administrator reduce or waive Borrower's fees, or that Lender voluntarily pay an additional share of the fees and costs (however, such request does not obligate Lender to do so), based upon Borrower's financial circumstances or the nature of Borrower's Claim.

E. Class Action Waiver: Borrower waives the right to participate as a representative or member in a class action or otherwise join Borrower's Claims with those of any other person.

F. Joinder of Arbitrations: Except as provided expressly in Paragraph A. of this Arbitration Agreement with respect to the Arbitration of Borrower's individual Related Claims, Borrower and Lender agree to give up any right to consolidate or join any individual Arbitration with the Arbitration of others.

G. Exceptions: Notwithstanding any other provision of this Arbitration Agreement, Borrower agrees that Lender may use judicial process (filing a lawsuit) to: (a) enforce the security interest granted in this Note or any related mortgage or deed of trust, and (b) seek preliminary relief, such as a restraining order or injunctive relief, in order to preserve the existence, location, condition, or productive use of the Manufactured Home or other Collateral. Borrower and Lender also agree that this Arbitration Agreement does not apply to any Claim where the amount in controversy is less than the jurisdictional limit of the small claims court in the jurisdiction where Borrower resides, *provided, however*, that the Parties agree that any such small claims Claim may only be brought on an individual basis and not as a class action. Bringing a court proceeding described in this Paragraph G., however, shall not be a waiver of Lender's or Borrower's right to compel Arbitration of any other Claim that is covered by this Arbitration Agreement, including Borrower's counterclaim(s) in a suit brought by Lender. Borrower and Lender give up the right to serve as a private attorney general in any jurisdiction in which such procedure might be permitted.

H. Severability: If it is determined that any paragraph or provision in this Arbitration Agreement (other than the Class Action Waiver in Paragraph E., the agreement with respect to joinder of Arbitrations in Paragraph F., or the agreement of Borrower and Lender not to arbitrate class actions generally) is illegal, invalid, or unenforceable, such illegality, invalidity or unenforceability shall not affect the other paragraphs and provisions of this Arbitration Agreement and the remainder of this Arbitration Agreement shall continue in full force and effect as if the severed paragraph or provision had not been included. Notwithstanding this severability provision or any other provision of this Note or Arbitration Agreement, if a court of competent jurisdiction finally determines the Class Action Waiver in Paragraph E., the agreement with respect to joinder of Arbitrations in Paragraph F., or the agreement of Borrower and Lender not to arbitrate class actions generally, to be illegal, invalid, or unenforceable, then the Parties agree that such waiver shall not be severed and that this Arbitration Agreement shall be void in its entirety without effect on the remainder of this Note.

I. Survival of Arbitration Agreement: This Arbitration Agreement will survive and continue in full force and effect notwithstanding rescission, cancellation, termination, amendment, payment in full, discharge in bankruptcy, or other expiration or conclusion of this Note or any other contract or transaction between the Parties, unless otherwise agreed to in writing by the Parties. In addition, Borrower understands and acknowledges that the rights afforded to Lender under this Arbitration Agreement survive any assignment of this Note by Lender and that Lender can enforce this Arbitration Agreement in the event a Claim arises after the assignment of this Note.

J. Rules of Construction: If there is a disagreement on the interpretation of this Arbitration Agreement, this Arbitration Agreement shall be construed to require Arbitration, rather than to defeat it, except for class actions, which the Parties agree not to arbitrate. Borrower and Lender waive the rule of construction that requires a tribunal to construe a vague or ambiguous provision against the drafting party.

**K. Jury Waiver: Borrower and Lender hereby expressly and irrevocably waive any right to a trial by judge or jury of any Claims covered by this Arbitration Agreement. This waiver will remain enforceable even if any portion of this Arbitration Agreement is otherwise found to be unenforceable. The Parties agree that this waiver is made knowingly, willingly, and voluntarily.**

**L. NOTICE: BORROWER UNDERSTANDS THAT THIS ARBITRATION AGREEMENT IS AN IMPORTANT AGREEMENT AND THAT THE TERMS OF THIS ARBITRATION AGREEMENT AFFECT BORROWER'S LEGAL RIGHTS. BY SIGNING THIS NOTE, BORROWER ACKNOWLEDGES THAT BORROWER HAS READ, UNDERSTANDS AND AGREES TO BE BOUND BY THIS ARBITRATION AGREEMENT. IF BORROWER DOES NOT UNDERSTAND ANY OF THE TERMS OR PROVISIONS OF THIS ARBITRATION AGREEMENT, INCLUDING ADVANTAGES OR DISADVANTAGES OF ARBITRATION, THEN BORROWER SHOULD SEEK INDEPENDENT LEGAL ADVICE BEFORE SIGNING THIS NOTE.**

Borrower's Initials
Co-Borrower's Initials

TX Rev. 11/05/2010

**NOTICE**

ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR (BORROWER) COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR (BORROWER) SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR (BORROWER) HEREUNDER.

## NOTICE TO THE CONSUMER

DO NOT SIGN THIS DOCUMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. YOU ARE ENTITLED TO A COPY OF THE DOCUMENT YOU SIGN. UNDER THE LAW YOU HAVE THE RIGHT TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE AND UNDER CERTAIN CIRCUMSTANCES OBTAIN A SUBSTANTIAL REFUND OF THE CREDIT CHARGE. KEEP THIS DOCUMENT TO PROTECT YOUR LEGAL RIGHTS.

TO CONTACT 21ST MORTGAGE CORPORATION ABOUT THIS ACCOUNT CALL (865) 523-2120 OR (800) 955-0021. THIS CONTRACT IS SUBJECT IN WHOLE OR IN PART TO TEXAS LAW WHICH IS ENFORCED BY THE OFFICE OF THE CONSUMER CREDIT COMMISSIONER, WHICH MAY BE CONTACTED AT 2601 N. LAMAR BOULEVARD, AUSTIN, TEXAS 78705-4207; (800) 538-1579; (512) 936-7600; CONSUMER.COMPLAINTS@OCCC.STATE.TX.US; OR, WWW.OCCC.STATE.TX.US, AND CAN BE CONTACTED RELATIVE TO ANY INQUIRIES OR COMPLAINTS.

