| Case No.: | 25-80631 | | Trustee Name: | Kelley G. Loud |
| Case Name: | DEVORE, ANTHONY WAYNE HEADRICK | | Date Filed (f) or Converted (c): | 07/10/2025 (f) |
| For the Period Ending: | 12/31/2025 | | §341(a) Meeting Date: | 08/06/2025 |
| | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 739 Pleasant Hill Rd Caddo, OK 74729-3800 | $225,000.00 | $0.00 | | $0.00 | $225,000.00 |
| 2 | 2018 Ford F250 Mileage: 142000 Other Information: Source of Value: KBB Inoperable/located at the dealership VIN: 1FT7W2BT3JEC90108 | $32,935.00 | $0.00 | | $0.00 | $32,935.00 |
| 3 | 2014 Chevrolet Silverado Other Information: For informational purposes only— salvage title and is titled under a car rental company, not the client. The client does not appear to have legal ownership or registration in their name at this time | Unknown | Unknown | | $0.00 | Unknown |
| 4 | 2009 Ford Ecoline Other Information: Debtor has no information about the vehicle's whereabouts and cannot recall the details of the vehicle. engine blew in 2022 | Unknown | Unknown | | $0.00 | Unknown |
| 5 | Household goods and furnishings | $3,000.00 | $3,000.00 | | $0.00 | $3,000.00 |
| 6 | Four cellphones, two tv's and one printer | $500.00 | $500.00 | | $0.00 | $500.00 |
| 7 | One shotgun | $150.00 | $150.00 | | $0.00 | $150.00 |
| 8 | Clothes | $100.00 | $100.00 | | $0.00 | $100.00 |
| 9 | Five dogs | $0.00 | Unknown | | $0.00 | Unknown |
| 10 | One riding lawn mower | $800.00 | $800.00 | | $0.00 | $800.00 |
| 11 | PHD Auto Sales and Rentals LLC- Barely open \| 100% D1 \| LLC with no assets and no debts Value is computed at $0 because there are no liabilities and no assets. This information provided on this non-filing entity is not designed to be a full disclosure of all of the company's assets, liabilities and transactions, but is given for informational purposes. 100.00% | $0.00 | Unknown | | $0.00 | Unknown |
| 12 | Soonercare \| Health Insurance policy | $0.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                      **Gross Value of Remaining Asset**

| | $262,485.00 | $4,550.00 | | $0.00 | $262,485.00 |

| Case No.: | 25-80631 | Trustee Name: | Kelley G. Loud |
|---|---|---|---|
| Case Name: | DEVORE, ANTHONY WAYNE HEADRICK | Date Filed (f) or Converted (c): | 07/10/2025 (f) |
| For the Period Ending: | 12/31/2025 | §341(a) Meeting Date: | 08/06/2025 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

12/31/2025    Investigating as to possible assets and potential claims for estate.

**Initial Projected Date Of Final Report (TFR):**    12/31/2026        **Current Projected Date Of Final Report (TFR):**

/s/ KELLEY G. LOUD

KELLEY G. LOUD