

_Paul R. Thomas_

PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Devore, Anthony Wayne Headrick | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Case No.  25-80631 |
| Debtor(s). | ) | Chapter 7 |

### Order Granting Motion to Avoid Lien

This Court, upon review of Motion to Avoid Non-Possessory, Non-purchase Money Security Interest

of Shaun Bowman filed herein by Debtor and the pleadings on file in this case, finds as follows:

1.      Debtor's Motion to Avoid Lien and Notice of Opportunity for Hearing (the "Motion") was filed

on January 6th, 2026.

2.      The time for filing with the Court an objection to the Motion has expired and no objections have

been filed.

3.      Debtor incurred debt from Shaun Bowman who filed a judgment lien entitled "Statement of

Judgment" in the office of the Bryan County Land Records Document # I-2025-772595 on

March 19, 2025 for $21,800.12 plus interest, expenses, costs and additional attorney fees, as

against the Debtor's home (the homestead), described as follows:

**The W/2 of SE/4 LESS M.K.&T. Railway Right of Way and LESS AND EXCEPT the South 1130.57 feet of the West 770.58 feet thereof, all in Section 2, Township 6 South, Range 9 East of the Indian Base and Meridian, Bryan County, State of Oklahoma, according to the Government Survey thereof,**

**Less and except all oil, gas, and other minerals outstanding of record.**

A/K/A 739 Pleasant Hill Rd., Caddo, OK 74729

4.     The movant shall notify all interested parties of this order.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that pursuant to 11 U.S.C. §522(b), any liens encumbering the Debtor' property above listed are hereby avoided.**

###

Submitted by:

Ron Brown, OBA # 16352
1609 E. 4th Street
Tulsa, OK 74120
(918) 585-9500
(918) 585-5266 fax
ron@ronbrownlaw.com
Attorney for Debtor