**Dated: February 11, 2026**

**The following is ORDERED:**



_Paul R. Thomas_
**PAUL R. THOMAS**
**UNITED STATES BANKRUPTCY JUDGE**

---

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Devore, Anthony Wayne Headrick | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | **Case No. 25-80631** |
| Debtor(s). | ) | **Chapter 7** |

### Agreed Order Granting Motion to Avoid Lien

There comes before this court Debtor's *Motion to Avoid Judgement Lien of Michael Gearhart and Tamara Gearhart* (the "Motion") filed at Docket 59 and the *Creditors, Michael and Tamera Gearhart, Objection to Debtor's Motion to Avoid Judicial Lien* (the "Objection") filed by Michael Gearhart and Tamara Gearhart filed at Docket 63. Upon an agreement reached between the Debtors and Mr. and Mrs. Gearhart, as indicated by the approval of counsel below, the court finds that the Motion should be granted and therefore finds as follows:

1. Debtor's Motion was filed on January 6th, 2026.

2. The time for filing with the Court an objection to the Motion has expired and only one objection has been filed, the Objection as indicated above.

3.  Debtor incurred debt from Michael Gearhart and Tamara Gearhart who filed a judgment lien entitled "Statement of Judgment" in the office of the Bryan County Land Records Document # I-2024-767710 on September 18, 2024, for $82,405.85 plus interest, expenses, costs and additional attorney fees, as against the Debtor's home (the "Homestead"), described as follows:

    **The W/2 of SE/4 LESS M.K & T. Railway Right of Way and LESS AND EXCEPT the South 1130.57 feet of the West 770.58 feet thereof, all in Section 2, Township 6 South, Range 9 East of the Indian Base and Meridian, Bryan County, State of Oklahoma, according to the Government Survey thereof.**
    **AND**
    **The South 1130.57 feet of the West 770.58 feet W/2 of SE/4 thereof, all in Section**
    **2, Township 6 South, Range 9 East of the Indian Base and Meridian, Bryan County,**
    **State of Oklahoma, according to the Government Survey thereof.**
    **Less and except all oil, gas, and other minerals outstanding of record.**

    A/K/A 739 Pleasant Hill Rd., Caddo, OK 74729

4.  By agreement of the parties, the Objection is overruled.

5.  The movant shall notify all interested parties of this order.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that pursuant to 11 U.S.C. §522(b), the lien encumbering the Debtor's property above listed is hereby avoided.**

### ###

Approved

/s/ Ron D. Brown, OBA # 16352
1609 E. 4th Street
Tulsa, OK 74120
(918) 585-9500
(918) 585-5266 fax
ron@ronbrownlaw.com
Attorney for Debtor


/s/ L. Todd Nalagan
L. Todd Nalagan, OBA No. 18119
Law Office Of L Todd Nalagan PLLC
3750 W. Main St., Ste. AA
Norman, OK 73072
Telephone: (405) 253-4905
Facsimile: (866) 260-5899
Lnalagan1@cox.net
Attorney for the Creditors, Michael and Tamara Gearhart