**Dated: April 21, 2026**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

---

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ANTHONY WAYNE | ) | Case No. 25-80631 |
| HEADRICK DEVORE, | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| ILENE J. LASHINSKY, UNITED | ) | |
| STATES TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. No. 26-08001 |
| vs. | ) | |
| | ) | |
| ANTHONY WAYNE | ) | |
| HEADRICK DEVORE, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>JOURNAL ENTRY OF DEFAULT JUDGMENT</u>

On January 16, 2026, the Plaintiff filed her Complaint Seeking Denial of Discharge of Anthony Wayne Headrick Devore ("Defendant") pursuant to 11 U.S.C. § 727(a)(2), (3), (4), and (5). On April 1, 2026, the Clerk of the Bankruptcy Court entered an Entry of Default against the Defendant pursuant to Federal Rule of Civil Procedure 55(a), made applicable to adversary proceeding by Federal Rule of Bankruptcy Procedure 7055 (Adv. Dkt. No. 7). On April __, 2026, this Court entered its Order Granting Motion for Default Judgment (Adv. Dkt. No. __).

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant's Discharge is denied pursuant to 11 U.S.C. § 727(a)(2), (3), (4), and (5).

Movant to give notice to all interested parties.

# # #