SIGNATURE OF BORROWER(S): "Borrower" refers to all persons who sign this Note as "Borrower" and "Co-Borrower", jointly and severally. Borrower's signature(s) below indicates the following: 1) Borrower has fully and completely read all of this Note; 2) Borrower has consulted independent legal counsel to clarify any matters, if Borrower deemed such was necessary; 3) Borrower has no questions regarding any matters contained in this Note and understands all terms, conditions and obligations set forth in this Note; and, 4) Borrower agrees to fully satisfy and abide by all terms, conditions and obligations set forth in this Note.

_____     1-31-13
CECILIA M GARCIA-HENRIC   (Borrower)     Date

_____     1-31-13
ANTHONY H DEVORE   (Co-Borrower)     Date

SIGNATURE OF GUARANTOR(S): The undersigned, jointly and severally, agree(s) to pay all amounts due on this Note until all amounts due on this Note are paid in full. The undersigned also agree(s) to all the terms and conditions of this Note.

_____     _____
(Co-Signer)     Date

_____     _____
(Co-Signer)     Date

NOT VALID UNLESS ACCEPTED BY LENDER:   _Megau Gones_____
21ST MORTGAGE CORPORATION

By: _Megan Jones LP 2-18-13_
Printed Name     Title     Date

Initialing below is not necessary. Borrower(s) should sign above.

Borrower's Initials _CM_
Co-Borrower's Initials _AD_

Page 10 of 10

TX Rev. 11/05/2010

# STATEMENT OF OWNERSHIP AND LOCATION



On January 1st of each year, a tax lien comes into existence on a manufactured home in favor of each taxing unit in the jurisdiction where the home is actually located on January 1st. In order to be enforced, any such lien must be recorded with the Texas Department of Housing and Community Affairs, Manufactured Housing Division as provided by law. You may check our records through our website or contact us to learn of any recorded tax liens. To find out about the amount of any unpaid tax liabilities, contact the tax office for the county where the home was actually located on January 1st of that year.

Certified Copy of Original Statement of Ownership and Location

**Date Issued: 04/18/2013**

Certificate Number: MH00480154

| Manufacturer | Label/Seal No. | Serial No. | Weight | Size |
|---|---|---|---|---|
| MHDMAN00000329 PALM HARBOR HOMES 1 LP 3700 DRYHOLE DR KYLE, TX 78640 | PFS0712606 PFS0712607 | PH228765A PH228765B | 18,200 21,300 | 14.0 × 76.0 14.0 × 76.0 |

| Model | Date of Manufacture | Effective Date of Transfer | County Where Installed | Wind Zone | Total Sq Feet |
|---|---|---|---|---|---|
| WINDSOR | 05/01/2001 | 1/31/2013 | COLLIN | I | 2077 |

The Owner(s) have elected to declare the manufactured home as:

**PERSONAL PROPERTY**

**Owner of Record**

CECILIA HENRIC
ANTHONY DEVORE
12754 COUNTY ROAD 580
BLUE RIDGE, TX 75424-2722

**Seller or Transferor**

HUNT COUNTY INVESTMENTS LLC
120 WANDA
GREENVILLE, TX 75402

**Physical Address**

12754 COUNTY ROAD 580
BLUE RIDGE, TX 75424-2722

Right of Survivorship: Yes

**Lien(s):** *The following liens, charges, or other encumbrances are reflected as having been created affecting the manufactured home.*

1/31/2013
21ST MORTGAGE CORP
620 MARKET ST
KNOXVILLE, TN 37902

| Signature for Lien Release | Title | Date | | Signature for Lien Release | Title | Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| Notary Signature | | Date | | Notary Signature | | Date |

*Joe A. Garcia*
**Executive Director**

Lien Holder Copy

Label Matrix for local noticing
1086-7
Case 25-80631
Eastern District of Oklahoma
Muskogee
Tue Nov 11 12:18:50 CST 2025

AT&T
15901 E Skelly Dr
Tulsa, OK 74116-2809

Aaron Mcleroy
717 E Rock Creek Rd
Tuttle, OK 73089-2403

Alan Andrews
12465 Native Hill Drive, Midwest City, O
Pine Hill, NY 12465

Almika Renewable Finance
4202 Directors Row Ste 110
Houston, TX 77092-8749

Almika-Phillip Johnston, Brenda Kelly
4202 Directors Row Ste 110
Houston, TX 77092-8749

Amanda and Alexander Taylor
5600 Nw 59th St
Warr Acres, OK 73122-7331

American Viewpoint, Inc.
1199 N Fairfax St Ste 808
Alexandria, VA 22314-1442

Amy Beach
1177 N 4237 Rd
Hugo, OK 74743-5723

Andre Zamudio
1918 Case Ave # San
San Angelo, TX 76904-7808

Andrea Hughes
11786 E Oak St
Claremore, OK 74019-5651

Andrea Polson
1574 County Road 1250
Tuttle, OK 73089-3500

Andrew Merrill
9900 Jack Rabbit Rd
Yukon, OK 73099-8938

Andrew Robison
2660 Oklahoma 76, Wilson, OK 73463, USA
Wilson, OK 73463

Anthony Rastetter
1018 Butterfly Ln # San
San Angelo, TX 76905-7459

Antonio Ferreira
4401 NW Meadow Brook Dr, Lawton, OK 7350
Lawton, OK 73505-4957

Armando Perez
10441 Nw 25th St
Yukon, OK 73099-5114

Arnold Allen
115 Durango St
Ardmore, OK 73401-6566

Ashley Bray
980375 S Shadowwood Dr, Wellston, OK 748
Wellston, OK 74881-7021

Austin Beeler
1207 Westchester Dr
Oklahoma City, OK 73114-1214

Austin Proctor
6116 Nw 63rd St
Oklahoma City, OK 73132-7526

Autumn Nicholas
1505 Red Bud Ln
Mcalester, OK 74501-7081

B&H Construction
301 James Dean Dr
Washington, OK 73093

BBB Industries
55 Waugh Dr Ste 200
Houston, TX 77007-5838

Barbara Smith-Johnson
300 Edna Ln
Mcloud, OK 74851-8252

Barney Barnett
2330 Laughlin Dr
Dallas, TX 75228-6841

Barun Corp
905 Chesterfield Dr
Ambler, PA 19002-2116

Beka Galloway
1304 W D Ave
Elk City, OK 73644-3236

Ben Stevens
785 Midway Dr
Springtown, TX 76082-5634

Betson Mathew
15825 Wyoming Dr
Frisco, TX 75035-6699

Betty Cole
306 S 2nd St
Broken Arrow, OK 74012-4158

Beverly Stillwell
3350 N Indian Meridian
Choctaw, OK 73020-8059

Bill Hanson
1001 N Forrest St
Altus, OK 73521-2728

Bill Pope
19 Lake Cherokee Drive, Longview, TX 756
Longview, TX 75603

Billy Irwin
3820 S 45th St E
Muskogee, OK 74403-5340

Blake Sonne
3100 S Berry Rd
Norman, OK 73072-7479

Bobby Beck
230 N 7th St
Mountain View, OK 73062-4507

Bobby Szenasi
18287 Purser Rd
Madill, OK 73446-8483

Bonnie Ertel Corbett
292 Kemp Rd
Hendrix, OK 74741-1219

Brad Hedges
7923 E Southgate Rd
Enid, OK 73701-8658

Bradford Hammack
3874 County Road 416
Seymour, TX 76380-8419

Bradley Glass
9138 E Latimer Pl
Tulsa, OK 74115-5927

Bradley Shafer
506 Quail Run
Azle, TX 76020-6404

Brandon Well
3177 Rock House Rd
Bennington, OK 74723-2308

Bret Willard
9598 S Willard Rd
Milburn, OK 73450-9636

Brian Davis
1802 La Mesa Ln # San
San Angelo, TX 76905-8158

Brian Hunt
1946 Wilson Rd
Waxahachie, TX 75165-8406

Brian Roth
4900 Whisper Wind Dr
Wichita Falls, TX 76310-3094

Brian Wiseman
2008 Charleston Dr
Bartlesville, OK 74006-6951

Britton Blair
4821 Emerald Dr
Nacogdoches, TX 75965-1507

Ron D Brown
Ron Brown
1609 E. 4th St.
Tulsa, OK 74120-3423

Bryan Cantrell
702 W West Oak Dr
Willow Park, TX 76008-2633

Bryan Reiss
3420 Armstrong Academy Rd
Bennington, OK 74723-1925

CBFL Rentals LLC
Po Box 648
Mayfield, KY 42066-0033

Caleb Vignelau
1079 Storie Rd
Jefferson, TX 75657-7547

Calen Meinert
920 U.S. Rt. 66, Sayre, OK 73662, USA
Sayre, OK 73662

Candace Brooke Ring
309 S Saint Paul Ave
Oklahoma City, OK 73130-4507

Carl Osborne
403 E Ballentine Rd
Tahlequah, OK 74464-5466

Carol Wellbaum
1626 Forest Creek Dr
Cedar Hill, TX 75104-5716

Casey Cooper
509 Wildflower Dr
Fletcher, OK 73541-9470

Cathy Osborn
209 Willowbend Dr
Port Lavaca, TX 77979-2267

Chad Dean
1125 Ariana St
Shawnee, OK 74804-2374

Chad Thompson
3383 N 4435
Salina, OK 74365-3105

Chaig Bice
3239 An County Road 163
Palestine, TX 75801-6372

Charles  Wash
3537 W Fox Ln
Newcastle, OK 73065-6020

Charles & Jamie Robinson
2306 Northridge Dr
Duncan, OK 73533-3322

Charles Cho
6104 Martinique St
Plano, TX 75024-3167

Charles Churchill
2102 Canary Ave
Duncan, OK 73533-1302

Charles Kacmarcik
5607 S Detroit Pl
Tulsa, OK 74105-7711

Chris Blount
Tuskahoma, OK 74536, USA
Clayton, OK 74536

Chris Key
5032 Lindale Dr
Wichita Falls, TX 76310-2545

Chris Payson
1345 US-380, Jacksboro, TX 76458, USA
Jacksboro, TX 76458

Chris Seale
33368 County Road, 3270 Davis, OK 73030,
Davis, OK 73030

Chris W. Blankenship
801 W Main St
Durant, OK 74701-5068

Christina Brons
12747 State Highway 110 N
Tyler, TX 75704-2844

Christopher Dawson
222 Lake Ridge Rd
Kerrville, TX 78028-1732

Chuck Tooke
7306 Bringle Rdg
Texarkana, TX 75503-5466

Cleaner, Greener Future LLC
12240 W 135th St
Overland Park, KS 66221-9391

Cliff Beckner
16900 Fm 920
Poolville, TX 76487-3404

Clifford Romine
15187 Marigold Rd
Marietta, OK 73448-7568

Cody Maynard
1369 Sawmill Rd
Durant, OK 74701-1008

Colleen Umathum
100 Deerchase Ct
Azle, TX 76020-1471

Colleen Vargas
202 Indiana Rd
Harrah, OK 73045-6623

Columbia Insurance
c/o Brown & Joseph, LLC
1 Pierce Pl Ste 700w
Itasca, IL 60143-2606

Connie Lewis
6722 Bighorn Rdg
Arlington, TX 76002-3528

Consolidated Electrical Distributors, Inc.
912 113th St Ste 1010
Arlington, TX 76011-5407

Constance Etemadi
3408 Ingram Rd
Sachse, TX 75048-3181

Corey Bickmore
3905 Lazy Maple Dr
Plano, TX 75074-1623

Credit Collection Services
Two Wells Avenue Dept 9133
Newton Center, MA 02459-3225

Dale & Amy Tilley
14670 S Beaver Rd
Kenefic, OK 74748-8044

Dan Margerum
11415 E 27th St
Tulsa, OK 74129-8001

Daniel Garcia
1908 Devonshire Ct
Arlington, TX 76015-1210

Daniel Summers
7266 Prairie Ridge Ln
Crescent, OK 73028-9382

Darl Waterhouse
1739 Gateway Rd
Ardmore, OK 73401-7696

David Aguilar
3398 TX-315, Carthage, TX 75633, USA
Carthage, TX 75633

David Bergman
25566 Rockwell Ave
Blanchard, OK 73010-3451

David Bowman
209 N 90th St
Enid, OK 73701-5149

David Cobb
190 Cedar Ln
Burkeville, TX 75932-2202

David Covington
103 Moran Rd
Mcloud, OK 74851-7601

David Medlock
27234 N County Road 3180
Elmore City, OK 73433-9393

David Rocha
4632 N 7th St
Abilene, TX 79603-6508

David Smith
216 Aster St
Lone Grove, OK 73443-6006

Dean West
25552 E 131st St S
Coweta, OK 74429-6094

Deborah Carlston
7709 Brown Bark Road
Odessa, TX 79765-2625

Deborah Innman
4822 S 188th E Ave, Tulsa, OK 74134, USA
Tulsa, OK 74134

Debra Howard
1128 S Runnels St
De Kalb, TX 75559-2302

Demetrius Marks
2501 Se 90th St
Lawton, OK 73501-9422

Denise Keller
1116 Bank Side Cir
Edmond, OK 73012-6444

Desmond Sheridan
419 Dickson Cir
Sherman, TX 75090-5145

Anthony Wayne Headrick Devore
739 Pleasant Hill Rd
Caddo, OK 74729-3800

Dilia Ramos
1907 69th St
Lubbock, TX 79412-4025

Ditty Varghese
804 Preston Park Dr
Yukon, OK 73099-2142

Don Kincer
2403 S County Road 1060
Midland, TX 79706-5600

Donald Moore
124 Owen Cir
Weatherford, TX 76087-1530

Donovan Clark
401a Country Rdg
Rockwall, TX 75087-7410

Douglas Wilson
8464 Pleasant Hill Cir
Tyler, TX 75707-6326

Dramone Stover
1901 Pavia Ct
Arlington, TX 76006-6519

Dubbie Day
1452 Applewood Dr
Keller, TX 76248-8248

Dwight Ferguson
13534 Clifton Rd
Marietta, OK 73448-2077

Eboneigh Harris
1718 Mcgregor Ave
Wichita Falls, TX 76301-5629

Eden Underwood- Benard  
1608 Mark Wood St  
Oklahoma City, OK 73130-8424

Edward Allen  
107 9th St, Stonewall, OK 74871, USA  
Stonewall, OK 74871

Edward Cheek  
2521 Shell Ave  
Midland, TX 79705-8421

Edwin Davidson  
606 Plainview  
Waukomis, OK 73773-9503

Eldon Loomis  
24263 Dripping Springs Dr  
Sapulpa, OK 74066-7583

Elizabeth Sullivan  
21014 W 35th St N  
Haskell, OK 74436-2533

Erol Iscimenler  
5004 Kimberly Rd  
Durant, OK 74701-2090

Evan Spencer  
3555 E 426 Rd  
Oologah, OK 74053-4192

Fabian Hubbard  
4659 County Road 2105  
Hooks, TX 75561-7571

Fast Collection Services  
Attn: Bankruptcy  
8202 Kingston Pike  
Knoxville, TN 37919-5447

Felix Tan  
4517 Seney Dr  
Rockwall, TX 75087-6571

First United Bank  
1400 W Main St  
Durant, OK 74701-4906

First United Bank & Trust Company  
1400 W Main St  
Durant, OK 74701-4906

First United Bank and Trust Co.  
John W. Mee III  
MEE HAWKINS GREENHAW & COTNER PLLP  
5025 Gaillardia Pl, Suite D  
Oklahoma City, OK 73142-1871

Gary Crews  
2254 N City Ln, Wapanucka, OK 73461, USA  
Wapanucka, OK 73461

Gary Hughes  
5055 Hicks Hl  
Davis, OK 73030-9678

Gary Karlson  
6130 Quail Ln  
Enid, OK 73703-9300

Gary Spivey  
4 Nw Eagle Mountain Rd  
Lawton, OK 73507-8926

Gary Tipton  
3016 103rd St  
Lubbock, TX 79423-6050

Gary Whiteman  
7900 N Anderson Rd  
Jones, OK 73049-7100

Gene's Tire Service  
46 E Main St  
Durant, OK 74701-5943

George Bell  
3937 Holly Springs Ln  
Kaufman, TX 75142-3243

Gerald Thiel  
1113 Springfield Ct  
Durant, OK 74701-7836

Gerardo Resendiz  
2824 Cameron Way  
Mesquite, TX 75181-4427

Gerrid Warner  
7307 76th St  
Lubbock, TX 79424-5200

Gilbert Jaramillo  
245 Wolff Dr  
Sherman, TX 75092-6357

Gordon Robinson  
8721 S Gary Ave  
Tulsa, OK 74137-2542

Gregory Edwards  
3009 N Glenoaks Dr  
Oklahoma City, OK 73110-1601

Gregory May  
2410 Brandyshire Dr  
Katy, TX 77494-1731

Hans Schuller  
316 County Road 2466  
Mineola, TX 75773-6973

Hayden & Lacey Seay
3530 Nw 18th St
Newcastle, OK 73065-5987

Herbert and Melanie Knabe
8807 9th St
Lubbock, TX 79416-1915

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

Iraida Hernandez
1828 E Main St
Moore, OK 73160-8102

Jack Rodosta
146 Wrigley Dr
Springtown, TX 76082-1135

Jack Stout
3000 E 93rd St S
Muskogee, OK 74403-6565

Jacob Gonser
1600 Shirlee Ave
Ponca City, OK 74604-1425

Jacob Koorevaar
429419 E 1931 Rd
Rattan, OK 74562-6346

James Dodson
1601 W Acheson St
Denison, TX 75020-5306

James King
13928 S 95th E Ave, Bixby, OK 74008, USA
Bixby, OK 74008

James Olsson
706 Oak Creek Dr
Yukon, OK 73099-1645

James Reed
407 Churchill Ln
Pottsboro, TX 75076-3155

James Talley
21174 County Road 1390
Anadarko, OK 73005-2090

James Wardlow
600 N Burns St
Holdenville, OK 74848-5631

James Williams
702 Bayless
Wister, OK 74966-9031

Jamie McCracken
107 Bass Bay Cir
Mannford, OK 74044-3019

Jan Halamek
6001 114th St
Lubbock, TX 79424-6058

Jared  Cunningham-Dubois
304 Lynnwood, Fletcher, OK 73541, USA
Fletcher, OK 73541

Jason Marshell
121 Worley Creek Ln
Tuttle, OK 73089-8434

Jason Mccart
Po Box 7
Tecumseh, OK 74873-0007

Jason Whiteaker
501 E County Road 120
Midland, TX 79706-4014

Jason Wilson
11565 Carefree Ln
Shawnee, OK 74804-7003

Jeff Caldwell
4045 Bucks of Gains Creek Rd
Mcalester, OK 74501-8226

Jeff Dewitt
774 Magnolia Ln
Tuttle, OK 73089-9122

Jeff Kyle
102998 S 4460 Rd
Gore, OK 74435-5310

Jeff Stoeklen
2162 E 2070 Rd
Hugo, OK 74743-9709

Jeff Webb
1717 Nabors Ln
Odessa, TX 79761-1544

Jeff Williams
5816 Luella Rd
Sherman, TX 75090-5216

Jeffrey Burns
123 N 9th St
Blackwell, OK 74631-1805

Jennifer Jennings
1309 E Reno St
Broken Arrow, OK 74012-9304

Jenson Leu
17337 Clove Hill Pl
Edmond, OK 73012-9705

Jeromey Lightfoot
8938 TX-78, Ravenna, TX 75476, USA
Ravenna, TX 75476

Jerry Arthur
340 E Potter Rd
Calera, OK 74730-4851

Jerry Eldridge
892 Harshbarger Rd
Sadler, TX 76264-3941

Jerry Hopp
8512 Chantel Dr
Choctaw, OK 73020-2079

Jerry Howard
1128 S Runnels St
De Kalb, TX 75559-2302

Jerry Jones
106 Jones St
Pocola, OK 74902-3603

Jerry Lewis
1802 Fisherman Ln
Durant, OK 74701-1603

Jerry Powers
197 Mesa Rim
Tuscola, TX 79562-3838

Jerry Russell
16557 Lake Estate, Shawnee, OK 74801, US
Shawnee, OK 74801-4022

Jhante Penigar
2039 Karsen Ln
Heartland, TX 75126-3408

Jim Garner
8521 OK-199, Ardmore, OK 73401, USA
Ardmore, OK 73401

Jim Wade
7860 Ferguson Rd
Beggs, OK 74421-2513

Jimmy Ogden
216 Hamil Rd
Haworth, OK 74740-5267

Jimmy Watson
218 E Ohio Ave
Enid, OK 73701-7414

Joanna Fletcher
636 Smith Oak Rd
Sherman, TX 75090-3236

Joe Decker
7013 Hollow Oak Dr # 7d
Kingston, OK 73439-5107

Joe Tumblson
1392 County Road 1570
Rush Springs, OK 73082-3052

Johann Sproule
16910 County Road 2060
Lubbock, TX 79423-1790

John McClure
598 Sikes St
Graford, TX 76449-3516

John Nelson
212 N Old Highway 81
Ninnekah, OK 73067-4201

John Sileo
4305 City View Dr
Wichita Falls, TX 76305-5410

John Smith
350269 E 1070 Rd
Prague, OK 74864-3626

John Towels
355728 Oak Springs Dr
Prague, OK 74864-3607

John Upshaw
7125 Sw 120th St
Oklahoma City, OK 73173-8886

Johnathan Gordan
416 Meadow Ln
Bonham, TX 75418-2709

Johnny Hall
3142 Stockton Rd
Burneyville, OK 73430-7588

Jonathan Moore
4520 Southcreek Rd
Moore, OK 73165-7358

Jonita Mckenzie
35429 Midway Rd
Poteau, OK 74953-7473

Jordan Brown
111 Spruce Dr
Woodward, OK 73801-5931

Jordan Coronado
109 S Pybas
Washington, OK 73093

Jordan Shannon
1401 E 12th St
Chouteau, OK 74337-3782

Jose Berrios
4213 FM992, De Kalb, TX 75559, USA
De Kalb, TX 75559

Joshua Adkisson
9910 E Franklin Rd
Norman, OK 73026-6905

Joshua Farthing
5611 Versailles Ct
Colleyville, TX 76034-5578

Joshua Howell
6889 Bois D'Arc Rd, Marietta, OK 73448,
Marietta, OK 73448-2148

Josue Pena
3145 Helix Bay Dr
Crandall, TX 75114-5198

Juan Lara
13425 Chaparral Rd
Norman, OK 73026-8735

Julia Tuck
164 County Road 2008
New Boston, TX 75570-6759

Julian Cavazos
4549 Mile 16 N, Mercedes, TX 78570, USA
Mercedes, TX 78570

Justin Heater
2529 Chuckwa Dr
Durant, OK 74701-5526

Justin Pappan
3109 Aerie Dr
Edmond, OK 73013-7477

Justin Swinney
5000 Park Ave
Sherman, TX 75092-4719

Justin Turner
634 E Main St
Denison, TX 75021-2826

Juventino Reyes
7301 S Cimarron Rd
Mustang, OK 73064-9362

Karen Butcher
10803 Belmont Pl
Greenville, TX 75402-3503

Katherine Lehman
3710 S Braden Pl
Tulsa, OK 74135-5510

Kathryn Box
1504 Jc Lp, Valliant, OK 74764, USA
Valliant, OK 74764-5687

Kathy Crow
303 3rd Ave Nw
Miami, OK 74354-5701

Kathy Dick
23594 E 132nd St S
Coweta, OK 74429-6169

Keith Allen
108 Ellicott Dr
Roanoke, TX 76262-7233

Keith Jones
18150 311 Rd
Norman, OK 73026-9531

Keith Rhodes
14100 N Sunset Valley Rd
Hulbert, OK 74441-2009

Ken Rainbold
323 W Main St
Durant, OK 74701-5024

Kenneth Burnham
2502 Larkspur Ln
Enid, OK 73703-6526

Kenneth Preston
191 County Road 1301
Bridgeport, TX 76426-6229

Kenneth Schupbach
137 Timberline Dr
Port Lavaca, TX 77979-4951

Kevin Allen
Co Rd 3210, Wills Point, Texas 75169, US
Wills Point, TX 75169

Kevin Call
3117 Turkey Creek Ln Ne
Piedmont, OK 73078-9103

Kevin Elger
1203 Burgandy Dr
Midland, TX 79705-4485

Kim Upton
1555 Enloe Rd
Howe, TX 75459-4700

Kimani Jackson
7708 Nw Chesley Dr
Lawton, OK 73505-4154

Mary Kindelt
DOJ-Ust
P.O. Box 3044
Tulsa, OK 74101-3044

Kinnelia Ocskai
11109 Sw Pecan Rd
Lawton, OK 73505-7566

Kirk Morgan
3251 Lake Dr
San Angelo, TX 76903-2341

Kristen Amon
6020 Harwich Manor St
Oklahoma City, OK 73132-4739

Kristen Rorabaugh
510 N Bagwell St
Poteau, OK 74953-3412

Kurt Mohr
106 Vance Ct
Fate, TX 75087-5801

Kyle Powers
7518 Lamount Dr
Amarillo, TX 79110-4604

Ladonna Culp
10565 S Brushy Rd
Milburn, OK 73450-8201

Lance Minchew
55 County Road 1255
Whitesboro, TX 76273-5937

Larry Vincent
32161 S 4531 Rd
Afton, OK 74331

Laura Higdon
2220 Marley Ln, Red Oak, OK 74563, USA
Red Oak, OK 74563

Lea Ann  Hanseth
10834 E 115th Pl S
Bixby, OK 74008-2872

Leon Bates
189 Old Perrin Rd
Sherman, TX 75092-6812

Leon Potter
3202 Lookout Dr
Enid, OK 73701-7743

Linda Mclemore
416533 E 1960 Rd
Antlers, OK 74523-1409

Linda Minion
1158 S Franklin St
Colbert, OK 74733-2008

Lindsay Oberdick
2728 W Pensacola St
Broken Arrow, OK 74011-6108

Lisa K Hubbell
11532 San Sebastian Dr
Oklahoma City, OK 73173-5920

Kelley G Loud, Trustee
15 East 5th Street
Ste 3700
Tulsa, OK 74103-4304

Lovis Moomey-bruce
15801 Pecan Valley Rd
Newalla, OK 74857-1212

Lowell Vest
302 S Branch St
Bells, TX 75414-2479

Luis Robles
12104 Nw 137th St
Piedmont, OK 73078-8137

Luke Williams
3604 Walking Sky Rd
Edmond, OK 73013-6880

Lynette Seale
112 Karla Dr
Whitehouse, TX 75791-3902

Marcelino Pastrana
1906 Pine Valley St
San Angelo, TX 76904-1712

Maria Solis
1260 Wallis Rd
Aledo, TX 76008-3886

Marian Turner
125 W Bond St
Coyle, OK 73027

Marina Strok
1006 Community Way
Royse City, TX 75189-3809

Mario Trejo
737 Willowbrook # New
New Braunfels, TX 78130-5079

Mark Bills
217 Beach Blvd
Laguna Vista, TX 78578-2633

Mark Elmasri
730 Mobley Rd
Cedar Hill, TX 75104-1515

Mark Webster
6321 Sw Deyo Mission Rd
Lawton, OK 73505-8802

Martin Crosson
415 Brockett St
Collinsville, TX 76233-9770

Mary Bracamontes
1206 Nw 31st St
Lawton, OK 73505-5105

Mary Kachler
1334 Woodford Rd
Ardmore, OK 73401-1193

Matthew Robinson
1056 Nw 6th St
Moore, OK 73160-2141

Matthew Rogers
1513 Sunset St
Merkel, TX 79536-6011

John W. Mee III
Mee Hawkins Greenhaw & Cotner PLLP
5025 Gaillardia Corporate Pl
Ste D
Oklahoma City, OK 73142-1892

Michael Gearhart and Tamara Gearhart
1314 County Rd 1440
Ninnekah, OK 73067

Michael Kidd
902 S Carhart St
Clarendon, TX 79226

Michael Mansur
110 Bush Creek Dr
Shawnee, OK 74801-3954

Michael Plemmons
142 Old Airport Rd
Denison, TX 75021-7576

Michael Russell
4310 Hunters Hill Rd
Norman, OK 73072-3924

Michael Smith
3510 Rancho Ln
Ardmore, OK 73401

Michelle Huffman
712 Park Pl
Whitesboro, TX 76273-1100

Michelle Nesbitt
628 Hat Powell Rd
Caddo, OK 74729-3830

Miguel Adame
1714 E Pecan St
Sherman, TX 75090-6351

Mike Bergman Training
11420 S 129th E Ave, Broken Arrow, OK 74
Broken Arrow, OK 74011

Mike Davis
9226 Landers Rd # San
San Angelo, TX 76905-8800

Mike Rogers
8900 Rolling Meadows Dr
Guthrie, OK 73044-8644

Mindy Seubold
107934 S 4750 Rd
Muldrow, OK 74948-7308

Minnie Barnes
22974 S 337th W Ave, Bristow, OK 74010,
Bristow, OK 74010

Mohela/navient
633 Spirit Drive
Chesterfield, MO 63005-1243

Moises Avalos
716 N Roosevelt St
Guymon, OK 73942-3820

Monte Cook
610 Co Rd 4813, Ben Wheeler, TX 75754, U
Ben Wheeler, TX 75754

Muhammad Khan
72 Brighton Park Drive
St. Charles, MO 63303-3052

Muhammed Khan
2903 W State Highway 84
Bragg City, MO 63827-9673

Mulberry Hotel
221 W Main St
Tishomingo, OK 73460-1726

L. Todd Nalagan
L. Todd Nalagan, Attorney at Law
3750 W Main St
Ste Aa
Norman, OK 73072-4645

Naomi Crockett
114 Trail Creek Dr
Abilene, TX 79602-7546

Naomi Kingara
109 Maindale Dr
Yukon, OK 73099-6673

Nathan Laughlin
1104 Nw 190th Pl
Edmond, OK 73012-2171

Nathaniel Gray
111 N Emerson St
San Angelo, TX 76903-5666

Nicholas Walls
17090 County Road 3539
Ada, OK 74820-3766

Noel Young
862 Smith Oak Rd
Sherman, TX 75090-3238

Office of the United States Trustee
Office of the AUST, Karen Walsh
PO Box 3044
Tulsa, OK 74101-3044

Oklahoma Employment Security Commission
Robert C. Newark, III, Attorney
P.O. Box 53039
Oklahoma City, OK 73152-3039

Oluwakoseunti Odubela
2517 E Northhampton St
Broken Arrow, OK 74014-3573

On the Spot Roll-Offs
12050 US-70
Madill, OK 73446

Pati Hoffmann
6958 S Oswego Ave
Tulsa, OK 74136-2847

Paul Mehagan
12318 E 27th Pl
Tulsa, OK 74129-8230

Paul Stephens
54119 Hazel Dell Rd
Prague, OK 74864-5721

Peggy Allen
1422 Reynolds Ln
Sherman, TX 75092-6828

Peggy Worley
309 North St, Ringling, OK 73456, USA
Ringling, OK 73456

Peter Martinez
7855 Fm 513 S
Lone Oak, TX 75453-5125

Phillip Johnston
29308 S 4170 Rd
Inola, OK 74036-5095

Phillip Studebaker
1603 Eisenhower Rd
Norman, OK 73069-8505

Progressive Northern Insurance
300 N Commons Blvd
Cleveland, OH 44143-1589

Quentin Spencer
16705 County Road 1940
Lubbock, TX 79424-1835

Queta Tompkins
104 Private Road 8715
Ben Wheeler, TX 75754-6336

Ralph Nigro
2200 Brighton Ave # the
Oklahoma City, OK 73120-4814

Ralph Passow
24445 County Road 120
Perry, OK 73077-8437

Randall Weaver
624 County Road 260
Gainesville, TX 76240-6361

Raymond Casey
2516 45th St
Lubbock, TX 79413-3630

Raymond Smith
2043 E US-70, Broken Bow, OK 74728, USA
Broken Bow, OK 74728

Rex Pellerin
3701 Rolling Lane Cir
Oklahoma City, OK 73110-1221

Ric Gray
6700 Starnes Rd
N Richlnd Hls, TX 76182-7609

Richard Eanos
809 Kinkead Rd
Mcalester, OK 74501-7719

Richard Gentry
715 Comanche Ave
Hartshorne, OK 74547-4834

Richard Guzman
500 31st St
Snyder, TX 79549-3732

Richard Lewis
62520 E 30 Rd
Quapaw, OK 74363-1812

Rick Buttles
11468 Black Jack Rd
Cumby, TX 75433-0007

Rick Pyron
2976 Dixie Rd
Sadler, TX 76264-4148

Robert Damesworth
1119 County Road 4845
Celeste, TX 75423-6238

Robert Ellis
86 Pecan Ridge Rd
Durant, OK 74701-7410

Robert Guilhoux
1229 Woodthorpe Dr
Mesquite, TX 75181-3513

Robert Minshew
Po Box 758
Sherman, TX 75091-0758

Robert Taylor
1017 Brice
Meridian, TX 76665-4517

Robert Whitmire
2204 Natchez Dr
Norman, OK 73071-2026

Roderick Thompson
8800 Mercato St
Choctaw, OK 73020-2049

Rodney Boring
3529 Clare Dr
San Angelo, TX 76904-5254

Rodney Simpson
3229 Charing Cross Rd
Midlothian, TX 76065-1281

Roger Fry
53755 Lincoln Log Dr
Talihina, OK 74571-2419

Roger Wood
314 Nw 35th St
Lawton, OK 73505-6140

Ronald Bentley
515 Maverick Dr
Lake Dallas, TX 75065-3496

Ronald Gill
10432 Nw 17th St
Oklahoma City, OK 73127-7800

Ronald Holder
3814 Eisenhower Rd
Odessa, TX 79762-6841

Ronald Stevenson
1505 S Fm 369
Burkburnett, TX 76354-2843

Ross Tolleson
3640 Fm 4
Jacksboro, TX 76458-3615

Roy Moon
12 Carnes Rd
Burkburnett, TX 76354-3306

Ryan Rutledge
115 Glenbrook, Calera, OK 74730, USA
Calera, OK 74730

Sakariah Cherian
14625 Remington Way
Oklahoma City, OK 73134-1804

Sara Loveless
12404 Bending Brk Dr, Yukon, OK 73099, U
Yukon, OK 73099

Schultz Gary
1510 Grant St
Wichita Falls, TX 76309-2224

Scott Bonnin
1809 W Elm St
Durant, OK 74701-3427

Scott Fitzwater
368 County Road 2924
Dodd City, TX 75438-3817

Scott Hampton
754 County Road 2738
Caddo Mills, TX 75135-5524

Scott Matthews
21 E 2110 Rd
Boswell, OK 74727

Sean French
5718 Churchill Ave
Dallas, TX 75227-3009

Shamra Ivery
6520 Costa Dr
Waco, TX 76712-6673

Shaun Bowman
4504 W Canyon Rd
Guthrie, OK 73044-8785

Shawn Roberts
7125 Sw 121st St
Oklahoma City, OK 73173-2312

Shrikant Kumar
8526 E 81st Pl
Tulsa, OK 74133-8001

Simukayi Nyakunika
5833 Berkley Rd # San
San Angelo, TX 76901-5017

Solar Investments Inc
1401 17th St
Denver, CO 80202-1268

Solargraf
642 De Courcelle, PH 4,
Montreal Quebec, Canada H4C 3C5, CA

Stacy Price
602 Fawn Trl
Tioga, TX 76271-2591

Stephan Fournier
2050 E 140th St S
Bixby, OK 74008-4894

Stephanie Milbourn
512 Millspaugh St
San Angelo, TX 76901-2838

Stephanie Werling
3406 S Dakota Dr
Sherman, TX 75090-9134

Stephen Jordan
13054 Cinderella Ln
Frisco, TX 75035-5194

Steve Leach
435242 E 1931 Rd
Rattan, OK 74562-6320

Steve Martin
2299 Sandy Beach Rd
Kingston, OK 73439-8433

Steven Hicks
13260 County Road 2125 N
Henderson, TX 75652-3552

Steven Tindel
5800 Diamond Oaks Dr S
Haltom City, TX 76117-2860

Stormy Munkirs
3302 Maplewood Dr
San Angelo, TX 76904-3513

Stuart Inman
4822 S 188th E Ave, Tulsa, OK 74134, USA
Tulsa, OK 74134

Sunlight Financial
101 N Tryon St Ste 900
Charlotte, NC 28246-0100

Sunset Solar & Electric Power, LLC
739 Pleasant Hill Rd
Caddo, OK 74729-3800

SuperShed LLC
Po Box 648
Mayfield, KY 42066-0033

Susan Shackelford
497 Penobscot Trl
Henrietta, TX 76365-6467

Tammy Junk
2410 S Hickory Ave
Broken Arrow, OK 74012-7643

Tarra Johnson
5525 Carver Dr
Fort Worth, TX 76107-7442

Terry Coleman
56496 S 36800 Rd
Terlton, OK 74081-3413

Tevin Dixon
368185 E 1010 Rd
Boley, OK 74829-2938

Texoma Pit Stop
1116 Radio Rd
Durant, OK 74701-2950

Texoma Solar Solutions LLC
739 Pleasant Hill Rd
Caddo, OK 74729-3800

Thaher Mahamdeh
10180 Twin Creeks Cir
Anna, TX 75409-4622

The Heart and Medical Center
2701 W University Blvd
Durant, OK 74701-2997

Theophile Guimbelleaux
2504 56th St
Lubbock, TX 79413-4914

Thomas Hensley
7074b Lovejoy Ln
Frederick, OK 73542-2436

Thunder Fraley
610 Five Lakes Dr
Sulphur, OK 73086-8704

Thurman Lynch
7901 96th Ave Ne
Norman, OK 73026-6960

Tim Attaway
1301 Red Bud Ln
Durant, OK 74701-7783

Tina Labrue
2176 Fm 369 S
Iowa Park, TX 76367-8124

Tito Pena
3142 Helix Bay Dr
Crandall, TX 75114-5197

Todd Wyatt
32278 OK-63, Whitesboro, OK 74577, USA
Whitesboro, OK 74577

Tom Blackmon
10200 E 570, Kansas, OK 74347, USA
Kansas, OK 74347

Tom Marcum
1201 Westside Dr
Durant, OK 74701-5543

Tracy Myrick
9571 Country Side Ln
Guthrie, OK 73044-1914

Tracy Wegner
302 County Road 3737
Bridgeport, TX 76426-4909

Travis Smith
5306 Roadrunner Dr
Durant, OK 74701-2449

Tressy Gray
319 E Locust St
Whitewright, TX 75491-2240

Trey Cottingham
5000 High Cliff Dr
Wichita Falls, TX 76310-1550

Tricia Cline
19600 E 610 Rd
Inola, OK 74036-5869

Tricia Hayes
12154 Post Oak Rd, Carlsbad, TX 76934, U
Carlsbad, TX 76934

Trystian Gibbs
615 Chestnut St
Bonham, TX 75418-3739

US Security and Exchange Commission
175 W. Jackson Boulevard
Chicago, IL 60604-2615

United States Attorney
Eastern District of Oklahoma
520 Denison Ave.
Muskogee OK 74401-6007

Venkata Uppaluri
337 Mohan Dr
Royse City, TX 75189-7723

Vickie Washburn
13100 E 101st St N
Owasso, OK 74055-4549

Walter Johnson
109 Claude St
Dill City, OK 73641-9531

Wanita Bookout
7820 Monk St
Amarillo, TX 79108-5705

Waylon Merket
4975 TX-208
Colorado City, TX 79512

Wendell Stanfield
721 Oak Creek Dr
Moore, OK 73160-0909

Wheeler Feed
501 S County Line Rd # 599
Geary, OK 73040

William Anderegg
241 Private Road 4740
Kempner, TX 76539-5799

William Bostick
604 New Prue Rd
Sand Springs, OK 74063-9007

William Coffelt
1200 Washington St
Ryan, OK 73565-9521

William Galvez
8148 Guadalupe Rd
Arlington, TX 76002-4203

William Martin
4020 S Yellowood Ave
Broken Arrow, OK 74011-1372

William Starr
1525 Colt Dr
Durant, OK 74701-7833

William Thomas
5801 St Andrews Ct
Colleyville, TX 76034-1267

incorporate.com
251 Little Falls Dr
Wilmington, DE 19808-1674

nathan vanhoose
323 B St Se
Miami, OK 74354-7707

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Betty Caldwell
12147 Northsouth 3520, Earlsboro, OK, US

(u)Michael Gearhart

(u)Tamara Gearhart

(u)Kathryn Lucas

(u)Misty Mcmullen
1752 Co Rd 1590, Alvord, Texas, USA

(u)Robert Evans
112 2nd Street, Ringwood, OK, USA

(u)Shed contract

(u)Tommy Evans
13408 West County Road 179, Odessa, TX,

(u)Walter Johnson
601 North Roach Street, Dill City, OK, U

End of Label Matrix
Mailable recipients    426
Bypassed recipients      9
Total                  435